**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEBRASKA**

---

John Baker,

               Plaintiff,

v.

Union Pacific Railroad Co.,

               Defendant.

---

CASE NO. 8:20-cv-00315-JFB-SMB

**ORDER ON PRETRIAL CONFERENCE**

---

A final pretrial conference was held on the 10th day of March 2022.  Appearing for the parties as counsel were:

    Plaintiff: James H. Kaster and Neil D. Pederson

    Defendant: Scott P. Moore and David P. Kennison

(A)    **Exhibits.**  <u>See attached Exhibit Lists</u>.

Caution:  Upon express approval of the judge holding the pretrial conference for good cause shown the parties may be authorized to defer listing of exhibits or objections until a later date to be specified by the judge holding the pretrial conference.  The mere listing of an exhibit on an exhibit list by a party does not mean it can be offered into evidence by the adverse party without all necessary evidentiary prerequisites being met.

(B)    **Uncontroverted Facts.**  The parties have agreed that the following may be accepted as established facts for purposes of this case only:

    1.    Defendant Union Pacific Railroad Company ("Union Pacific") is an "employer" for purposes of Title I of the Americans with Disabilities Act, 42 U.S.C. § 12101, *et seq.* ("ADA").

    2.    Plaintiff John Baker ("Baker") is an "employee" as defined by the ADA.

    3.    Baker is an individual residing in Little Rock, Arkansas.

    4.    Union Pacific hired Baker on May 17, 2004. Previously, Baker worked for Union Pacific in 1995.

    5.    Baker worked as a Switchman/Hostler.

(C)     **Controverted and Unresolved Issues.**  The issues remaining to be determined and unresolved matters for the court's attention are:

**Plaintiff's Claims:**

1. ADA: Disparate Treatment
    a. Plaintiff's Position:
        i. Under 42 U.S.C. § 12112(b)(6) (unlawful screening)
            1. Whether Baker can meet his burden to show that he has or had a record of disability, or perceived disability under the ADA
            2. Whether Baker can meet his burden to show that Union Pacific uses a qualification standard or selection criteria that screens out or tends to screen out individuals with disabilities.
            3. Whether Baker can meet his burden to show that he was screened out of employment as a result of the qualification standard or selection criteria.
            4. Contrary to Defendant's untimely argument set forth below, subsection 12112(b)(6) supports both disparate treatment and disparate impact claims. First, the plain language of subsection 12112(b)(6) contemplates both claims. It prohibits "using qualification standards [] that screen out or tend to screen out and individual with a disability. *Id.* (emphasis added). The "screen out or tend to screen out" dichotomy cements the existence of both types of claims, and contemplates situations where plaintiffs claim a facially discriminatory policy ("screens out") or a facially neutral one with an adverse impact ("tends to screen out"). Cf. § 12112(b)(3)(A) (prohibiting discrimination by "utilizing standards, criteria, or methods of administration that have the effect of discrimination on the basis of disability") (emphasis added). Second, supreme court jurisprudence supports this conclusion. *Raytheon Co. v. Hernandez*, 540 U.S. 44, 52 (2003) (citing (b)(6) as an example of an ADA disparate treatment claim); *see also EEOC*

2

*v. Kronos, Inc.*, 694 F.3d 351, 357 (3d Cir. 2012) (tests that "screen out or tend to screen out" persons with disabilities "may be impermissible under both disparate treatment and disparate impact theories"); *Bates v. United Parcel Serv., Inc.*, 511 F.3d 974, 988, 995 n.10 (9th Cir. 2007) (en banc) (Subsection (b)(6) claim was based on a disparate treatment theory because it was "a *facially discriminatory* qualification standard [that focused] directly on an individual's disabling or potentially disabling condition"); *Leskovisek v. Ill. DOT*, 2020 WL 7323840, *13 (C.D. Ill. Dec. 11, 2020) (Subsection 12112(b)(6) screening claim can be based on either disparate treatment or disparate impact).

5. As to Defendant's arguments pertaining to its motion to bifurcate, Plaintiff disputes. Plaintiff will respond in his opposition to Defendant's motion, including whether individuals with "regarded as" disability claims can bring disparate impact claims. Furthermore, the Court has already ruled Plaintiff has both a "record of" disability claim and a "regarded as" disability claim. *Baker v. Union Pac. R.R. Co.*, --- F. Supp. 3d ---, 2022 WL 159283, at *8 (D. Neb. Jan. 18, 2022) ("Baker has presented evidence from which a jury could conclude that he has a record of disability or was regarded as disabled.")

ii. Under 42 U.S.C. § 12112(a)

1. Whether Baker can meet his burden to show that he has or had record of disability, or perceived disability under the ADA.

2. Whether Baker can meet his burden to show that he was qualified to do the job he was already doing.

3. Whether Baker can meet his burden to show his record of or perceived disability was a motivating factor in Union Pacific's decision to remove him from his job and not allow him to return for a period of approximately one year. *See Oehmke v. Medtronic, Inc*., 844 F.3d 748, 756 (8th Cir. 2016) ("We apply a mixed-motive

causation standard, allowing claims based on an adverse employment action that was motivated by both permissible and impermissible factors.").[1]

b. <u>Defendant's Position:</u>

    i. <u>Under 42 U.S.C. § 12112(b)(6).</u>

        1. Plaintiff cannot assert a disparate treatment claim under 42 U.S.C. § 12112(b)(6), which is a statutory provision for disparate impact. *See Carrillo v. Union Pacific R.R. Co.,* No. EP-21-CV-00026-FM, 2021 WL 3023407, at *3 (W.D. Tex. July 16, 2021) (explaining that a claim against Union Pacific alleging the same policy at issue here violated § 12112(b)(6) is a disparate impact claim); *Boersig v. Union Elec. Co*., 219 F.3d 816, 822 (8th Cir. 2000) (discussing § 12112(b)(6) claim as "invoking a disparate-impact theory of ADA liability"); *Davidson v. Am. Online, Inc.,* 337 F.3d 1179, 1189 (10th Cir. 2003) ("[Under a disparate impact theory, discrimination is defined as including the use of "qualification standards ... or other selection criteria that screen out or tend to screen out an individual with a disability.... 42 U.S.C. § 12112(b)(6)."). *Allmond v. Akal Sec., Inc.,* No. CIV.A. 4:05CV96 HL, 2007 WL 2904023, at *6 (M.D. Ga. Sept. 28, 2007), *aff'd,* 558 F.3d 1312 (11th Cir. 2009) ("Claims brought pursuant to § 12112(b)(6) are treated as disparate impact claims.") (citing cases); *Coons v. BNSF Ry. Co.,* 268 F. Supp. 3d 983, 987 (D. Minn. 2017) (same); *Sista v. CDC Ixis N. Am., Inc.,* 445 F.3d 161, 171 (2d Cir. 2006) (distinguishing claims alleging discriminatory application of qualification standards from disparate-treatment claims); *Equal Emp. Opportunity Comm'n v. BNSF Ry. Co.,* No. C14-1488 MJP, 2016 WL 98510, at *5 (W.D. Wash. Jan. 8, 2016), *aff'd,* 902 F.3d 916 (9th Cir. 2018), *as amended* (Sept. 12, 2018) ("In fact, no Ninth Circuit case or district

---

[1] Plaintiff disputes Defendant's characterization below that the Plaintiff's date of adverse action was February 1, 2015. (*See* Pl.'s Br. Opp. Summ. J., ECF No. ECF No. 373.)

court case within the Ninth Circuit … has accepted § 12112(b)(6) as the standard for a claim made on the basis of disparate treatment."). The key element of a disparate treatment claim is "discriminatory intent." *Peebles v. Potter,* 354 F.3d 761, 766 (8th Cir. 2004).

2. As explained in Union Pacific's brief in support of motion to bifurcate, Plaintiff is not entitled to a jury trial on his disparate impact claim. Further, Union Pacific maintains that an individual who is only disabled under the "regarded as" prong cannot establish a disparate impact claim as a matter of law.

3. If the Court finds that Plaintiff can assert a disparate treatment claim under § 12112(b)(6), the following must be proved:

   a. Whether Baker can meet his burden to show that he has a record of disability or perceived disability under the ADA.

   b. Whether Baker can meet his burden to show that he was qualified to perform the essential functions of the Switchman position at the time of the adverse employment decision.

   c. Whether Baker can meet his burden to show that Union Pacific uses a qualification standard or selection criteria that screens out or tends to screen out qualified individuals with disabilities.

   d. Whether Baker can meet his burden to show that the qualification standard or selection criteria was pretext for unlawful discrimination and discriminatory intent was the but for cause of Union Pacific's decision to issue temporary work restrictions.

ii. Under 42 U.S.C. § 12112(a).

   1. Whether Baker can meet his burden to show that he has a record of disability or perceived disability under the ADA.

5

2. Whether Baker can meet his burden to show that he was qualified to perform the essential functions of the Switchman position at the time of the adverse employment decision.[2]

3. Whether Baker can meet his burden to show that discriminatory intent was the but for cause of Union Pacific's decision to issue temporary work restrictions.

2. ADA: Disparate Impact

   a. <u>Plaintiff's Position:</u>

      i. Whether Baker can meet his burden to show that Union Pacific uses employment standards or criteria that have a disparate impact on individuals with disabilities.

      ii. Whether Baker can meet his burden to show that Union Pacific removed him from service and did not allow him to return because of such employment standards or criteria.

      iii. As to Defendant's arguments pertaining to its motion to bifurcate, Plaintiff disputes. Plaintiff will respond in his opposition to Defendant's motion, including whether individuals with "regarded as" disability claims can bring disparate impact claims. Furthermore, the Court has already ruled Plaintiff has both a "record of" disability claim and a "regarded as" disability claim. *Baker v. Union Pac. R.R. Co.*, --- F. Supp. 3d ---, 2022 WL 159283, at *8 (D. Neb. Jan. 18, 2022) ("Baker has presented evidence from which a jury could conclude that he has a record of disability or was regarded as disabled.")

   b. <u>Defendant's Position:</u>

      i. As explained in Union Pacific's brief in support of motion to bifurcate, Plaintiff is not entitled to a jury trial on his disparate impact claim. Further, Union Pacific maintains that an individual who is only disabled under the "regarded as" prong cannot establish a disparate impact claim as a matter of law.

---

[2] Defendant's position is that the true "adverse" employment decision did not occur until February 1, 2015, the date on which the Plaintiff's treating physician recommended his return to work.

    ii.  If the Court allows a disparate impact claim:

        1.  Whether Baker can meet his burden to show that he has a record of disability or perceived disability under the ADA.

        2.  Whether Baker can meet his burden to show that he was qualified to perform the essential functions of the Switchman position at the time of the adverse employment decision.

        3.  Whether Baker can meet his burden to show that Union Pacific uses a qualification standard or selection criteria that screens out or tends to screen out qualified individuals with disabilities.

        4.  Whether Baker can meet his burden to show that the challenged standard or criteria had an adverse impact on Baker;

        5.  Whether Baker can meet his burden to show a causal relationship between the challenged standard or criteria and a disparate impact on qualified individuals with disabilities.

3.  ADA: Failure to Accommodate

    a.  <u>Plaintiff's Position:</u>[3]

        i.  Whether Union Pacific had notice that Baker required a reasonable accommodation.

        ii.  Whether Baker can meet his burden to show that he has or had a record of disability, or perceived disability under the ADA.

        iii.  Whether Baker can meet his burden to show there was a reasonable accommodation available that would have allowed him to continue work for Union Pacific.

    b.  <u>Defendant's Position:</u>[4]

        i.  Whether Baker can meet his burden to show he is a person with a record of a disability.

---

[3] Plaintiff disputes Defendant's assertion below that Plaintiff cannot pursue his "record of" disability claim. The Court has already ruled Plaintiff has both a "record of" disability claim and a "regarded as" disability claim. *Baker v. Union Pac. R.R. Co.*, --- F. Supp. 3d ---, 2022 WL 159283, at *8 (D. Neb. Jan. 18, 2022) ("Baker has presented evidence from which a jury could conclude that he has a record of disability or was regarded as disabled.").

[4] Union Pacific reasserts that the only avenue for Baker to establish he is "disabled" under the ADA is under the "regarded as" prong, and as a result, he is not entitled to any reasonable accommodation.

    ii.  Whether Baker can meet his burden of showing he requested a reasonable accommodation that is related to his alleged "record of" disability

   iii.  Whether Baker can meet his burden to show that there was a reasonable accommodation available that would have allowed him to perform the essential functions of the Switchman position, or if Baker requested an alternative position, that a vacant position existed for which he was qualified.

**Defendant's Defenses:**

1. Direct Threat:

    a.  <u>Plaintiff's Position:</u>

       i.  Whether Defendant can meet its burden to show Plaintiff posed a direct threat to the health or safety of himself or others in the workplace; and

      ii.  Whether Defendant can meet its burden to show such direct threat could not be eliminated by reasonable accommodation.

    b.  <u>Defendant's Position:</u>

       i.  Whether Union Pacific can meet its burden to show that its determination that Baker was a direct threat was based on a reasonable medical judgment relying on the most current medical knowledge and/or on the best available objective evidence, considering factors such as (1) the duration of the risk; (2) the nature and severity of the potential harm; (3) the likelihood that the potential harm will occur; and (4) the imminence of the potential harm. Union Pacific need not prove that Baker was a direct threat, but only that its medical judgment was objectively reasonable.

2. Business Necessity:

    a.  <u>Plaintiff's position:</u> If Union Pacific uses a qualification standard or selection criteria that screens out or tends to screen out individuals with disabilities, whether Union Pacific can meet its burden to show that the standard, criteria, or policy is uniformly applied, job-related, consistent with business necessity, and cannot be met by Plaintiff.

  b. <u>Defendant's position:</u> Whether Union Pacific can meet its burden to show that issuing functional work restrictions on Baker was job-related and consistent with business necessity.

3. Good Faith:

  a. <u>Plaintiff's position:</u>

    i. Plaintiff disputes that a good faith defense is available for Defendant in this case.

    ii. To the extent such a defense is available, Defendant has the burden to show that it made a good faith effort to identify and make a reasonable accommodation that would provide Plaintiff with an equally effective opportunity.[5]

  b. <u>Defendant's position:</u>

    i. Whether Union Pacific can show that it made a good faith effort to identify and make a reasonable accommodation and as a result, compensatory and punitive damages are not warranted.[6]

**<u>Damages:</u>**

<u>Plaintiff's position:</u>[7]

1. Whether Baker can meet his burden to prove he has been damaged as a result of Union Pacific's conduct, including but not limited to back wages, front wages, compensatory damages and/or punitive damages, and the amounts of any such damages.

2. Whether Union Pacific can meet its burden of proof to show that Baker failed to mitigate his damages.

3. Whether Baker can demonstrate by evidence that Union Pacific's conduct establishes the right to punitive damages.

---

[5] Plaintiff disputes Defendant's assertion below that Plaintiff cannot pursue his "record of" disability claim. The Court has already ruled Plaintiff has both a "record of" disability claim and a "regarded as" disability claim. *Baker v. Union Pac. R.R. Co.*, --- F. Supp. 3d ---, 2022 WL 159283, at *8 (D. Neb. Jan. 18, 2022) ("Baker has presented evidence from which a jury could conclude that he has a record of disability or was regarded as disabled.").

[6] Union Pacific reasserts that the only avenue for Baker to establish he is "disabled" under the ADA is under the "regarded as" prong, and as a result, he is not entitled to any reasonable accommodation.

[7] As to Defendant's arguments pertaining to the scope of damages for his disparate impact claims, Plaintiff disputes. Plaintiff will respond in his opposition to Defendant's motion to bifurcate.

Defendant's position: Damages to be decided by the jury if Plaintiff prevails on his disparate treatment and/or reasonable accommodation claims:[8]

1. Whether Baker can meet his burden to prove he has been damaged as a result of Union Pacific's conduct, including back wages, front wages, compensatory damages and/or punitive damages, and the amounts of any such damages.

2. Whether Union Pacific can meet its burden of proof to show that Baker failed to mitigate his damages, if any.

3. Whether Baker can establish the right to punitive damages by showing Union Pacific acted with malice or reckless indifference to his right not to be discriminated against on the basis of disability and, if proved, the amount of punitive damages.

**For the Court**
1. Pending motions in limine.
2. Union Pacific's forthcoming Motion to Bifurcate and Motion to Recuse.
3. Plaintiff's post trial Motion for Equitable Relief.

(D)   **Witnesses.**   All witnesses, including rebuttal witnesses, expected to be called to testify by plaintiff, except those who may be called for impeachment purposes as defined in NECivR 16.2(c) only, are:

See Attached Plaintiff's Witness List

All witnesses expected to be called to testify by defendant, except those who may be called for impeachment purposes as defined in NECivR 16.2(c) only, are:

See Attached Defendant's Witness List

It is understood that, except upon a showing of good cause, no witness whose name and address does not appear herein shall be permitted to testify over objection for any purpose except impeachment.  A witness who has been identified as offering testimony solely to establish foundation for an exhibit shall not be permitted to testify for any other purpose,

---

[8] As Union Pacific will explain in a forthcoming motion to bifurcate, Baker is not entitled to compensatory or punitive damages on his disparate impact claim.

over objection, unless such witness has been disclosed pursuant to Federal Rule of Civil Procedure 26(a)(3). A witness appearing on any party's witness list may be called by any other party.

Note: Defendant's expert witness, Dr. Matthew Rizzo, is only available on the morning of Friday, April 8, 2022 due to travel conflicts.

(E)   **Expert Witnesses' Qualifications.**   Experts to be called by the parties and their qualifications are:

1. Dr. Kevin Trangle – see attached CV.
2. Dr. Michael Devereaux – see attached CV.
3. Melissa Snelson – see attached CV.
4. Dr. Matthew Rizzo – see attached CV

The parties may also call some or all of Plaintiff's treating doctors. *See* Plaintiff's and Defendant's respective Witness List.

(F)   **Voir Dire.**   Counsel have reviewed Federal Rule of Civil Procedure 47(a) and NECivR 47.2(a) and suggest the following with regard to the conduct of juror examination:

The parties request that the Court allow the submission of voir dire questions no later than five (5) working days prior to the first day of trial and that the Court conduct a preliminary examination of prospective jurors, with counsel for both parties asking follow-up questions.

(G)   **Number of Jurors.**   Counsel have reviewed Federal Rule of Civil Procedure 48 and NECivR 48.1 and plaintiff suggests that this matter be tried to a jury composed of eight (8) members and defendant suggests that this matter be tried to a jury composed of twelve (12):

(H)   **Verdict.**   The parties will **not** stipulate to a less-than-unanimous verdict.

(I)   **Briefs, Instructions, and Proposed Findings.**   Counsel have reviewed NECivR 39.2(a), 51.1(a), and 52.1, and suggest the following schedule for filing trial briefs, proposed jury instructions, and proposed findings of fact, as applicable:

Proposed jury instructions, trial briefs and proposed findings of fact shall be filed five (5) working days before the first day of trial.

(J)  **Demonstratives.**  Any demonstrative is to be disclosed to the opposing party by 9:00 a.m. on the business day before it is intended to be used.

(K)    **Witnesses.**  The parties agree to identify witnesses to be called to testify by: the close of the preceding business day before they will testify.

(L) **Other.** The parties shall exchange deposition designations by April 1, 2022, counter-designations and objections to designations by April 8, 2022, and objections to  counter-designations by April 15, 2022.

(M) **Length of Trial.**  Counsel estimates the length of trial will consume not less than 4 day(s), not more than 5 day(s), and probably about 5 day(s).

The parties propose to conduct direct examination of the witnesses Plaintiff calls in his case that Defendant has listed as its witnesses rather than recalling witnesses during the Defendant's case.

(N)    **Trial Date.**  Trial was set for April 4, 2022 and is being reset for June 14, 2022.

(O)    **Electronic Devices.**

Karla Pathmann, paralegal for attorneys at Nichols, Kaster Law Firm, 80 South 8th Street, 47000 IDS Center, Minneapolis, Minnesota, shall be allowed to bring laptops, cellphone and an iPad into the courtroom from June 14, 2022 through June 20, 2022.

Sherick Francois, paralegal for attorneys at Nichols, Kaster Law Firm, 80 South 8th Street, 47000 IDS Center, Minneapolis, Minnesota, shall be allowed to bring laptops, cellphone and an iPad into the courtroom from June 14, 2022 through June 20, 2022.

Casey Grennan, paralegal for attorneys at Baird Holm Law Firm, 1700 Farnam Street, Suite 1500, Omaha, Nebraska, shall be allowed to bring laptops, cellphone and an iPad into the courtroom from June 14, 2022 through June 20, 2022.

Kristine Krupka, paralegal for attorneys at Baird Holm Law Firm, 1700 Farnam Street, Suite 1500, Omaha, Nebraska, shall be allowed to bring laptops, cellphone and an iPad into the courtroom from June 14, 2022 through June 20, 2022.

Sara Littleton, paralegal for attorneys at Baird Holm Law Firm, 1700 Farnam Street, Suite 1500, Omaha, Nebraska, shall be allowed to bring laptops, cellphone and an iPad into the courtroom from June 14, 2022 through June 20, 2022.

Jay Everett, defendant's corporate representative, shall be allowed to a cellphone into the courtroom from June 14, 2022 through June 20, 2022.

Date: March 10, 2022

**NICHOLS KASTER, PLLP**

s/Neil D. Pederson
James H. Kaster* (MN #53946)
    kaster@nka.com
Charles A. Delbridge* (MN #386639)
    cdelbridge@nka.com
Neil D. Pederson* (MN #0397628)
    npederson@nka.com
80 South Eighth Street
4700 IDS Center
Minneapolis, Minnesota 55402-2242
Telephone: (612) 256-3200
Fax: (612) 338-4878

*admitted pro hac vice

ATTORNEYS FOR PLAINTIFF

Date: March 10, 2022

UNION PACIFIC RAILROAD
COMPANY, Defendant,

By:   /s/Scott P. Moore

Scott Parrish Moore (NE #20752)
Allison D. Balus (NE #23270)
David P. Kennison (NE #25510)
of   BAIRD HOLM LLP
1700 Farnam Street
Suite 1500
Omaha, NE  68102-2068
Phone: 402-344-0500
spmoore@bairdholm.com
abalus@bairdholm.com
dkennison@bairdholm.com

BY THE COURT:

Susan M. Bazis,
United States Magistrate Judge

14

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA**

John Baker,

        Plaintiff,

v.

Union Pacific Railroad Co.,

        Defendant.

Case File No. 8:20-CV-00315-JFB-SMB

**PLAINTIFF'S EXHIBIT LIST (W/
DEFENDANT'S OBJECTIONS)**

Pursuant to the Court's Trial Setting Order (ECF No. 361), Plaintiff John Baker submits

the following list of trial exhibits for the trial scheduled to begin on or about April 4, 2022.

    **Defendant's Objections:**

        **F= Foundation
        A= Authenticity
        R= Relevance
        403= Fed.R.Evid. 403
        702/703 = Fed.R.Evid. 702 and/or 703**

| PLF NO. | DEF NO. | DESCRIPTION | BEG BATES NO. / DEPO EX. NO. | OFF | OBJ | RC VD | NOT RCVD | DATE |
|---|---|---|---|---|---|---|---|---|
| 1 | | 2004-04-12 Employment Application File | UP_BAKERPHASEII_440388 | | F, A, R | | | |
| 2 | | 2005-01 Medical Standards for Railroad Workers | | | F, R, A, 403, H | | | |
| 3 | | 2014 FMCSA Medical Examiner Handbook | UP 003018 | | F, R, A, 403, H | | | |
| 4 | | 2009-05 Trainman Job Description Brief | 134 Baker | | | | | |
| 5 | | 2015-03-19 Position Description | 133 Baker, 010 Silzer | | H, F, A, R | | | |
| 6 | | 2013-02-15 Health and Medical Physician History | UP_Harris_431263 | | H, F, A, R | | | |
| 7 | | 2013-07-09 Vocational Rehabilitation Referral Form | 148 Baker | | H, F, A | | | |
| 8 | | 2013-10-18 HMS Process Guideline: when FFD review is needed prior TPW/RA | UP_Harris_024584 | | H, F, A | | | |
| 9 | | 2014-10-14 Little Rock Diagnostic Medical Records | 001 Silzer | | H, F, A, R | | | |
| 10 | | 2014-10-15 Letter to Whom It May Concern | 135 Baker, 001 Everett, 002 Silzer | | F | | | |

1

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 11 | | 2014-10-23 EEG Report | 003 Silzer | H, F, A, R | | | |
| 12 | | 2014-10-31 Medical Rules | 006 Holland | F | | | |
| 13 | | 2014-11-06 Letter to John Baker | 136 Baker, 002 Everett, 527 Trangle | F | | | |
| 14 | | 2014-11-07 Letter to John Baker | 137 Baker, 003 Everett | F | | | |
| 15 | | 2014-11-10 Letter to John Baker | 138 Baker, 004 Everett | F | | | |
| 16 | | 2014-11-11 Letter to John Baker | 139 Baker, 005 Everett | F | | | |
| 17 | | 2014-11-18 Medical Record | 004 Silzer | H, F, A, R | | | |
| 18 | | 2014-11-24 Medical Record | 005 Silzer | H, F, A, R | | | |
| 19 | | 2015-01-06 Medical Record | 006 Silzer | H, F, A, R | | | |
| 20 | | 2015-01-06 Return to Work Letter | 140 Baker, 007 Silzer | H, F, A, R | | | |
| 21 | | 2015-01-13 Employment Application | 154 Baker | F, A, R | | | |
| 22 | | 2015-01-15 Medical Records sent to UPRR | 141 Baker, 007 Goldstein | H, F, A, R | | | |
| 23 | | 2015-01-19 Letter to John Baker | 142 Baker, 006 Everett | F | | | |
| 24 | | 2015-01-21 Job Posting - Risk Mgmt Rep Trainee | 153 Baker | F | | | |
| 25 | | 2015-01-29 Email re: Arkansas Cardiology Medical Records | 167 Baker | F | | | |
| 26 | | 2015-02-03 Medical Records sent to UPRR | 143 Baker, 006 Goldstein | H, F, A, R | | | |
| 27 | | 2015-02-03 Medical Records sent to UPRR | D-5 Devereaux | H, F, A, R | | | |
| 28 | | 2015-02-03 Medical Records sent to UPRR | D-3 Devereaux | H, F, A, R | | | |
| 29 | | 2015-02-13 Letter to John Baker | 144 Baker, 007 Everett, 528 Trangle | F | | | |
| 30 | | 2015-02-24 Medical Records sent to UPRR | 145 Baker, D-4 Devereaux, 009 Goldstein | H, F, A, R | | | |
| 31 | | 2015-02-27 Letter to John Baker | UP 005211 | H, F, A, R | | | |
| 32 | | 2015-03-02 Letter to John Baker | 146 Baker, 008 Everett | F | | | |
| 33 | | 2015-03-04 Supplemental Doctor's Statement | 003 Holland | H, F, A, R | | | |
| 34 | | 2015-03-05 Letter to John Baker | 147 Baker, 009 Everett | F | | | |
| 35 | | 2015-03-20 Employment Application | 152 Baker | H, F, A, R | | | |
| 36 | | 2015-03-30 Job Posting - ROS/Foreman in Training | 151 Baker | H, F, A, R | | | |
| 37 | | 2015-04-06 Medical Record | 008 Silzer | H, F, A, R | | | |
| 38 | | 2015-04-27 Draft Appendix B: Duration of Work Restrictions by Condition | UP_Harris_032118 | H, F, A, R, 403 | | | |
| 39 | | 2015-04-27 Employment Application | 150 Baker | H, F, A, R | | | |
| 40 | | 2015-05-11 Job Posting - ROS/Foreman in Training | 149 Baker | H, F, A, R | | | |
| 41 | | 2015-06-01 Vocational Rehabilitation Progress Report | 156 Baker | H, F, A, R | | | |
| 42 | | 2015-06-23 Changes in work restrictions for UPRR workers with seizures | 002 Holland | H, F, A, R, 403 | | | |
| 43 | | 2015-08-25 Charge of Discrimination | 132 Baker | H, F, A, R, 403 | | | |
| 44 | | 2015-09-09 HR Reporting System | UP 005021 | H, F, A, R | | | |
| 45 | | 2015-10-20 Medical Records sent to UP | 157 Baker, 009 Silzer | H, F, A, R | | | |
| 46 | | 2015-10-29 Syncope (Fainting) Definition | UP 001089 | H, F, A, R, 403 | | | |

| 47 | | 2015-10-30 Letter to John Baker | 158 Baker, 010 Everett | F | | | |
| 48 | | 2015-11-16 Medical Comments History | D-6 Devereaux | H, F, A, R | | | |
| 49 | | 2016-01-13 Eliminated Applicant View | UP 000966 | H, F, A, R, 403 | | | |
| 50 | | 2016-03-01 Email re: Seizures 2-8-16 | UP_Harris_164552 | H, F, A, R, 403 | | | |
| 51 | | Attachment to 2016-03-01 Email | UP_Harris_164553 | H, F, A, R, 403 | | | |
| 52 | | 2016-03-03 Standard Wage History | 165 Baker | H, F, A, R, 403 | | | |
| 53 | | 2016-05-31 Email re: Medical Comments for Seizure Cases with attachments for Rex Raymond Randall, Adolph Bampi Rodriguez and Jessica Card | UP_Harris_131940 | H, F, A, R, 403 | | | |
| 54 | | 2016-07-26 HMS Clinical Procedure - Fitness-for-Duty Memos/Standard Work Restrictions | UP_Harris_062458 | H, F, A, R, 403 | | | |
| 55 | | 2014-10-15 Email re: updated Std Work Restrictions – Sudden Incapacitation with attachment | UP_Harris_020381 | H, F, A, R, 403 | | | |
| 56 | | 2017-05-06 Proposed JOEM Supplement: Fitness-for-Duty Guidelines for Transportation | UP_Harris_311501 | H, F, A, R, 403 | | | |
| 57 | | 2020-12-08 Seniority Roster Listing | UP_BAKERPHASEII 440770 | H, F, A, R | | | |
| 58 | | 2020-12-16 HR Reporting System | UP_BAKERPHASEII 440356 | H, F, A, R | | | |
| 59 | | Chicot Memorial Medical Center Records | 164 Baker | H, F, A, R | | | |
| 60 | | Compilation of Medical Records | 163 Baker | H, F, A, R | | | |
| 61 | | 2018-08-10 Declaration of Alexander Wise | | H, F, A, R, 403, Improper Expert Testimony | | | |
| 62 | | eHealthsafe Dataset | UP_Harris_202506 | H, F, A, R, 403, Improper Expert Testimony | | | |
| 63 | | eHealthsafe Dataset | UP_Harris_238006 | H, F, A, R, 403, Improper Expert Testimony | | | |
| 64 | | 2018-02 Putative Class List in Harris, et al. v. Union Pacific Railroad Co. | | H, F, A, R, 403 | | | |
| 65 | | 2013 Form 10-K for Union Pacific Corporation | | H, F, A, R, 403 | | | |
| 66 | | 2014 Form 10-K for Union Pacific Corporation | | H, F, A, R, 403 | | | |
| 67 | | 2015 Form 10-K for Union Pacific Corporation | | H, F, A, R, 403 | | | |
| 68 | | 2016 Form 10-K for Union Pacific Corporation | | H, F, A, R, 403 | | | |

| 69 | | 2021 Form 10-K for Union Pacific Corporation | | H, F, A, R, 403 | | | |
| 70 | | FMCSA Medical Examiner Handbook - No Longer in Use Page Capture | | H, F, A, R, 403 | | | |
| 71 | | 404 Error Federal Motor Carrier Safety Administration Page Capture | | H, F, A, R, 403 | | | |
| 72 | | 2013-2016 W-2s | 166 Baker | H, F, A, R | | | |
| 73 | | John Baker Year End Paystubs 2010-2020 | | H, F, A, R | | | |
| 74 | | Comparator Year End Paystubs | | H, F, A, R, 403 | | | |
| 75 | | 2017-02-24 Defendant's Answers to Plaintiffs' Interrogatories to Defendant, Set I | | H, F, A, R, 403 | | | |
| 76 | | 2017-02-24 Defendant's Responses to Plaintiffs' Requests for Production to Defendant, Set I | | H, F, A, R, 403 | | | |
| 77 | | 2017-03-21 Defendant's Supplemental Responses to Plaintiffs' Requests for Production to Defendant, Set I | | H, F, A, R, 403 | | | |
| 78 | | 2017-03-27 Defendant's Second Supplemental Responses to Plaintiffs' Requests for Production to Defendant, Set I | | H, F, A, R, 403 | | | |
| 79 | | 2017-04-20 Defendant's Second Supplemental Answers to Plaintiffs' Interrogatories to Defendant, Set I with Exhibit A | | H, F, A, R, 403 | | | |
| 80 | | 2017-05-10 Defendant's Third Supplemental Answers to Plaintiffs' Interrogatories to Defendant, Set I | | H, F, A, R, 403 | | | |
| 81 | | 2017-07-07 Defendant's Fourth Supplemental Answers to Plaintiffs' Interrogatories to Defendant, Set I | | H, F, A, R, 403 | | | |
| 82 | | 2017-10-10 Defendant's Third Set of Supplemental Responses to Plaintiffs' Requests for Production to Defendant, Set I | | H, F, A, R, 403 | | | |
| 83 | | 2017-10-10 Defendant's Fourth [sic] Supplemental Answers to Plaintiffs' Interrogatories to Defendant, Set I | | H, F, A, R, 403 | | | |
| 84 | | 2017-12-22 Defendant's Answers to Plaintiffs' Interrogatories to Defendant, Set II | | H, F, A, R, 403 | | | |
| 85 | | 2017-12-22 Defendant's Responses to Plaintiffs' Requests for Production to Defendant, Set II | | H, F, A, R, 403 | | | |
| 86 | | 2018-01-09 Defendant's First Supplemental Answers to Plaintiffs' Interrogatories to Defendant, Set II | | H, F, A, R, 403 | | | |
| 87 | | 2018-01-16 Defendant's Supplemental Responses to Plaintiffs' Requests for Production to Defendant, Set II | | H, F, A, R, 403 | | | |

| 88 | 2018-01-16 Defendant's Answers to Plaintiffs' Interrogatories to Defendant, Set III | | H, F, A, R, 403 | | |
| 89 | 2018-03-09 Defendant's Responses to Plaintiffs' Requests for Production to Defendant, Set III | | H, F, A, R, 403 | | |
| 90 | 2018-05-01 Defendant's Fourth Set of Supplemental Responses to Plaintiffs' Requests for Production to Defendant, Set I | | H, F, A, R, 403 | | |
| 91 | 2018-05-01 Defendant's Fifth Supplemental Answers to Plaintiffs' Interrogatories to Defendant, Set I | | H, F, A, R, 403 | | |
| 92 | 2018-05-04 Defendant's Responses to Plaintiffs' Requests for Production to Defendant, Set IV | | H, F, A, R, 403 | | |
| 93 | 2018-05-10 Defendant's Answers to Plaintiffs' Interrogatories to Defendant, Set IV | | H, F, A, R, 403 | | |
| 94 | 2018-07-16 Defendant's Response to Plaintiffs' Requests for Production to Defendant, Set V | | H, F, A, R, 403 | | |
| 95 | 2019-03-01 Defendant's Supplemental Answers to Plaintiffs' Interrogatories to Defendant, Set IV | | H, F, A, R, 403 | | |
| 96 | 2020-12-16 Defendant's Responses to Plaintiff's Request for Production of Documents, Set VI | | H, F, A, R, 403 | | |
| 97 | 2020-12-16 Defendant's Answers to Plaintiff's Interrogatories, Set VI | | H, F, A, R, 403 | | |
| 98 | Dr. Michael Devereaux Curriculum Vitae | | | | |
| 99 | Dr. Kevin Trangle Curriculum Vitae | | | | |
| 100 | Melissa Snelson Curriculum Vitae | | | | |
| 101 | 2009-02-04 Consulting Agreement | UP_Harris_409762 | H, F, A, R, 403 | | |
| 102 | 2009-10-01 Scope of Service for Associate Medical Director - Case Management Review Services | UP_Harris_414314 | H, F, A, R, 403 | | |
| 103 | 2009-11-06 AMD Contract Recommendations | UP_Harris_419969 | H, F, A, R, 403 | | |
| 104 | 2012-01-12 Letter to Dr. John Charbonneau | UP_Harris_409779 | H, F, A, R, 403 | | |
| 105 | 2014-04-15 Letter to Dr. John Charbonneau | UP_Harris_409792 | H, F, A, R, 403 | | |
| 106 | 2021 Rizzo Fee Schedule | 001 Rizzo | H, F, A, R, 403 | | |
| 107 | 2012-01-25 Email re: Consulting agreement with UNMC with attachment | UP_Harris_120841 | H, F, A, R, 403 | | |
| 108 | 2012-06-22 Email re: contract draft documents with attachment | UP_Harris_095964 | H, F, A, R, 403 | | |
| 109 | 2014-02-25 Memo re: Scope of Work for – consulting contract with UNMC Physicians | UP_Harris_163943 | H, F, A, R, 403 | | |

| 110 | 2015-11-02 Email re: Neurology Record Review Request Letter to Dr. Wilson Template 2013-10-28 Draft with attachment | UP_Harris_150815 | | H, F, A, R, 403 | | | |
| 111 | 2020-11-25 Medical Comments History | UP_BAKERPHASEII_440750 | | H, F, A, R, 403 | | | |

Plaintiff reserves the right to amend this exhibit list prior to trial and at trial itself based upon Defendant's exhibit list, based upon the Court's rulings before and during trial, based upon the witnesses and/or evidence presented at trial, in order to impeach witnesses or to refresh recollection, and for such other good cause as may be determined by the Court. Plaintiff also reserves the right to object to the admissibility of documents that may be offered by Defendant at the trial, irrespective of whether the document is identified on the exhibit list.

Plaintiff reserves the right to amend and supplement this Exhibit List to include inadvertent omissions, demonstrative exhibits and documents to be used for impeachment and/or rebuttal up until and through the trial of this case.

Date:                                                    **NICHOLS KASTER, PLLP**

s/Neil D. Pederson
James H. Kaster* (MN #53946)
    kaster@nka.com
Charles A. Delbridge* (MN #386639)
    cdelbridge@nka.com
Neil D. Pederson* (MN #0397628)
    npederson@nka.com
80 South Eighth Street
4700 IDS Center
Minneapolis, Minnesota 55402-2242
Telephone: (612) 256-3200
Fax: (612) 338-4878

*admitted pro hac vice

ATTORNEYS FOR PLAINTIFF

6

DOCS/2777722.1

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JOHN BAKER, | CASE NO. 8:20-cv-00315 |
| Plaintiff, | |
| vs. | **DEFENDANT'S TRIAL EXHIBIT LIST** |
| UNION PACIFIC RAILROAD COMPANY, | |
| Defendant. | |

**OBJECTIONS**
   **R: Relevance**
   **H: Hearsay**
   **A: Authenticity**
   **O: Other (specify)**

| PLF | DF | DESCRIPTION | OFF | OBJ | RC VD | NOT RCVD | DATE | MAY OFFER |
|---|---|---|---|---|---|---|---|---|
| | 201. | Train Crew Job Description<br>Baker Dep. Ex. 133; SJ Ex. 1B<br>UP001076-82 | | | | | | |
| | 202. | Trainman Job Description<br>Baker Dep. Ex. 134; SJ Ex. 1C<br>UP008269-71 | | | | | | |
| | 203. | Medical records from Little Rock Diagnostic Clinic dated October 14, 2014<br>Baker Dep. Ex. 145; SJ Ex. 1D<br>UP000707-11 | | | | | | |
| | 204. | Letter from Dr. Silzer dated October 16, 2014<br>Baker Dep. Ex. 135; SJ Ex. 1F<br>UP001084 | | | | | | |
| | 205. | Letter from Pam Pachaud to Baker dated November 6, 2014<br><br>Baker Dep. Ex. 136; SJ Ex. 1G<br>UP000366-67 | | | | | | |

| PLF | DF | DESCRIPTION | OFF | OBJ | RC VD | NOT RCVD | DATE | MAY OFFER |
|-----|-----|-------------|-----|-----|-------|----------|------|-----------|
| | 206. | Medical records from Little Rock Diagnostic Clinic dated January 6, 2015<br><br>Baker Dep. Ex. 141; SJ Ex. 1H<br><br>UP000739-53 | | | | | | |
| | 207. | Letter from Dr. Silzer dated January 6, 2015<br><br>Baker Dep. Ex. 140; SJ Ex. 1I<br><br>UP000761 | | | | | | |
| | 208. | Letter from Pam Pachaud to Baker dated January 19, 2015<br><br>Baker Dep. Ex. 142; SJ Ex. 1J<br>UP000357-58 | | | | | | |
| | 209. | Letter to Baker from Everett dated March 2, 2015<br><br>Baker Dep. Ex. 146; SJ Ex. 1K<br><br>UP000690-91 | | | | | | |
| | 210. | Letter from Owens to Baker dated March 5, 2015<br><br>Baker Dep. Ex. 147; SJ Ex. 1L<br><br>UP000686-89 | | | | | | |
| | 211. | Vocational Rehabilitation Progress Report<br><br>Baker Dep. Ex. 156; SJ Ex. 1M<br><br>UP000702-05 | | | | | | |
| | 212. | Medical Records from Little Rock Diagnostic Clinic dated October 16, 2015 and cover sheet<br><br>Baker Dep. Ex. 157; SJ Ex. 1N<br><br>UP000756-60 | | | | | | |
| | 213. | Arkansas Cardiology Records dated August 26, 2013<br><br>Baker Dep. Ex. 143; SJ Ex. 2A<br><br>UP000716-38 (UP 005215 - UP 005237) | | | | | | |
| | 214. | Medical Comments History Nov. 5, 2014 – April 9, 2015<br><br>SJ Ex. 2B<br><br>UP005159-164 | | | | | | |

| PLF | DF | DESCRIPTION | OFF | OBJ | RC VD | NOT RCVD | DATE | MAY OFFER |
|---|---|---|---|---|---|---|---|---|
| | 215. | Restriction Review Form<br>SJ Ex. 3A<br>UP005211-13 (UP 00712 – UP 00714) | | | | | | |
| | 216. | Letter to Baker from Everett dated November 7, 2014 granting leave of absence<br>Baker Dep. Ex. 137<br>UP005253 | | | | | | |
| | 217. | Letter to Baker from Pachaud dated November 10, 2014<br>Baker Dep. Ex. 138<br>UP000375-76 | | | | | | |
| | 218. | Letter to Baker from Everett dated November 11, 2014 granting leave of absence<br>Baker Dep. Ex. 139<br>UP005190 | | | | | | |
| | 219. | Letter to Baker from Pachaud dated February 12, 2015<br>Baker Dep. Ex. 144<br>UP000368-69 | | | | | | |
| | 220. | Vocational Rehabilitation Referral Form<br>Baker Dep. Ex. 148<br>UP000697 | | | | | | |
| | 221. | Job Applications<br>Baker Dep Exs. 149-55 | | | | | | |
| | 222. | Letter to Baker from Everett dated October 30, 2015<br>Baker Dep. Ex. 158<br>UP000684-85 | | | | | | |
| | 223. | Chicot Memorial Medical Center Records<br>Baker Dep. 163<br>HARRIS0005997-6153 | | | | | | |
| | 224. | Chicot Memorial Medical Center Records<br>Baker Dep. 164<br>HARRIS0001643-85 | | | | | | |

| PLF | DF | DESCRIPTION | OFF | OBJ | RC VD | NOT RCVD | DATE | MAY OFFER |
|-----|-----|-----|-----|-----|-----|-----|-----|-----|
| | 225. | EEO Policies<br>UP 001052-54 | | | | | | |
| | 226. | **HR Reporting System**<br>**UP001056-74** | | | | | | |
| | 227. | NTSB - Goodwell Report<br>(UP 003839 - UP 003903) | | R; O (403) | | | | |
| | 228. | NTSB – Arden, Nevada Accident Report<br>(UP 003826 - UP 003838) | | R; O (403) | | | | |
| | 229. | General Job Descriptions for Safety Critical Railroad jobs covered by the FRA Fitness for Duty Medical Standards<br>(UP 002094–2102) | | R; O (403) | | | | |
| | 230. | Dr. Matthew Rizzo CV | | | | | | |
| | 231. | On Duty Time<br>UP_BakerPhaseII_440517-621 | | | | | | |
| | 232. | Medical Comments History May 19, 2009 – Nov. 25, 2020<br>UP_BakerPhaseII_440750-64 | | | | | | |
| | 233. | Medical Comments History Nov. 5, 2014 - Nov. 16, 2015<br>UP 000346-54 | | | | | | |
| | 234. | Email dated October 2, 2014<br>UP_Baker_PhaseII_440940 | | O (untimely) | | | | |
| | 235. | Email dated February 9, 2015<br>UP_Baker_PhaseII_440935 | | O (untimely) | | | | |
| | 236. | Email dated October 7, 2015<br>UP_Baker_PhaseII_440960 | | O (untimely) | | | | |
| | 237. | Email dated October 8, 2015<br>UP_Baker_PhaseII_440941 | | O (untimely) | | | | |
| | 238. | Health and Medical Services Status Update dated October 29, 2015<br>UP 000379 | | | | | | |
| | 239. | HARRIS0001720-23<br>Silzer Records, April 6, 2015<br>Silzer Dep. Ex. 8 | | | | | | |

| PLF | DF | DESCRIPTION | OFF | OBJ | RC VD | NOT RCVD | DATE | MAY OFFER |
|---|---|---|---|---|---|---|---|---|
| | 240. | Appendix B: Duration of Work Restrictions by Condition<br>UP_Harris_032118-22 | | | | | | |
| | 241. | Arkansas Surgical Hospital Records June 11, 2013<br>HARRIS0012584 - HARRIS0012595 | | R; O (403) | | | | |
| | 242. | Little Rock Diagnostic Clinic, April 6, 2015, HARRIS0001720 | | R; O (403) | | | | |
| | 243. | Arkansas Cardiology Records<br>Arkansas_Cardiology_000002-14 | | O (403) | | | | |
| | 244. | Plaintiff's Answers to Defendant's Interrogatories, Set I<br>SJ Ex. 1Q | | O (403) | | | | |
| | 245. | Plaintiff's Supplemental Responses to Requests for Production<br>Baker Dep. Ex. 161 | | H; O (403) | | | | |
| | 246. | Plaintiff's Second Supplemental Answers to Interrogatories, Set I<br>Baker Dep. Ex. 162 | | O (403) | | | | |
| | 247. | Plaintiff's Answers and Supplemental Response to Phase II Requests for Production served June 4, 2021 | | O (403) | | | | |
| | 248. | Plaintiff's Answers to Defendant's Interrogatories, Phase II served December 11, 2020 | | H; O (403) | | | | |
| | 249. | Benefits Information<br>Baker0000011-12 | | O (403) | | | | |
| | 250. | FMCSA Handbook<br>(Do not intend to offer; rebuttal testimony only) | | R; O (403) | | | | |

Defendant reserves the right to amend this exhibit list prior to trial and at trial itself based upon Plaintiff's exhibit list, based upon the Court's rulings before and during trial, based upon the witnesses and/or evidence presented at trial, in order to impeach witnesses or to refresh recollection, and for such other good cause as may be determined by the Court.  Defendant also reserves the right to object to the admissibility of documents

that may be offered by Plaintiff at the trial, irrespective of whether the document is identified on the exhibit list.

Defendant reserves the right to amend and supplement this Exhibit List to include inadvertent omissions, demonstrative exhibits and documents to be used for impeachment and/or rebuttal up until and through the trial of this case.

Dated this 7th day of March, 2022.

UNION PACIFIC RAILROAD COMPANY,
Defendant,

By:   s/ David P. Kennison
   Scott Parrish Moore (NE# 20752)
   Allison D. Balus (NE# 23270)
   David P. Kennison (NE# 25510)
of  BAIRD HOLM LLP
   1700 Farnam St. Ste. 1500
   Omaha, NE  68102-2068
   Phone: 402-344-0500
   Email:  spmoore@bairdholm.com
   Email:  abalus@bairdholm.com

## CERTIFICATE OF SERVICE

I hereby certify that on March 7, 2022, I provided electronic notice of the foregoing to the following:

| | |
|---|---|
| Charles A. Delbridge | James H. Kaster |
| cdelbridge@nka.com | kaster@nka.com |
| Neil D. Pederson | Corey L. Stull |
| npederson@nka.com | cstull@atwoodlawyers.com |
| Nicholas D. Thompson | Anthony S. Petru |
| nthompson@caseyjones.com | petru@hmnlaw.com |

and I hereby certify that I have mailed by United States Postal Service the document to  the following CM/ECF participants: None.


<u>s/ David P. Kennison</u>
Attorney for Defendant

DOCS/2777625.1

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

John Baker,

        Plaintiff,

v.

Union Pacific Railroad Co.,

        Defendant.

Case No. 8:20-CV-00315-JFB-SMB

**PLAINTIFF'S WITNESS LIST**

Pursuant to Fed. R. Civ. P. 26(a)(3)(A)(i), and the Court's Trial Setting Order (ECF No. 361), Plaintiff John Baker submits the following list of trial witnesses for the trial scheduled to begin April 4, 2022.

**<u>Witnesses Plaintiff Expects to Call:</u>**

1. Plaintiff John Baker
   c/o Nichols Kaster, PLLP
   80 S. 8th Street, Suite 4700
   Minneapolis, MN  55402
   (612) 256-3200

2. Jessica Baker
   c/o Nichols Kaster, PLLP
   80 S. 8th Street, Suite 4700
   Minneapolis, MN 55402
   (612) 256-3200

3. Dr. Michael Devereaux
   c/o Case Western Reserve University
   University Hospitals Case Medical Center
   Department of Neurology
   11100 Euclid Ave
   Cleveland, OH 44106
   (216) 844-3591

4. Dr. Kevin Trangle
   c/o Kevin Trangle & Associates

1

    Paragon Center Two
    6150 Parkland Blvd
    Cleveland, OH 44124
    (612) 504 0400

5.  Melissa Snelson
    c/o Stonehill Group, LLC
    121 South Eighth, Suite 850
    Minneapolis, MN 55402
    (612) 436-1390

6.  Dr. Robert Silzer (due to witness availability issues, Plaintiff anticipates designating
    deposition testimony to be read into the record)
    c/o Little Rock Diagnostic Clinic
    Neurodiagnostic Laboratory
    10001 Lile Drive
    Little Rock, AR 72205

7.  Dr. John Holland
    c/o Occupational and Environmental Medicine
    4227 S. Meridian, Suite C, PMB 254
    Puyallup, WA 98373

8.  John Charbonneau
    c/o Union Pacific Railroad Company
    1400 Douglas Street
    Omaha, NE 68179

9.  Jay Everett
    c/o Union Pacific Railroad Company
    1400 Douglas Street
    Omaha, NE 68179

10. Chad Bilson
    c/o Union Pacific Railroad Company
    1400 Douglas Street
    Omaha, NE 68179

**Witnesses Plaintiff May Call:**

1.  Alexander Wise
    c/o Nichols Kaster, PLLP
    8 S. 8th Street, Suite 4700
    Minneapolis, MN 55402
    9612) 256-3200

2

2. Dr. Matthew Rizzo
   c/o Department of Neurological Sciences
   University of Nebraska Medical Center
   988440 Nebraska Medical Center
   Omaha, NE 68198
   (402) 559-4849

Plaintiff reserves the right to present impeachment and rebuttal witnesses, to call and examine witnesses listed on Defendant's witness list, and to present unlisted witnesses who are made necessary by developments after these disclosures and continuing throughout trial that Plaintiff could not have reasonably anticipated.

Date: <u>March 10, 2022</u>

**NICHOLS KASTER, PLLP**

<u>s/Neil D. Pederson</u>
James H. Kaster* (MN #53946)
    kaster@nka.com
Charles A. Delbridge* (MN #386639)
    cdelbridge@nka.com
Neil D. Pederson* (MN #0397628)
    npederson@nka.com
80 South Eighth Street
4700 IDS Center
Minneapolis, Minnesota 55402-2242
Telephone: (612) 256-3200
Fax: (612) 338-4878

*admitted pro hac vice*

ATTORNEYS FOR PLAINTIFF

3

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEBRASKA**

| | |
|---|---|
| JOHN BAKER,<br><br>              Plaintiff,<br>vs.<br><br>UNION PACIFIC RAILROAD COMPANY,<br><br>              Defendant. | CASE NO. 8:20-cv-00315<br><br>**DEFENDANT'S WITNESS LIST** |

Pursuant to Fed. R. Civ. P. 26(a)(3)(A)(i), Defendant Union Pacific Railroad Company submits the following list of trial witnesses.

**<u>Witnesses Defendant Expects To Call</u>**:

1.    Dr. John Charbonneau
       Union Pacific Railroad Company
       1400 Douglas Street
       Omaha, NE
       402-544-5000

2.    Dr. Matthew Rizzo
       Department of Neurological Sciences
       University of Nebraska Medical Center
       988440 Nebraska Medical Center
       Omaha, NE 68198-8440
       (402) 559-8600

3.    Jay Everett
       Union Pacific Railroad Company
       1400 Douglas Street
       Omaha, NE
       402-544-5000

4.    Pam Pachaud
       Union Pacific Railroad Company
       1400 Douglas Street
       Omaha, NE
       402-544-5000

5.    Plaintiff John Baker

**<u>Witnesses Defendant May Call</u>**:

1.      Terry Owens
        Jacksonville, AR 72076

2.      William (Frank) Sutterfield
        Union Pacific Railroad Company
        1400 Douglas Street
        Omaha, NE
        402-544-5000

3.      Dr. Robert Silzer

4.      Heather Taylor
        Systemdic Corp.
        1089 Executive Center Dr., Ste. 105
        Little Rock, AR 72211
        (501) 227-5553

     Additionally, Defendant reserves the right to present impeachment and rebuttal witnesses, to call and examine witnesses listed on Plaintiff's witness list, and to present unlisted witnesses who are made necessary by developments after these disclosures and continuing throughout trial that Defendant could not have reasonably anticipated.

     DATED this 7th day of March, 2022

UNION PACIFIC RAILROAD COMPANY,
Defendant,


By:  s/ David P. Kennison
     Scott Parrish Moore (NE# 20752)
     Allison D. Balus (NE# 23270)
     David P. Kennison (NE# 25510)
of   BAIRD HOLM LLP
     1700 Farnam St. Ste. 1500
     Omaha, NE  68102-2068
     Phone: 402-344-0500
     Email:  spmoore@bairdholm.com
     Email:  abalus@bairdholm.com


## CERTIFICATE OF SERVICE

I hereby certify that on March 7, 2022 I electronically provided the foregoing to the following:

| | |
|---|---|
| Charles A. Delbridge | James H. Kaster |
| cdelbridge@nka.com | kaster@nka.com |
| Neil D. Pederson | Corey L. Stull |
| npederson@nka.com | cstull@atwoodlawyers.com |
| Nicholas D. Thompson | Anthony S. Petru |
| nthompson@caseyjones.com | petru@hmnlaw.com |

and I hereby certify that I have mailed by United States Postal Service the document to the following CM/ECF participants: None.

s/ David P. Kennison
Attorney for Defendant

DOCS/2756538.2

# *CURRICULUM VITAE*

**Kevin L. Trangle, MD, MBA,**
**FACOEM, FAADEP, BCIM, CIME, ABIME, CMRO**
**6150 Parkland Blvd., Suite 110**
**Mayfield Heights, OH 44124**
**(216) 504-0400**
**(216) 504-0404 (fax)**
**ktrangle@kta-md.com**            *Updated 02/15/2021*

**Board**
**Certifications:**   Internal Medicine, Board Certified, 1981;
Occupational and Environmental Medicine, Board Certified, 1988;
Preventive Medicine/Occupational and Environmental Medicine, 1990;
Board Eligible Addiction Medicine, 2017;
American College of Occupational and Environmental Medicine, Master Fellow;
American College of Preventive Medicine, Fellow;
American Academy of Disability Evaluating Physicians, Master Fellow

**Education:**   Case Western Reserve University               1989
Cleveland, Ohio                               M.B.A
Master's Business Administration
Concentration in Health Care Management

University of Washington
Seattle, Washington
Coursework taken
Master's in Health Administration

University of Washington Hospitals            1981
Seattle, Washington                          Board
Internal Medicine/Primary Care               Certified

University of Minnesota Medical School        1978
Minneapolis, Minnesota                       M.D

Massachusetts Institute of Technology        1972
Cambridge, Massachusetts                     B.S
Biology, Chemistry, Computer Science

St. Louis Park Senior High School            1969
Pre-College Courses

**Kevin L. Trangle, MD, MBA**
**Page 2**

<u>**Appointments:**</u>

**Case Western Reserve University**
**University Hospitals/Cleveland, Ohio**
**Senior Clinical Instructor**

**Euclid General Hospital**
**Euclid, Ohio**
**Associate Staff Member**

**Hillcrest Hospital**
**Mayfield Heights, Ohio**
**Staff Member**

**Mt. Sinai Medical Center**
**Cleveland, Ohio**
**Director of Employee Health**
**Director of Occupational Medicine 1991-1995**

**Health Care Advisory Council**
**Formed by HB107-appointed September 1, 1994 by**
**Governor Voinovich – stepped down 1998**

**Ohio State Medical Association**
**Appointed Northeast Ohio Representative - Workers'**
**Compensation Committee**

**Northern Ohio Medical Association – Board of Directors**
**(2002-2003), Nominating Committee, Medical Legal**
**Committee**

**Cleveland Academy of Medicine – Board of Directors 2003-**
**2005**

**Specialist Examiner -**          **Industrial Commission**
**Federal Employee Compensation (1987-2012)**
**Bureau of Workers' Compensation**
**Social Security Administration (1987-2008)**
**EPA**
**FAA (1987-2003)**
**Pension Funds**

- **Medical Director for _Millennium Chemical Corporation_ (1999- 2009); the company became _Lyondell Chemical_ (2005- 2008) and then Cristal Global.**
- **Medical Director _Moore Counseling and Mediation Services_ 2008 to present**
- **Consulting Medical Director _British Aerospace Engineering_ BAE _(based in Arlington Virginia)_ 2015 to present**

Kevin L. Trangle, MD, MBA
Page 3

- _KTA-MAT Recovery Services_, **founder.  This was an outpatient clinic using medical-assisted treatment to care for individuals with substance abuse issues.**
- _Ravenwood Mental Health Community Hospital_, **medical-assisted treatment medical director.  The prior clinic I referenced above was acquired by Ravenwood Hospital.  I was offered the position of MAT medical director for the hospital.  This involved coordinating doctors, psychiatrists, nurse practitioners and other providers in the care and treatment of onsite services, IOP groups and distance provision for individuals with clinical chemical dependency issues.  This started in 2019 and is ongoing.**

     **As part of the services provided to Ravenwood, I also worked with NBD+ Medical in providing manual and video presentation, guidelines, policies and protocols for COVID-19-related pandemic safety precautions.**

- _NBD+ Medical_ **is a company where I am the medical director.  It is a sanitation and disinfection company that has become quite involved in pandemic disinfection, sanitation as well as medical protocols and provisions.  I run the medical side of it.  The company has been in existence for several years and has a national presence in sanitation and disinfection.  My responsibilities are the production of videos and manuals for different organizations, clinical guidelines as well as protocols, procedures, policies and a medical hotline.  Our clients have included mental health institutions, outpatient addiction services, schools, restaurants, law offices, commercial facilities and others.  This is an ongoing program.**

     **As part of this practice, I am involved in The Cleveland Clinic Foundation COVID-19 taskforce as well as teaching staff at University Hospitals which is also involved in reopening of businesses in these pandemic times.**

**Positions-**              **American College of Occupational and Environmental Medicine;**
**House of Delegates representative Corporate Medicine and TRIOMA Sections;**
**Member- Work Fitness, International Medicine and Health Productivity Management (HPM);**
**Member- Medical Review Officer Component;**
**Member International Section;**
**Certified HPM examiner of corporations;**
**Chair Corporate Medical Section 2010 to 2019;**
**Chair Practice Management and Finance 2016 to 2019;**
**Currently** _(as of 05/01/2017)_ **chairing the task force from ACOEM putting together a model Substance Abuse Program guideline for companies;**

**General Experience-**
**I have been the** _**Medical Director of several companies including:**_ **Argotech, Textron, Marine Mechanical, FBI, LTV Steel, Neway Stamping and several others.**

Kevin L. Trangle, MD, MBA
Page 4

Additionally, during consultations, I have dealt with several issues surrounding chemical exposures.

These include multiple chemical sensitivity, water quality, water chlorination, indoor air quality, fungal infections, organic and inorganic solvent exposure, styrene, asbestos, particulates, benzenes and other chemicals.

As one of only three occupational doctors on staff at University Hospitals in Cleveland, as well as one of four on staff at the Cleveland Clinic Foundation, I get a number of tertiary disease exposure related referrals, oncology related and other chemical exposures including respiratory exposures. I have written articles on dermal exposures as well as other exposures in the workplace and I have consulted with companies and other organizations in terms of chemical exposures.

**Chemical Industry Experience-**

My experience in dealing with the chemical industry stems from running an environmental consulting business, industrial hygiene consulting and a safety consulting business at the same time I ran an environmental laboratory. Often in that context the issues dealt not only with the environment and the workplace, but also with the individuals that were exposed at these different venues. In addition to the above noted information, I was the Medical Director of Millennium Chemical.

**Substance Abuse Experience-**

I first became involved with a SAMSHA grant in medical school as a resident trainee at 2 Substance Abuse Rehab Facilities in Minnesota- Wilmer State Hospital and Hazeltine Rehabilitation. The 12-week program dealt with alcohol and drug abuse, attending AA and NA meetings as well as group therapy.

I have been a Certified Medical Review Officer (CMRO) for several years through ACOEM. In that position, I have evaluated numerous individuals for prescription medication abuse as well as use of illicit substances.

As Medical Director over the years I have designed Drug-Free Workplace programs and substance abuse protocols and policies for firms, companies and organizations throughout the world. These include treatment protocols and return-to-work contracts as well as every aspect of substance abuse. I have overseen the

Kevin L. Trangle, MD, MBA
Page 5

individual treatment plans and protocols for return to work for numerous employees.

I have been Medical Director of Duel Diagnosis programs at Windsor Hospital primarily as well as part time at Laurel Wood Hospital; altogether over 10 years in this aspect of Substance Abuse and Addiction Medicine.

I was for 15 years a Class I Federal Aviation Administration (FAA) special examiner for Special Issuance of flight certificates for commercial pilots with alcohol or drug issues. I worked closely with a Cleveland Clinic psychologist and with the FAA psychiatrist in Washington DC.

Since 2008 I have been the _Medical Director of Moore Counseling_ & Medication Services (MCMS), helping design rehabilitation programs and oversee the medical aspects of all patients and of the program. This includes the Vivitrol program that is currently being conducted through MCMS.

As of 05/01/2017, chaired ACOEM task force for a model Substance Abuse Program guideline for companies.

Started KTA-MAT Recovery services August 2019. Treated patients with Vivitrol, Buprenorphine and palliative medications along with associated counseling. Clinic was acquired by Ravenwood Mental Health, a community wide not for profit organization providing among other services MAT and IOP services for drug related addiction and impairment. I am the Medical Director for Medical Assisted Treatment and Community Outreach for the organization.

**Orthopedic Experience-**

I spent five years as an emergency room doctor garnering orthopedic experience in an acute care setting. Additionally, the majority of Occupational Medicine done in the outpatient practice at CHEC Medical Center in Seattle and for the many years worked at University MedNet and at Mt. Sinai Medical Center was orthopedic in nature. I spent two years at Ohio City Orthopedics in non-operative management of orthopedic conditions. I worked at University Orthopedics at Chagrin Highlands for three years in 2004 through 2007 also managing non-operatively orthopedic patients.

My expertise in musculoskeletal injury care encompasses ordering of tests for the initial diagnosis, pharmaceutical treatment, overseeing rehabilitation and therapy as well as the requesting of

Kevin L. Trangle, MD, MBA
Page 6

various injections and pain management procedures as necessary. If the patient needed surgery, at that point in time the appropriate surgeon would be chosen. Following surgery the patient will be referred back for subsequent rehabilitation and a back-to-work reentry program.

My referral sources include claims attorneys, defense attorneys, companies, and the attorney general's office, BWC, TPA, MCO as well as other government agencies in terms of evaluating and offering treatment guidelines for injured workers and parties.

<u>Jobs, Study and Related Experience:</u>
> *Kevin Trangle & Associates*                           9/00- present
> (Formerly IMEx Associates)
> 6150 Parkland Blvd., Suite 110
> Mayfield Heights, OH 44124

Kevin Trangle & Associates (KTA) is an Occupational Medicine clinical specialty practice that devotes its resources and personnel to consultation services for industry and businesses; attorneys representing injured workers and individuals as well as attorneys representing companies and insurers; government agencies and other organizations. Consultative services include clinical advice, travel clinics, rehabilitation potential, return-to-work plans, treatment protocols, incidence response, and ADA compliance among others. The company uses board certified specialists as needed, with the spectrum of expertise spanning several areas of medical training; including treatment of injured individuals; work related and not.

KTA is involved in setting up, staffing and managing of corporate medical departments within companies, factories and organizations.

*Benefits Advisory Network (BAN)* National Medical Director 4/2012 to 4/2013
BAN is an association of over 50 Health and Disability Insurance Agencies across the US covering more than 4000 companies advising the agencies on best approaches to design and implement health care and disability programs.

As medical director, my responsibilities included a) disability and absenteeism management systems, b) devising strategies for health care cost containment through early disease identification and intervention, wellness promotion, c) utilizing health insurance data analytics to review costs and redesign benefits' plans, and d) staff on-site medical clinics at companies with nurses and doctors

*U.S. HealthWorks,* Inc. (USHW), Regional Medical Director  3/97 – 9/00
20690 Lakeland Boulevard
Cleveland, Ohio 44119

Kevin L. Trangle, MD, MBA
Page 7

USHW is a Physician Practice Management Company specializing in occupational health care through a medical network of occupational specialists and clinics. Organization provides safety, ergonomic, audiology, industrial hygiene and regulatory compliance expertise.

Injury care and rehabilitation services offered. Company is supported by multi-location clinics, appropriate clinical protocols and outcome measurements. Medical legal consultation and deposition services are offered. Full network of supporting health specialists and hospitals integrated into service offerings.

*Kevin L. Trangle, M.D.*                                4/95 - 3/97
20690 Lakeland Boulevard
Cleveland, Ohio 44119

Trangle & Associates was an organization involved in the Occupational Medicine and Industrial Hygiene field in several areas. It was staffed with occupational physicians, as well as other professionals in the Occupational Medicine field. The company set-up in-plant medical facilities, performs medical-legal examinations and consultations for the insurance and legal industry. In addition, the organization involved in clinical out patient facility treating workers with injuries and advising companies on clinically related medical problems.

*Business Health Network*, Inc., President                3/89 - 3/95
35000 Kaiser Court, Suite 300
Willoughby, Ohio 44094

Business Health Network was an organization that was involved in the Occupational Medicine and Industrial Hygiene field in several areas. It was staffed with toxicologists, occupational nurses and physicians, as well as other professionals in the Occupational Medicine field.

The company set-up in-plant medical facilities, performed medical-legal examinations and consultations for the insurance and legal industry and performed environmental sampling on air, land, soil and water resources. In addition, the organization ran clinical outpatient facilities treating workers with injuries and advised companies on clinically related medical problems.
The company owned and ran an environmental testing laboratory specializing in testing of water, air, soil and indoor air quality environments.

*MEDNET, Partner*                                       5/84 - 3/89
Director, Occupational Medicine/Immediate Care & Ambulatory Services
Euclid Clinic Foundation
18599 Lake Shore Boulevard
Euclid, Ohio 44119

Activities encompassed a broad range of the aspects involved in the practice of Occupational Medicine. Responsibilities included supervising staff, hiring and

Kevin L. Trangle, MD, MBA
Page 8

training, program development and implementation, marketing and sales, and most importantly, quality medical delivery.  Personal schedule entailed seeing patients with on-the-job injuries, physical pre-placement and periodic examinations, back-to-work status exams, light-duty determinations and others.  Much time was spent in specialty consultations and medical-legal determinations such as disability examinations.

**_CHEC Medical Centers_**                                         **9/81-5/84**
**Seattle, Washington**

Founder and President of an ambulatory care center network in Seattle.  The group of clinics handled a variety of patients at several clinics with over 50% occupational medicine utilization.  Duties included treating patients for on-the-job injuries, as well as, routine screening examinations.  I functioned as company physician for several hotel firms as well as large trucking firms.  Set up Back Injury Program, CPR/First Aid classes and other wellness activities.

I was active in the medical-legal aspects of Workers' Compensation and a consultant to several attorneys.

**Stevens Memorial Hospital**                                 **1/82-6/82**
**Edmonds, Washington**
**Emergency Room physician**

**Riverton General Hospital**                                 **2/81-1/82**
**Seattle, Washington**
**Full-time emergency department physician, which included work at other facilities at Overlake and Providence Hospitals**

**Medical Consultant Services**                               **9/77-3/81**
**Minneapolis-St. Paul and Seattle Areas**
**This was a consultation practice with various attorneys in the areas.**

**Republic of Togalaise, West Africa**                        **3/78-5/78**
**Group Leader:  Arnold Andersen, M.D.**
**Founder, Children's Hospitals**
**Minneapolis, Minnesota**
**I was a leading member of a team of physicians establishing joint medical relations.**

**Hadassah Medical School**                                   **9/77-6/78**

**Harry Jacob, Chairman**
**University of Minnesota**
**Minneapolis, Minnesota**
**Research work supported with stipend from the Minnesota Medical Foundation**

**Swazi Government Hospital**                                 **9/76-1/77**
**Mbabane Swaziland, Africa**

Kevin L. Trangle, MD, MBA
Page 9

I performed as physician with full responsibilities for treating and managing patients in hospital. Designed, executed and correlated results into publications of immunology research project.

National Institute of Health / Clinical Endocrine Program        9/75-1/76
National Heart-Lung Institute / Hypertension-Endocrine Unit
Bethesda, Maryland

**Publications:**

1.   D.S. Kemp, M. Trangle, and K. Trangle:  Anderson Test Assessment of Recemization for the Hydroxybenzotrizole-Dicyclohexylcabodimide Peptide Coupling Procedure. Tetrahedron Letters
2.   K. Trangle:  Dietary Habits of Adolescents in Sharon, Mass.  This paper is part of the collection of surveys being coordinated in a citywide nutrition
     Assessment by M.I.T. Nutrition Department
3.   A.E. Rogers, B.J. Herdon, P.M. Newverne, et al:  Induction by Dimethyl-Hydrazide of Intestinal Carcinoma in Normal Rats and Rats Fed High and Low Levels of Vitamin A; Acknowledgment, Cancer Research 33:1003-9, May 1973.
4.   K. Trangle, D. Hamarschmidt, P. Craddock, and H. Jacobs:  Complement Activation of PMN Aggregation in Parasitic Infections.  Abstract, ASCO 5/17.
5.   K. Trangle, M. Goluska, M. O'Leary, S. Douglas:  Schistosomiasis, Blood Groups, and Secretor Status - Parasite Immunology, 1:133-140, 1979.
6.   N. Radfar, K. Trangle:   Dexamethasone Treatment for Congenital Adrenal Hyperplasia-National Institute of Health.
7.   Fallon Jr., L. Fleming, Awosika-Olumo, Adebowale; Trangle, Kevin L:  Case Study-Idiopathic Pulmonary Fibrosis (Cover story).  Journal of Controversial Medical Claims, Aug2004, Vol. 11 Issue 3: P1, 6p.
8.   Trangle, Kevin L, Fallon Jr., L. Fleming, Awosika-Olumo, A: Primary Multiple Drug-Resistant Tuberculosis:  A Case Report.  Journal of Controversial Medical Claims:  May2004 Vol. 11 Issue 2, P15, 5p.
9.   Trangle, Kevin L, Fallon Jr., L. Fleming, Awosika-Olumo, a: Deltoid Muscle Atrophy Secondary to Hepatitis B Injection?  A Case Report: Journal of Controversial Medical Claims.  Feb2004, Vol. 11, Issue 1, P9, 4p.
10.  Awosika-Olumo, Adebowale; Fallon Jr., L. Fleming: Crush Syndrome:  A Lesson in Risk Management: Journal of Controversial Medical Claims. Nov2002, Vol 9 Issue 4, P8, 4p, 2 charts
11.  Awosika-Olumo, Adebowale, Fallon Jr., L. Fleming, Trangle, Kevin L: The Connection between Stress and Peptic Ulcer Disease: Case of Mistaken Relationship: Journal of Controversial Medical Claims, Aug2002, Vol.9, Issue 3, P8, 5p.
12.  Fallon Jr., L. Fleming, Awosika-Olumo, Adebowale, and Trangle, Kevin L: Reactive Airways Disease:  A Need for Caution in a Medico legal Case Review Brief: Journal of Controversial Medical Claims, May 2002, Vol. 9, Issue 2, p10, 5 p, 1 chart.
13.  Fallon, LF, Awosika-Olumo, A, Trangle, KL. (2005): Brucellosis in a Supermarket Neat Cutter. Journal of Controversial Medical Claims, 12(2), 1-5.
14.   Trangle Kevin L, Awosika-Olumo Adebowale, L. Fleming Fallon, Jr.: Occupational Exposures and Medical Treatments: An Example of Synergy: Journal of Controversial Medical Claims, August 2005, Vol. 12, No. 3, pgs. 1-6.

Kevin L. Trangle, MD, MBA
Page 10

15.    Awosika-Olumo AI, Trangle KL. Post-traumatic fibromyalgia: a review. African Newsletter 3/1999 p.76-79.
16.     Awosika-Olumo AI, Trangle KL, Fleming F.  Microorganism induced Skin Disease in Workers Exposed to Metalworking Fluids; Occupational Medicine, 2003 (15): pages 35-40.

**National Awards and Grants:**
 National Merit Scholarship
 National Science Foundation Scholarship
 Alpha Omega Alpha Scholarship Award
 Minnesota Medical Foundation Research Grant
 Schistosomiasis Research Grants

**Organizational Memberships:**
 American College of Occupational and Environmental Medicine
 American Medical Association
 Cleveland Academy of Medicine
 Ohio State Medical Association
 American Academy of Disability Evaluation Physicians
 American College of Preventive Medicine
 American Society of Internal Medicine
 American Society of Addiction Medicine

**Presentations:**
- Ohio Bar Association 1994, American Disability Act.
- Cuyahoga bar Association 1993, Substance Abuse in the Workplace.
- Ohio Association of Trial Attorneys 1992, Cumulative Trauma Disorders.
- Mt. Sinai Grand Rounds 1994, Lead Intoxication.
- TriState Occupational Medicine 1993, Scope of Occupational Medicine.
- American College of Occupational and Environmental Medicine 1992, Occupational Medicine in the Clinic Setting.
- Ohio Self-Insured Employer Annual Meeting, Cleveland 1993, Permanent Partial Impairment and Use of the AMA Guide.
- Industrial Commission/Attorney General - Workers' Compensation Division 1992-1993, Seminar Series on Medical Issues (monthly) for Lawyers and Hearing Officers.
- Cuyahoga Bar Association 1994, Cervical Spinal Injuries
- Presentation - Cervical Spine Disease, December 2, 1994
- Presentation - Workers Compensation, December 8, 1995
- Seminar - ADA Presentation, October 11, 1996
- Seminar - Managed Care Occupational Medicine Presentation, November 8, 1996
- Presentation – Workers' Compensation in Ohio, October, 1999
- Presentation- OSHA VPP Award for Millennium 2004
- Presentation- OSHA Best of Practices Award for Health Care Program 2004
- Carpal Tunnel Syndrome, First Energy and TPA Conference, November, 2005
- Reflex Sympathetic Dystrophy- DMEC Ohio, January, 2006-01-06
- Ohio Self Insured Associations presentation on Substantial Aggravation, June 2006

Kevin L. Trangle, MD, MBA
Page 11

- **Ohio Self Insured Association Presentation of Health Care Cost Containment, June 2006**
- **Presentation Attorney General and Hearing Officers on RSD and Substantial Aggravation, September 2007**
- **Central Ohio Self Insured Association Presentation on RSD, November 2007**
- **Reflex Sympathetic Dystrophy Presentation at Ohio Self Insured Association Day, January 2008**
- **Reflex Sympathetic Dystrophy Presentation for Annual Meeting of Case Managers in Ohio, April 2008**
- **Workers' Compensation Panel Presentation for Employers, May 2008**
- **Raising the Bar; Presentation on the IME in Workers Compensation Cases; Columbus, Ohio, April 29, 2010**
- **Nationwide Mock Trial and Deposition Training Seminar; Instructor and Presenter for Advanced Trial Attorney Seminar; Columbus, Ohio, July 26-28, 2010**
- **Expert Witness Skills Presentation for Progressive Attorneys Group; Cleveland, Ohio, April 15, 2011**
- **Peel Holland Workshop on Preventive Medicine, Paducah, Kentucky; October 10, 2012**
- **BAN Wellness Workshop: Scottsdale, Arizona; February 11, 2013**
- **BAN Data Analytics Workshop; Scottsdale, Arizona; February 12, 2013**
- **Case Western Reserve University Guest Lecturer: Data Informatics in Healthcare; February 20, 2013**
- **Nationwide NITA Conference Presenter; Advanced Trial Attorney Seminar; Columbus, Ohio, March 19, 2013**
- **COSIA presentation: Functional Capacity Evaluation – Uses and Indications; Columbus, Ohio; March 22, 2013**
- **BAN Webinar Presentation: Collecting Medical Claims Data & Evaluating Outcomes; May 15, 2013**
- **COSIA Education Day Presentation: Work-Related Injuries and Fitness for Duty; Lewis Center, Ohio; March 27, 2014**
- **Self-Insurers Group of Ohio (SIGO) Presentation: Beyond Expectations; Sandusky, Ohio; June 14, 2013**
- **BAN Webinar Presentation: Designing Health Plan Incentives; July 17, 2013**
- **Webinar Presentation: Affordable Care Act; November, 6, 2013**
- **ACOEM Webinar Presentation: Best in Class Wellness Vendors; February 12, 2014**
- **Nationwide NITA Conference Presentation/Workshop: Advanced Trial Attorney Seminar; Columbus, Ohio; March 11, 2014**
- **AOHC Meeting Presentation; Risk Management: San Antonio, TX; April 26, 2014**
- **Case Western Reserve University Guest Lecturer: Data Informatics in Decision Making, Choosing the Right System; Cleveland, Ohio; November 14, 2014**
- **Case Western Reserve Law School Presentation, Seminar and Workshop: Substantial Aggravation & Flow-Through Injuries; Cleveland, Ohio; February 15, 2015**
- **AOHC Conference Presentation: Computer Systems in Occupational Medicine; Baltimore, M.D.; May 4, 2015**
- **Cleveland Bar Association: Marijuana and Opiate Abuse; Policy and Prevention. Cleveland Ohio; 05/11/2016;**

**Kevin L. Trangle, MD, MBA**
**Page 12**

- **BAE presentation; Corporate Substance Abuse Policies in light of Legalization of Marijuana and Opiate Epidemic; Arlington, Virginia; 05/17/2017**
- **Preparation and presentation on COVID-19 safe operations for schools in the pandemic times, including manual, video and presentation surrounding this, 08/17/2020.**
- **Presentation for two nursing home associations regarding OSHA compliant with respirator protection program in light of pandemic practices, 10/06/2020.**
- **Presentation of traumatic brain injuries on 10/17/2020 ABIME.**
- **Presentation of Safe Practices in Pandemic Times to Ohio Mental Health and Addiction Services, 11/20/2020.**

# CURRICULUM VITAE

### MICHAEL WILLIAM DEVEREAUX, M.D.

**PROFESSIONAL DATA:**

Professor of Neurology
Case Western Reserve University
University Hospitals Case Medical Center
Dept. of Neurology
11100 Euclid Avenue
Cleveland, OH  44106
Telephone:  216-844-3591
Fax:  216-844-3160
E-mail:  michael.devereaux@uhhospitals.org

**PERSONAL DATA:**

RESIDENCE:

DATE OF BIRTH:
MARITAL STATUS:
SOCIAL SECURITY NUMBER:

**EDUCATION:**

| | |
|---|---|
| l960-l964 | Stanford University, BA Biology |
| l964-l968 | Baylor College of Medicine, M.D. |

*Internship*
l968-l969                Los Angeles County/University of Southern California
(LAC/USC) Medical Center, Mixed Medicine

*Residency*
l969-l972                LAC/USC Medical Center, Neurology

*Fellowships*
1972-1973                Neuro-ophthalmology, LAC/USC Medical Center
(James R. Keane, M.D.)

M. Devereaux, M.D.
Curriculum Vitae
2

| | |
|---|---|
| 1975-1976 | NIH Fellow: Clinical Neurophysiology, Neurological Institute<br>Columbia College of Physicians and Surgeons<br>New York City, New York<br>(Eli Goldensohn, M.D.) |

*Other*
| | |
|---|---|
| 1996 | Physician Executive Institute, Weatherhead School<br>Case Western Reserve University |

**HONORS:**

| | |
|---|---|
| 1960-1964 | Sloan & California State Scholarships (College) |
| 1989 | Teaching Excellence Award, Mt. Sinai Medical Center |
| 1988-1989 | Leadership Cleveland: selected for membership |
| 1993 | Legacy Award Epilepsy Foundation of America, Northeast Ohio Chapter<br>for exceptional service |
| 1996 - present | Best Physicians in America |
| 1999 - present | Top Doctors in America – Center for the Study of<br>Services |
| 2003 | Teaching Program Award – UHHS Richmond Heights Hospital |
| 2010 & 2011 | Health Care Heroes Finalist (Crain's Cleveland Business) |
| 2011 | Robert Daroff Teaching Excellence Award Dept of Neurology University<br>Hospitals Case Medical Center |
| 2012 | Elected to membership of the American Neurological Association |
| 2013 | The Dennis M Landis Teaching Excellence Award Dept. of Neurology<br>University Hospitals Case Medical Center |

**LICENSURE:** State of Ohio: 1977-present

**CERTIFICATION:** American Board of Psychiatry & Neurology, February, l975
American Board of Clinical Neurophysiology, (EEG), l977

**PROFESSIONAL BACKGROUND:**

ACADEMIC APPOINTMENTS:

| | |
|---|---|
| l971-l972 | Chief Resident, Neurology<br>LAC/USC Medical Center |
| l972-l973 | Clinical Instructor, Neurology<br>LAC/USC Medical Center |
| l973-l974 | Senior Instructor, Neurology<br>Hahnemann Medical School<br>Philadelphia, PA |
| l974-l975 | Clinical Assistant Professor Neurology<br>Hahnemann Medical School<br>Philadelphia, PA |
| 1976-l977 | Assistant Professor Clinical Neurology,<br>Columbia of College of Physicians and Surgeons<br>New York City, NY |
| | Harlem Hospital<br>New York City, NY |

M. Devereaux, M.D.
Curriculum Vitae
3

|  |  |
|---|---|
| | ▪ Director, Electroencephalography Laboratory |
| | ▪ Attending Neurologist, Columbia Neurology Service |
| l977-l986 | Assistant Professor of Neurology<br>Case Western Reserve University<br>Cleveland, OH |
| l978-1997 | Chief, Division of Neurology<br>Mt. Sinai Medical Center |
| l984-1997 | Associate Director, Department of Medicine<br>Mt. Sinai Medical Center<br>Cleveland, OH |
| l986-1996 | Associate Professor of Neurology<br>Case Western Reserve University<br>Cleveland, OH |
| 1993-1997 | Chief of Staff<br>Mt. Sinai Medical Center<br>Cleveland, OH |
| 1996 - Present | Professor of Neurology<br>Case Western Reserve University<br>Cleveland, OH |
| 2000 - 2006 | Vice President for Clinical Integration, University Hospitals of Cleveland |
| 2000 – 2008 | Chief Medical Officer<br>University Hospitals Richmond Medical Center<br>Richmond Heights, OH |

**MILITARY SERVICE:**

| | |
|---|---|
| 6/1/73-6/30/75 | Navy - Philadelphia Naval Hospital (Neurology Section) |
| 6/1/74-6/30/75 | Chief, Neurology Section – (rank, Lieutenant Commander)<br>Philadelphia, PA<br>Honorable discharge |

**SOCIETY MEMBERSHIPS:**

| | |
|---|---|
| 1969 | American Academy of Neurology - Fellow |
| 1992-2003 | American Academy of Neurology Continuum Journal |
| 1992-2003 | Editorial Board, Continuum |
| 1996 2003 | Associate Editor, Continuum |
| 1992-1996 | Continuum Test Item Review Task Force |
| l982-Present | American College of Physicians ( Fellow) |
| l982-Present | American Electroencephalographic (EEG) Society, l977 |
| | (now American Clinical Neurophysiology Society) – Fellow |
| l987-1995 | Member, Practice of EEG Committee |
| 1990-1992 | Ad Hoc Committee of the American EEG Society Merger of American<br>EEG Society & American Medical EEG Society |
| l985-1990 | Central Association of Electroencephalographers |

M. Devereaux, M.D.
Curriculum Vitae
4

| | |
|---|---|
| l978-Present | American Epilepsy Society - Fellow |
| l983-1990 | Physicians for Social Responsibility |
| l983-1992 | American Association for Advancement of Science |
| l985-Present | Cleveland Academy of Medicine |
| 1996-2002 | Board of Trustees (elected X2) |
| 1986-2000 | Ohio State Medical Society |
| 1985-1995 | North American Neuro-ophthalmology Society |
| 1982-Present | Innominatum Society (invited) |
| 1998-Present | Pasteur Society (invited) |
| 2002-2005 | American College of Physician Executives |
| 2012 | American Neurological Association |

**COMMITTEES:**

THE MT. SINAI MEDICAL CENTER
CLEVELAND, OH

| | |
|---|---|
| l978-1993 | Continuing Medical Education, Department of Medicine |
| 1980-l989 | Medical Advisory, Department of Medicine (Appointed) |
| 1989-1992 | Medical Advisory, Department of Medicine (Elected) |
| l980-1997 | Medical Library Advisory |
| 1987-1990 | Chairman |
| 1991-1993 | Vice-Chairman |
| 1994-1997 | Co-Chairman |
| 1983-1984 | Medical Society |
| 1983-1984 | Executive Board  (Elected) |
| l988-1990 | Treasurer (Elected) |
| 1993-1997 | President (Elected) |
| 1979 | Search Committees |
| 1979 | Chairman, Dept. of Orthopaedics |
| 1980 | Chairman, Dept. of Surgery |
| 1987 | Chairman, Dept. of Dentistry |
| l990 | Chief - GI Section, Department of Medicine |
| 1977-1993 | Utilization Review |
| l988-1997 | Haas Fund (Board of Trustees Committee). |
| l984-1992 | Medical Ethics (Board of Trustees Committee). |
| 1991-1997 | Mt. Sinai Physician Association  (PHO) Board of Directors |
| 1991-1994 | Mt. Sinai PHO Executive Board |
| 1990-1993 | Mt. Sinai IPA, Treasurer |
| 1992-1993 | Credentialing Committee, Chairman |
| 1993-1997 | Credentialing Committee, Board Member (elected) |
| 1993-1997 | Mt. Sinai PHO Quality Assurance |
| 1989-1997 | Department of Medicine - Division Chiefs Committee |
| 1992-1997 | Medical Executive Committee (elected) |
| 1993-1997 | Chairman MEC (elected X 3) |
| 1993-1997 | Chief of Staff (elected) |
| 1993-1995 | Strategic Planning Committee |
| 1994-1995 | Quality Improvement Steering Committee, Sponsor, Nursing Home Sub-Committee |
| 1993-1997 | Co-Director, Department of Nursing Assessment and Utilization |
| 1993-1997 | Board of Trustees – Member Sub-committees:  Finance, Medical Affairs |
| 1993-1997 | Executive Management Group (CEO, COO, CFO, COS, Sr VP Medical Affairs) (Chairman, July 1996  -  June 1997) |
| 1994-1996 | (Health Care Management Committee) |
| 1994-1996 | Urban Strategy Committee |
| 1995 (January) | AMA Hospital Medical Staff Leadership Conference |

M. Devereaux, M.D.
Curriculum Vitae
5

| | |
|---|---|
| 1995-1997 | Quality Management Council |
| 1995-1997 | Clinical Quality Improvement Committee |
| 1993-1996 | Member, Board of Trustees, Mt. Sinai Medical Center |
| 1993-1997 | Medical Affairs Committee |
| 1996-1997 | Transition and Strategic Planning Committee after sale of hospital to PHS |
| 1996-1997 | Member, Board of Trustees, PHS Mt. Sinai |

CASE WESTERN RESERVE UNIVERSITY/UNIVERSITY HOSPITALS OF CLEVELAND
CLEVELAND, OHIO

| | |
|---|---|
| 1986-1987 & | Department of Neurology Committee on Promotions, |
| 1993-2001 | Appointment and Tenure |
| 1985-1997 | Director, CWRU Medical School, Neurology Core Clerkship Mt. Sinai Medical Center |
| 1984-1985 | Department of Neurology, Ad Hoc Committee for Guidelines for Appointment to Clinical Clerkships |
| 1984-1985 | Task Force, Patient-Based Programs, Clerkships |
| l986-1989 | Faculty Council CWRU (elected) |
| l986-l987 | AD HOC Committee to revise Standing Committee |
| | AD HOC Committee for Ambulatory Teaching |
| l988-l989 | Steering Committee (elected) |
| 1989 | Search Committee Dean of the Medical School |
| l987-1990 | Clinical Faculty Advisory Council to the Dean |
| 1992-1993 | Organizational Committee for Symposium-Behavioral Symptoms in Dementia: Theories and Therapies |
| 1996 | Committee on Graduate Medical Education |
| 1999 | Search Committee: Chief of Anesthesiology |
| 1998-2005 | Department of Neurology Clinical Affairs Committee |
| 2000-2002 | Faculty Senate CWRU – (elected) |
| 2000-2006 | Quality Council, UHHS Network |
| 2004-2007 | Case Western Reserve University - Bylaws Committee |
| 2006-2011 | Member Neurologic Institute Co-Chair of General Neurology Section |
| 2008-Present | Member Leadership Group Department of Neurology |
| 2009-2014 | Director Epilepsy/EEG-8 week twice yearly course |
| 2010-Present | Director of Resident Continuity Clinic UHCMC |
| 2010-2012 | Faculty Council CWRU Medical School (elected) |

UH RICHMOND MEDICAL CENTER

| | |
|---|---|
| 2000-2008 | Medical Director/Chief Medical Officer |
| | Member Multiple Committees and Leadership Team |
| 2000-2002 | Director of Rehab |
| 2000-2008 | Director of Office of Medical Affairs |
| | (Separate resume available) |
| 2010-2011 | Psychiatry Unit Neurology Teaching Rounds |

OTHER:

| | |
|---|---|
| 1979-1990 | Examiner, American Board of Clinical Neurophysiology |
| l985 -2010 | Examiner, American Board of Psychiatry & Neurology Senior Examiners 2004-2010 |
| l986-1995 | Written Board Examination Committee for American Board of Psychiatry and Neurology |
| 1984-1989 | 25th Ohio Senate District Health Care Advisory Council (State Senator Lee Fisher) |

M. Devereaux, M.D.
Curriculum Vitae
6

| | |
|---|---|
| l985-1991 | Health Systems Agency of North Central Ohio,  Project Review Committee Alzheimer's Association, Cleveland Chapter |
| 1982-Present | Innominatum Society (by invitation) |
| l986-l987 | Professional Advisory Board, Member |
| 1987-1993 | Executive Board |
| 1988-1993 | Professional Advisory Board, President |
| 1993-Present | Professional Advisory Board, ex officio |
| 1986-1996 | Professional Advisory Board, Multiple Sclerosis Society, NE Ohio Chapter |
| 1986-Present | Epilepsy Association of NE Ohio |
| | (Prior to 2003 Epilepsy Foundation of Northeast Ohio) |
| 1986-Present | Professional Advisory Board |
| 2004-2006 | President Professional Advisory Board |
| 2006-2008 | Vice President Board of Trustees |
| 2008-2010 | President Board of Trustees and member of multiple committees of the Board |
| 2010-Present | Past President Board of Trustees and member Executive Committee |
| 1989 | Committee to design display for Cleveland  Health Museum |
| 1987-1988 | Blue Cross/Blue Shield Mutual of Northern OH (BCBSMNO), Consultant for Neurology |
| 1991-1989 | PEER Review Committee, Academy of Medicine, Cleveland |
| 1988-1989 | Leadership Cleveland (selected) |
| 1994-2003 | Cleveland Medical Library Association |
| 1997-2002 | Oversight Committee for Dittrick Museum |
| 1994-2003 | Board of Trustees – (elected) |
| 1999 | Secretary-Treasurer |
| 2000-2001 | President Elect |
| 2001-2002 | President |
| 2002-2003 | Post President/Chairman Nominating Committee |
| 1997-2003 | CWRU Library Visiting Committee |
| 1992-2002 | Planned Parenthood of Greater Cleveland Board of Trustees |
| 1993 | Nominating Committee, Member |
| 1994-1996 | Education Committee, Chairman |
| 1996-2002 | Executive Committee |
| 1997-1999 | Vice-President |
| 1999-2001 | President (2 ½ years) |
| 1997-1999 | Managed Care Committee, Chairman |
| 1997-1999 | Public Affairs Committee |
| 1996-2002 | Board of Directors, Cleveland Academy of Medicine (elected X2) |
| 1996-2003 | Board of Trustees, Medical Center Company (appointed) |
| 1996-1998 | Coalition to Monitor Medicare Managed Care |
| 1997 | Public Policy Task Force |
| 1997-Present | FDA Center for Devices and Radiological Health, Special Government Employee - FDA Panel for Evaluation of Vagal Nerve Stimulator |
| March 3, 2003 | Invited guest - Senator George Voinivich Healthcare Panel |
| 2010-Present | Examiner REEGT Certification Examinations |
| | Alzheimer's Association, Cleveland Chapter |
| 2004-2007 | Director MDG, Inc. |
| 2003-Present | Medical Director Sleep Med/Digitrace |
| 2003-2007 | Board of Directors Strategent Inc. |
| 2004 | Committee of Doctors for Kerry – Chairman |
| 2005-2006 | ICAM Committee Case Medical School (appointed). |
| 2005-2010 | Doctors Organized for Health Care Solutions (Co-Founder and Chairman Steering Committee) |
| 2010-Present | Co-Chairman Steering Committee |

M. Devereaux, M.D.
Curriculum Vitae
7

2007-Present                    Consultant for Best Doctors Inc.

## LECTURESHIPS/LECTURES:

1.  Western Neurological Association, Neural Control of Respiration, 1972.
2.  University of Southern California, Los Angeles: Neurology for Internists, Continuing Education Course "Evaluation of the Comatose State", 1972.
3.  Eleventh Annual Symposium on Critical Care Medicine and Circulatory Shock, Los Angeles, California "Evaluation of the Comatose Patient", 1973.
4.  Bascom Palmer Neuro-ophthalmology Meeting, Eye Findings in "Ondine's Curse", 1973.
5.  New Jersey Neuropsychiatric Institute Annual Seminar, "Management of Children with Learning Disabilities", April, 1977.
6.  Epilepsy Meeting: Rancocas Valley Hospital, Willingboro, NJ. Guest Speaker. "Pharmacology of Anticonvulsants" November l5, l978.
7.  Medicine 79, Case Western Reserve University, Cleveland, OH.  "Neurologic Aspects of Syncope".
8.  May Symposium  "Brain and Mind", College of Jewish Studies, May 15, 1979.
9.  MS Society Annual Meeting, Cleveland, OH. "Multiple Sclerosis: An Update" May l9, l979.
10. Sinaiscope,  "Stroke: A Modern Approach to Patient Care", December l7, l980.
11. Medical Therapeutics Conference. "Rehabilitation for Stroke" Case Western Reserve University, December, l980.
12. John Carroll University  Senior Biology Seminar, Cleveland, OH "Concepts in Neurobiology" October 2l, l980.
13. First Annual Ohio Health Practitioners Conference, Cleveland, OH   "Update on Treatment of Sleep Disorders" September ll, l98l.
14. Ohio Chapter American College of Physicians l0th Annual Meeting, Columbus, OH. "Percutaneous Endoscopic Gastrostomy for Prolonged Nutritional Support in Severely Neurologically Impaired Patients" September 24, l982.
15. American Academy of Neurology Meeting-Dinner Seminar on EEG Interpretation:  How to report an EEG, April, l983.
16. "Controversies and Strategies in the Management of Cardiac and Vascular Disease".   Carotid Artery Disease and TIA: Controversies in Treatment.  Sun Valley, Idaho March l-8, l986.
17. Charcot Foot, Podiatry Review Course, Cleveland, OH, l986.
18. Mt. Sinai Mediscope Series: "Understanding and Relieving Pain", May l0, l979.  "Headache", April 28, l987 "Aging and the Brain", 1989"  Neurology Update", 1993.
19. Lecture to Sociology Class "Influence and Persuasion in the Modern World", Cleveland State University, April 27, l987.
20. BP America Seminar, "Alzheimer's Disease",  November l2, l987 .
21. Second Annual Update Presented by University Hospitals of Cleveland, Selected Topics in Epilepsy --

M. Devereaux, M.D.
Curriculum Vitae
8

"Seizures and Driving: Medico-Legal and Psychological Issues", February 27, l988.

22. Multiple Sclerosis Research Treatment and Management Seminar, Case Western Reserve University/N.E. OHIO Chapter of MS Society Lecture: "Establishing a Partnership with the Patient", June 8, l989.

23. Sleep: A Pleasure with Pitfalls, Seminar Mt. Sinai, December l3, l989.

24. Multiple Sclerosis an Update Course Director, Sponsor: Mt. Sinai/Case Western Reserve University Lecture: "Establishing a Partnership with the Patient", January 31, 1990.

25. "Research Frontiers in Alzheimer's Disease", Alzheimer's Center, University Hospitals of Cleveland & The Alzheimer's Association, May 29, 1991.

26. "Amaurosis Fugax", Neuro-ophthalmology   (Seminar) Department of Neurology, Case Western Reserve University, June 7, 1991.

27. "Final Exit" Lecture and Panel Discussion on issues of Death and Dying: Seminar sponsored by JCC, November 13, 1991.

29. Gait Disorder in the Elderly.  Seminar in Geriatrics Medicine, Meridia Hospitals, March 10, 1992.

30. "The Dementias" Seminar sponsored by The Alzheimer's Association, March 10, 1992.

31. "Death and Dying in America" Seminar, April 6, 1992

32. "Antithrombogenic Agents in Neurology", Neurology Grand Rounds, University Hospitals, March 6, 1992.

33. "Aspirin, etc.".  The Cleveland Clinic Grand Rounds, April 13, 1992.

34. "Ohio Living Will Program: Patient Rights and Responsibilities", Suburban Temple, April 29, 1992.

35. "Alzheimer's Disease and Related Disorders", Health Science Special Lecture, Cleveland State University, May 13, 1992.

36. "Alzheimer's Disease and Related Disorders", Special Lecture, Southwest General Hospital, June 17, 1992.

37. "Dementia", NASA, Cleveland, Ohio, January 28, 1993.

38. Course Director and Moderator Neurology Section of Medicine Spring 1993, CWRU/UH.  Lecture:  "Aspirin in the Treatment of Neurological Problems" (moderator of 7 other lectures).

39. "The Dementias", CSU undergraduate course in health policy, 1993.

40. "The Dementias", Parma Community Hospital, Parma, Ohio, September 14, 1993.

41. "The Neurobiology of Sleep"  Menorah Park, October 17, 1993.

42. "The Dementias", CSU undergraduate course in health policy, May 18, 1994.

43. "Stroke", Cleveland Chapter American Academy of Family Practice, October 12, 1994.

44. "Headaches: Why you get them and what you can do", Mt. Sinai Health Care System, June 28, 1995.

45. "Changing Patterns of Physician Involvement in Health Care Management", graduate class on Health Care Organization, Cleveland State University MBA Program, January 16, 1996.

46. "Acute Back Pain", American Academy of Neurology Meeting, March 30, 1996.

47. "Acute Back Pain: An Approach", Course Director, Moderator and lecturer Neurology Section, CWRU/UH. May 14, 1996. (moderator of 5 other lectures).

48. "Stroke: Risk Factors and Treatment Issues", 5th Annual Medicine Course, Deaconess Hospital, May 22, 1996.

49. Epilepsy Part I: Classification, Differential Diagnosis and Etiology of Epilepsy, Family Practice Residents,

M. Devereaux, M.D.
Curriculum Vitae
9

University Hospitals, September 3, 1996.

50. Epilepsy Part II: Diagnosis and Treatment of the Epilepsy's, Family Practice Residents, University Hospitals, September 12, 1996.

51. Acute Back Pain for the Internist, St. Luke's Hospital, Medicine Grand Rounds, April 13, 1997.

52. "Acute Back Pain" (invited lecturer), American Academy of Neurology meeting, Boston, May, 1997.

53. "Headaches" (lay lecture), R.H. Myers Apartments, May 21, 1997.

54. "Acute Low Back Pain Treatment Options", The Cleveland Clinic Foundation, Neurology Grand Rounds, September 10, 1997.

55. "Clinical Update on the Approach to the Management of Epilepsy", Mt. Sinai East, January 21, 1998.

56. "Anticonvulsant Drugs", Mt. Sinai East, January 30, 1998

57. "Office Management of Acute Low Back Pain in a Primary Care Setting, " University Suburban Health Center Grand Rounds, March 17, 1998.

58. "Multiple Sclerosis: An Overview and Approach to Treatment" Combined Therapies Lecture. April 21, 1998.

59. "The Dementias," Mini-symposium Geauga Community Hospital, October 7, 1998.

60. "Neurology and Choice" 26th Annual Roe v Wade Lecture, City Club, January 21, 1999.

61. "Kevorkian vs. Quill – Dying in America," Memorial Society of Cleveland, May 16, 1999.

62. "The Dementias," Medical Grand Rounds, Providence Hospital, Sandusky, Ohio, May 20, 1999

63. "Multiple Sclerosis Treatment – Update," Multiple Sclerosis Society, May 19/20, 1999.

64. "Women and Epilepsy – Special Issues," Course: "Neurology for the Non-neurologist", Department of Neurology, Case Western Reserve University, November 6, 1999.

65. "Dying in America." Symposium, Unitarian Society , January 23, 2000.

66. "Chiropractic Cervical Manipulation – Risks," Neurology Grand Rounds, University Hospitals of Cleveland, Case Western Reserve University, February 24, 2000.

67. "Benign EEG Variants with Epileptiform Features," EEG Seminar, Case Western Reserve University, April 24, 2000.

68. "The Neuro-ophthalmologic Complications of Chiropractic Cervical Manipulation," " Neuro-ophthalmologic Symposium honoring the career of James R. Keane, M.D. USC Medical Center, Los Angeles, California, May 6, 2000.

69. "Introduction" Epilepsy from Nascence Through Senescence (Seminar) November 4, 2000.

70. Epilepsy Emergencies, UHHS/Richmond Heights Hospital, November 9, 2000.

71. Epilepsy in the Elderly, Quality of Life Issues – Seminar, Epilepsy Foundation of Northeast Ohio, November 10, 2000.

72. "Multiple Sclerosis, an Update for the Internist Medicine Grand Rounds," University Hospitals of Cleveland, Case Western Reserve University, December 12, 2000.

73. "MS – An Update." Neuroscience Grand Rounds, University Hospitals of Cleveland, Case Western Reserve University, January 12, 2001.

74. "Multiple Sclerosis Issues for the Internist," Medicine University Suburban Health Center, Grand Rounds.

M. Devereaux, M.D.
Curriculum Vitae
10

January 18, 2001.

75. Anti-epileptic Drug Use During Pregnancy and Effects on Hormones. Symposium: Anti-epileptic Drugs in the Decade of the Brain and for the New Millennium. CWRU School of Medicine. February 17, 2001.

76. Systematic approach to Back and Neck pain. May 10, 2001. AAN annual meeting (breakfast seminar), Philadelphia, PA.

77. Practical Approaches to Treating Lower Back Pain. Symposium sponsored by American Academy of Pain Medicine. Memphis, TN. May 12, 2001.

78. Practical Approaches to Treating Lower Back Pain. Symposium sponsored by American Academy of Pain Medicine. Universal City, CA. May 19, 2001.

79. Practical Approaches to Treating Chronic Lower Back Pain. June 2, 2001. Symposium sponsored by the American Academy of Pain Medicine. Coral Gables, FL.

80. Special Epilepsy Issues in Women in the Reproductive Years. OB-Gyn Grand Rounds, University Hospitals of Cleveland/CWRU. June 20, 2001.

81. Epilepsy in Older Individuals. Cleveland Clinic/Northeast Ohio Epilepsy Foundation Seminar. July 10, 2001.

82. Anticonvulsant Therapy in Epileptic Women in the Reproductive Years. Reproductive Physiology Lecture Series, MetroHealth General Hospital , September 4, 2001.

83. Multiple Sclerosis: An Update. University Hospitals Regional Grand Rounds (televised), October 24, 2001.

84. Disorders of Arousal (The Hypercretin Story). Neurology Grand Rounds, University Hospitals of Cleveland, September 21, 2001.

85. Women and Epilepsy, Special Issues. Dept. of Family Practice Seminar, UHHS Richmond Heights Hospital, September 17, 2001.

86. Epilepsy – Case Vignettes . Ohio University College of Osteopathic Medicine – Regional Student Education Day, UHHS Richmond Heights Hospital. February 14, 2002.

87. Migraine – Planned Parenthood of Greater Cleveland area-wide conference. February 15, 2002.

88. Migraine in Women: PPCG/Cleveland Ohio – Lecture to Clinical Nurse Practitioners etc. February 15, 2002

89. Neck and Back Pain - Case Studies. Texas Neurological Society, Fifth Annual Winter Conference. Austin, Texas. February 23, 2002.

90. Multiple Sclerosis – An Update. Seminar sponsored by MSAA, June 22, 2002.

91. Epilepsy and Women in their Reproductive Years – EFNEO Sponsored Seminar at Metropolitan Hospital, Cleveland. November 22, 2002.

92. Post Ictal Phenomenology ("PIP") – Neurology Grand Rounds - University Hospitals of Cleveland. November 22, 2002.

93. MS an Update – Ohio University College of Osteopathic Medicine Regional Student Education Day – UHHS Richmond Heights Hospital. February 13, 2003.

94. The Triptans in the Treatment of Migraine – Dinner Meeting – Sponsor Pfizer. April 24, 2003.

95. The Misdiagnosis of Migraine – Noon Lecture – Sponsor Pfizer – Lake West Hospital. May 09, 2003.

96. Update on Diagnosis and Treatment of Migraine – Dinner Meeting – Sponsor Pfizer June 11, 2003. June 11, 2003.

M. Devereaux, M.D.
Curriculum Vitae
11

97. The Misdiagnosis of Migraine. Bedford Hospital Grand Rounds. June 25, 2003.

98. Migraine: Diagnosis and Treatment. UH/UHHS Grand Rounds (Televised) – September 10, 2003.

99. Improving Diagnosis and Optimizing Treatment of Migraine. USHC Clinical Forum  October 16, 2003.

100.Multiple Sclerosis – An Update. Meeting sponsored by Baylor College of Medicine, Phoenix, Arizona, October 04, 2003.

101.Anticonvulsant Compliance – North East Ohio Epilepsy Foundation. November 7, 2003.

102.Migraine Presentation – Sponsored by GlaxoSmithKline – Matrix. November 12, 2003.

103.Improving Diagnosis and Optimizing Treatment of Migraine. Neurology for the Non Neurologist –November 15, 2003.

104.MS and Complimentary and Alternative Medicine (CAM) – Sponsored by Biogen – December 6, 2003.

105.The Migraine Patient and Available Treatment Options. UHHS Memorial Hospital Geneva-Grand Rounds February 06, 2004.

106. Low Back Pain. UH/UHHS General Neurology Lecture. May 28, 2004.

107.Multiple lectures to intern and residents morning conferences-Richmond Heights Medical Center – Topics include Epilepsy Manuscript, Multiple Sclerosis and Coma. 2000-2009.

108.New Options in Migraine Treatment – Sponsored by Pfizer – May 12, 2004

109.Migraine – An Update – Neurology Grand Rounds – University Hospitals of Cleveland. May 28, 2004.

110.Epilepsy Potpourri - Epilepsy Association of NE Ohio - Annual Meeting - Union Club. June 6, 2004.

111.Sleep Disorders – Sleep Seminar for Polysomnograph Technicians. – Richmond Heights Hospital. August 6, 2004

112.Epilepsy – Emergency Care EMS Conference – Richmond Heights Hospital – August 13, 2004.

113.Heparin in stroke Pros and Cons (One of four participants – specific topic history of heparin use in stroke) – Grand Rounds – September 3, 2004.

114.The Many Faces of Epilepsy - Epilepsy Association Fall Forum – Epilepsy Association of NE Ohio– November 3, 2004.

115.Multiple Sclerosis Treatment 2004: Science and Sorcery – Neurology for the Non-Neurologist UHCMC Department of Neurology – Cleveland Hilton East – December 4, 2004.

116.Migraine – Improving Diagnosis – Medicine Grand Rounds – University Hospitals. December 14, 2004.

117.Update on MS – Ohio Annual Osteopathic Meeting - Embassy Suites – December 21, 2004.

118.Migraine – Pfizer Sponsored Lecture– January 20, 2005.

119.Migraine – Pfizer Sponsored Lecture – March 16, 2005.

120.Migraine – Improving the Diagnosis – Lecture Sponsored by GlaxoSmithKline – March 31, 2005.

121.Migraine, Sinus and Tension Headache. Differential Diagnosis and Treatment – Grand Rounds - Huron Road Hospital – April 4, 2005.

122.Neuroophthalmologic Manifestations of Multiple Sclerosis – Round Table Discussion – Presented with Robert Tomsak, M.D., Ph.D. May 23, 2005 at Flower Restaurant.

123.Migraine – Improving the Diagnosis - Lecture Sponsored by Pfizer May 26, 2005.

M. Devereaux, M.D.
Curriculum Vitae
12

124. Epilepsy for the EMT – Richmond Heights Hospital - July 14, 2005.

125. Migraine – Improving the Diagnosis - Lecture Sponsored by Pfizer, August 17, 2005.

126. Migraine – Improving the Diagnosis - Lecture Sponsored by Pfizer, September 14, 2005.

127. Coma – UH Richmond Heights – September 16, 2005.

128. Migraine – Improving the Diagnosis – Lecture  Sponsored by Pfizer, September 28, 2005.

129. Migraine – Improving the Diagnosis – Lecture Sponsored by Pfizer, September 30, 2005 Ashtabula Clinic.

130. Introduction to Epilepsy – Neuroscience Core Clerkship Lecture – University Hospitals of Cleveland, October 6, 2005.

131. Multiple Sclerosis an Update – Medical Grand Rounds - South West Hospital, October 7, 2005.

132. Epilepsy and Sexuality – Lecture - Fall Forum (also moderator of the forum) Epilepsy Association of NE Ohio November 2, 2005.

133. Migraine – Improving the Diagnosis - Lecture Sponsored by Pfizer, November 14, 2005 at Mitchell's Fish Market.

134. Migraine – Resident General Neurology Lecture – UHCMC – March 29, 2006.

135. Epilepsy Management in Field – University Hospitals Richmond Heights - April 13, 2006.

136. Headache and Migraine in Primary Care – Lecture Sponsored by Pfizer, May 3, 2006.

137. Multiple Sclerosis – MS to Treat or Not to Treat – Resident Lecture, May 09, 2006.

138. Headache and Migraine in Primary Care – Lecture Sponsored by Pfizer, June 22, 2006.

139. Migraine – Lecture – Pfizer Sponsored – Fifth Seasons – July 25, 2006.

140. Migraine – Lecture – Pfizer Sponsored – August 2, 2006.

141. Coma – UH Richmond Heights – August 28, 2006.

142. "The Epilepsy Bill of Rights: Issues with Bioavailability – variations in the therapeutic range between generic anticonvulsants and brand name counterparts." A lecture given to Ohio state legislators sponsored by the Epilepsy Association of NE Ohio. September 14, 2006

143. Migraine – New Diagnosis and Treatment Strategies – Geauga Community Hospitals Medical Staff Quarterly Meeting, November 15, 2006.

144. The Neuro-Ophthalmologic Complications Of Chiropractic Manipulation – Department of Neurology Grand Rounds – University Hospitals Case Medical Center – February 16, 2007.

145. Complications as a Result of Manipulative Therapy – Orthopedic Grand Rounds – University Hospitals Case Medical Center – April 11, 2007.

146. The Neuro-Ophthalmologic Complications Of Cervical Manipulation – Advances In Understanding Mechanisms And Treatment Of Infantile Forms Of Nystagmus (Co-Director) – Louis Stokes Cleveland, Department of Veterans Affairs Medical Center & Case Western Reserve University – Supported from a Grant from the Garson Fund of The Mt. Sinai Health Care Foundation – May 4, 2007.

147. Introduction To Sleep Medicine – Clinical Neurophysiology Lecture – Department of Psychiatry, University Hospitals Case Medical Center – May 18, 2007.

148. Lectures – Epilepsy Course – Residents, Epilepsy Fellows and visiting Scientists. One week series of lectures

M. Devereaux, M.D.
Curriculum Vitae
13

and EEG demonstrations given twice per year 2007-Present

- The Neurophysiology underlying the Origin of the EEG Signal
- The Normal EEG
- EEG: Physiologic and Nonphysiologic Artifact (2 hours)
- EEG: Normal Variants with Epileptiform Features (2 hours)
- Epilepsy and Social Issues (Driving) (2 hours)
- Introduction to Sleep Medicine (2 hours)
- Management of Epilepsy in Women during the Reproductive Years (2 hours)

139. Osmotic Myelinolysis.   Invited Lecture – Department of Medicine M&M Conference - August 03, 2007.

140. Intravenous Gamma Globulins:   Treatment of Neurologic Conditions [emphasizing the side effect of aseptic meningitis]. Dept. of Neurology  UHCMC Grand Rounds. September 19, 2007.

141. Management of Epilepsy in Women during the Reproductive Years (2 hours): Neonatal Special Issues Symposium as Metropolitan General Hospital.

    September 25, 2007.

142. The Complications of Chiropractic Spine Manipulation  Dept. of Medicine UHCMC Grand Rounds January 15, 2008.

143. An Introduction to Sleep Medicine.  Department of Psychiatry UHCMC. May 06, 2008.

144. The Social Role of the New Generation of Physicians – UHRMC Graduation Ceremony – June 6, 2008.

145. Neurophysiologic Basis of the EEG Signal – UHCMC – August 14, 2008.

146. CAM and Epilepsy – Lake West Hospital – September 9, 2009.

147. Epilepsy CAM Therapy – Epilepsy Association Board of Trustees – September 16, 2009.

148. Driving and Epilepsy – Epilepsy Grand Rounds UHCMC. September 21, 2009.

149. Driving and Epilepsy – Medicine Grand Rounds – Department of Medicine, UHCMC.  February 16, 2010.

150. Driving and Epilepsy – Neurology Department Grand Rounds.  April 23, 2010.

151. Treatment of a First (single) Seizure. 3rd International Epilepsy Colloquium.  May 17, 2010.

152. The Interictal EEG – 3rd International Epilepsy Colloquium and member. May 17, 2010.

153. Epilepsy and Driving – 3rd International Epilepsy Colloquium and member. May 18, 2010.

154. Epilepsy in the Reproductive years MetroHealth Medical Center Perinatal Physiology and Pathology lecture series (invited) September 14, 2010.

155. Physician Advocacy (CWRU Medical School lecture) July 27, 2011.

156. Baylor College of Medicine Alumni Event.  Santa Fe, NM. (invited lecture) An Overview of CAM Therapy in the United States. September 25, 2011.

157. Epilepsy and CAM Therapy. Neurology Grand Rounds – UHCMC.  September 30, 2011.

    158. Devereaux, M Alzheimer's Disease and CAM Therapy. Symposium: Alzheimer's disease an Overview. UHGMC, Geneva Ohio 5/17/12.

        159   Driving, Employment and Medicolegal Aspects of Epilepsy. 6th International Epilepsy Colloquium. Cleveland, Ohio May 22, 2013

M. Devereaux, M.D.
Curriculum Vitae
14

160   Women with Epilepsy-Special Issues. Perinatal Physiology and Pathology lecture Metropolitan General Hospital.  October 1 2013.

161   Neurology and an Underserved Population- Ladakh, India   UHHCMC/ CWRU Neurology Grand Rounds Sept 14 2013

.

**TEACHING:**

CWRU MEDICAL SCHOOL

| | | |
|---|---|---|
| 1979-Present | | Epilepsy Section, Phase II (CWRU Neurology Committee – Sophomore Medical Student) |
| | | Introduction to Epilepsy, Neurophysiology of Cortex, 1 hr lecture |
| 1979-1982 | | Veterans Administration Wade Park |
| | | Ward Attending or Consult Service Attending 1 month/yr |
| 1979-1998 | | Clinical Neurology Rotation, Mt. Sinai (elective) |
| 1979-1999 | | Neurophysiology of the Cortex (1/2 of 1 hr lecture) |
| 1979-Present | | Videotape Clinical Case Presentations, 1 – 2 hours (depending on year) |
| 1980-1984 | | Metropolitan General Hospital – Neurology |
| | | Ward Attending 1 month/yr |
| | | Clinic Attending 1 month/yr |
| 1985-1995 | | Clinical Neurophysiology Type A elective |
| 1985-1998 | | Clinical Neurophysiology Type A Elective |
| 1989-1997 | | Core Clerkship (one month ward rotation {3 rotations/yr} at Mt Sinai Medical Center |
| 1998-2000 | | Core Clerkship Rotation, 1 month/yr ward service and 1 month/yr consultation service, 1998 – 2000 |
| 1998-Present | | UHCMC – General Ward Attending (CWRU Students, Visiting Students) |
| 2008-2010 | | UHCMC- Stroke Ward Attending (CWRU Students, Visiting Students) |
| 1998-Present | | CWRU – Core Clerkship Lecture Series (4-6/year) on topics including epilepsy, headache, stroke, etc. |
| 2000-2004 | | Sleep Disorders, 1 hour lecture (CWRU Neurology Committee – Sophomore Medical Student) |
| 2001 | | "Epilepsy and Pregnancy" 3rd annual Fall Epilepsy Symposium, Epilepsy Foundation/Metropolitan General Hospital |
| | | MS Change and Choice 11/16/02 Canton, Ohio |

Department of Neurology – University Hospitals Case Medical Center
(Residents, Epilepsy Fellows, Medical Students)

| | | |
|---|---|---|
| 1977-Present | | Neurology Grand Rounds 1-2/year |
| 1977-Present | | Attending Ward Service 1 month/year (1977-1997), 1-2 month/year 1998 - present |
| 1988-1991 | | EEG Teaching Seminars (1 month/year, residents) |

M. Devereaux, M.D.
Curriculum Vitae
15

| | |
|---|---|
| 1988–1991 | EEG Teaching Seminars, residents and students, 6/year |
| 1998-Present | Clinical EEG rotation (1/2 day teaching/week) EEG |
| 1998–2000 | Neurology consult service, 1 month/year |
| 2007-2010 | BAT +/- 120 hrs/month (one month/year) |
| 2007-Present | EEG/Epilepsy Course for neurology residents, EEG/epilepsy fellows, and international participants. Course Director 2009 to present--8 week course twice per year (25 hours of lectures and demonstrations in the course). |
| 2008-Present | Epilepsy Grand Rounds: one presentation /year |
| 2010-Present | Director of the Resident Continuity Clinic Dept of Neurology |

MT. SINAI MEDICAL CENTER:

| | |
|---|---|
| l977-1997 | Medicine Grand Rounds l-2/year |
| 1977-1997 | Grand Rounds, other depts. (Anesthesiology, Orthopaedics, Surgery, Pediatrics OB-GYN) 1 – 2 year |
| 1978 – 1997 | Dept. of Medicine Noontime Resident/Student lecture series 5 – 10/year on multiple topics |
| 1980 – 1997 | EEG weekly teaching sessions (residents, neurologists). |
| 1989 – 1996 | Chief of Service, Dept. of Medicine, morning report, 1 month/year |
| 1985 – 1990 | Neuro-ophthalmology teaching conference, 3 – 6/year |

*Attending (Neurology): Inpatient teaching service (CWRU Medical Students and Residents)*

| | |
|---|---|
| l979-1980 | 6 months per/year |
| l98l-l985 | 4 months per/year |
| 1986-1997 | 3 months per/year |

| | |
|---|---|
| l978-1997 | Department of Medicine Medical Student Core Clerkship Lectures: Stroke, etc. 4-5/year |
| l977-1997 | Department of Medicine Noontime Lecture series, 5 - l0/year |

UH RICHMOND MEDICAL CENTER:

| | |
|---|---|
| 2000-2008 | House Officer – Morning Conference – Multiple Lectures on Coma, Migraine, MS and Epilepsy |

OTHER HOSPITALS AND ORGANIZATIONS:
*Grand Rounds on Various Topics:*

| | |
|---|---|
| 1982 | Lakewood Hospital: Medicine |
| 1982 &1986 | St. Luke's Hospital: Surgery & Medicine |
| 1983 | Suburban Hospital: Medicine |
| 1984 | Hillcrest Hospital |
| Multiple Years | The Cleveland Clinic Foundation: Neurology |
| 1986 | Fairview General |
| 1999 | Memorial Society of Cleveland |
| May 20, 1999 | Providence Hospitals, Sandusky, OH |
| May 19-20, 1999 | Multiple Sclerosis Society Association Special Lecture |

CLEVELAND SCHOOL OF PODIATRY:

| | |
|---|---|
| 1986-1990 | 6 hours of lectures/year,  Introduction to Neurologic Disease; Demyelinating Disease; Paroxysmal Disorders; The Neurodegenerative Diseases |

OTHER:

Numerous radio/television programs since 1977 to the present, approximately 2 per year on various neurologic topics: *TV Channels*: 3, 5 and 8 (multiple appearances) *Radio:*   WEWS,

M. Devereaux, M.D.
Curriculum Vitae
16

WERE, WWWE, WCLV (multiple appearances)    Health Lines (Cleveland Academy of Medicine):    1977- 2000 (approximately 30 radio programs on health-related issues over the years).

NEW YORK:

1975-1977    Neurological Institute, Columbia College of Physicians & Surgeons Attending Neurology service, 1 month/year,   Grand Rounds, l/year,  EEG Division, multiple teaching assignments & lectures.

1975 - 1976    Valley Hospital Ridgewood, NJ
Grand Rounds

1976 – 1977    Consultant for State of New Jersey School System for pediatric neurologic problems (six half days/month at various locations in New Jersey.

PHILADELPHIA:

1973-1975    Hahnemann Medical School & Hospital: Teaching Attending Neurology Service 1 month/year; Lectures in Neuroscience course sophomore, medical class (neuro-ophthalmology); Neurology Grand Rounds l-2/year; University of Pennsylvania: Department of Neurology Grand Rounds l/year; University of Pennsylvania (CHOP) Department of Pediatrics (neurology) Grand Rounds l/year.

1974-1975    Wills Eye Institute Neuro-ophthalmology Clinic weekly

U. S. NAVAL HOSPITAL:

1973 – 1975:    Attending-Neurology Teaching Service 3 months/year;   Attending Consult Teaching Service 3 months/year;   Neuro-ophthalmology Teaching Clinic monthly x 2 years; Grand Rounds-Medicine, Psychiatry;

LOS ANGELES:

1973-1975:    USC Medical School: Attending Neurology Service 2 months; Grand Rounds Neurology/Medicine/Psychiatry, Lectures Sophomore Medical Class USC on neuroophthalmology, coma, stroke (4 hours)

UCLA MEDICAL SCHOOL:

1972    Ophthalmology Grand Rounds

VISITING PROFESSORSHIPS:

- University of Southern California, August l0-ll, l982
- Biomedical Engineering Center, Purdue University, March 29, l984

STUDIES:

1996-1997    Principle Investigator: An Open Labeled, Multi-center Clinical  Trial Evaluating the Safety and Efficacy of Donepezil Hydrochloride (E2020) in Patients with Alzheimer's Disease

1999    MSTRAC Study – Principal Investigator
2000    Immunology of Patients with Multiple Sclerosis  - Co-Investigator
2011    MS Study: Immunology of Patients with Multiple Sclerosis – Co-Investigator (E. Medof Principle Investigator)

M. Devereaux, M.D.
Curriculum Vitae
17

**JOURNAL REVIEWS:**

| | | |
|---|---|---|
| 1987-1988 | Neurology | Ad Hoc Reviewer |
| 1991-2005 | Continuum | Editorial Board |
| 1996-2005 | Continuum | Associate Editor |

**BIBLIOGRAPHY**

1.  Barrie W, **Devereaux M**:  Identification and location of carbohydrases in the intestinal tract of tegula funebralis. The Veliger 6:20-24, l964.

2.  **Devereaux M**:  The English sweating sickness.  South Med J 6l: ll9l-ll95, l968.

3.  **Devereaux M**, McCormick R:  Psychogenic water intoxication.  Am J Psychiatry 129:628-630, l972.

4.  **Devereaux M**, Keane J, Davis R:  Automatic respiratory failure associated with infarction of the medulla.  Arch Neurol 29:46-52, l973.

5.  **Devereaux M**, Keane J.:  Ondine's curse--Neuro-ophthalmologic considerations. In Smith J L and Glaser DJ S (eds): Neuro-Ophthal 7:l28-l29, l973.

6.  Keane J, **Devereaux, M**:  Opsoclonus associated with an intracranial tumor.  Arch Ophthal 92:443-445, l974.

7.  **Devereaux M**, Keane J, Davis R:  Automatic respiratory failure associated with infarction and medulla.  Yearbook of Neurology and Neurosurgery.  Yearbook Medical Publishers, Chicago l975, pp l9-20.

8.  **Devereaux M**, Partnow M:  Delayed hypoxic encephalopathy without cognitive dysfunction.  Arch Neurol 32:704-705, l975.

9.  **Devereaux M**, Brust J, Keane J:  Internuclear ophthalmoplegia caused by subdural hematoma.  Neurology 29:25l-255, l979.

10. Williams D, Brust J, Abrams G, Challenor Y, **Devereaux M**:  Landry-Guillain-Barré syndrome with abnormal pupils and normal eye movements.  Neurology 29:l033-l036, 1979.

11. Weissman B, **Devereaux M**, Chandar K:  Opsoclonus and hyperosmolar stupor. Neurology 39: l40l-l402, l989.

12. Migita D, **Devereaux M**, Tomsak R:  Cocaine and pupillary-sparing oculomotor nerve  paresis.  Neurology, 49:1466-1467, 1997.

13. **Devereaux M.** (Contributor) Atlas and Classification of Electroencephalography, Hans Lüders, MD, PhD, Soheyl Noachtar, MD. W. B. Saunders Company, Philadelphia, 2000

14. **Devereaux, M**.  The neuro-ophthalmologic complications of chiropractic manipulation.  J Neuro-Oph 20(4): 236-239, 2000.

15. **Devereaux M.**  Low Back and Neck Pain.  Continuum 7 (1):7-43, 2001.

16. **Devereaux, M.**    The neuro-ophthalmological complications of cervical manipulation.  Review Series Neurology 2: 20-21, 2002

17. **Devereaux M.**  Approach to Neck and Low Back Disorders.  Saunders Manual of Neurologic Practice Ed. R.W. Evans Saunders Philadelphia 2003 Pages 745-75. [Section Editor, Neck, Back and Spinal Cord Disorders Pages 745-778]

18. **Devereaux, M.**  Neck and Low Back Pain, Med Clinic N Amer, 2003, 87:643-662.

19. **Devereaux, M.**  Low Back Pain, Primary Care: Clinics in Office Practice, 2004, 31; 33-51.

M. Devereaux, M.D.
Curriculum Vitae
18

20. **Devereaux, M.** Neck Pain, Primary Care: Clinics in Office Practice, 2004, 31;19-31.

21. **Devereaux, M.** Anatomy of the Spine and the Neurologic Examination. Neurologic Clinics of North America. 2007, 25; 331-353.

22. **Devereaux, M.** Embryonic Stem Cell Research in America (Essay) Gender Medicine. 2007, 4; 85-86.

23. R. John Leigh, **M.W. Devereaux (editors).** Advances in Understanding Mechanisms and Treatment of Infantile Forms of Nystagmus. New York: Oxford University Press. 2008.

24. **Devereaux, M.** The neuro-ophthalmologic complications of chiropractic manipulation. In: Leigh, R.J., Devereaux, M.W., editors. Advances in Understanding Mechanisms and Treatment of Infantile Forms of Nystagmus. New York: Oxford University Press; 2008. p.175-179.

25. **Devereaux, M.** Common Neurologic Disorders; Low Back Pain, Medical Clinics of North America. 2009, 93; 477-501.

26. **Devereaux, M.** (Contributor) Gray's Clinical Neuroanatomy. The Anatomic Basis for Clinical Neuroscience (Mancall EL, Brock DG eds.) Elsevier Philadelphia 2011.

27. Schneider R, Chen AL, King SA, Riley DE, Gunzler SA, **Devereaux MW**, Leigh RJ. Influence of orbital eye position on vertical saccades in progressive supranuclear palsy. Ann NY Acad Sci. 1233 (2011) 64-70

28. Luders HO, Amina S, Baumgartner C, Benbadis S, Bermeo-Ovalle A, **Devereaux M,** et al. Modern technology calls for a modern approach to classification of epileptic seizures and the epilepsies. Epilepsia. 2012; 53:405-411

29. Associate Editor of the section of Neuroanatomy and localization (81 chapters) in The Encyclopedia of the Neurological Sciences 2nd edition. Eds: RB Daroff and M Aminoff.. Also author/coauthor of 4 chapters (Lower Motor Neuron Lesions, Upper Motor Neuron Lesions, Accessory Nerve, Spinal Roots). Elsevier. Publication date early 2014.

30. Shaikh AG, Bates JH, Yeates SW, Katirji B, **Devereaux MW**. Fulminant idiopathic intracranial hypertension. JAMA Neurol. 2013;70:937-938

31. Luders H, Amina S, Bailey C, Baumgartner C, Benbadis S, Bermeo A, Carreno M, Devereaux M, et al. Proposal: Different types of alteration and loss of consciousness in epilepsy. Epilepsia. 2014; 55: 1140-1144

**ABSTRACTS, BOOK REVIEWS, LETTERS TO THE EDITOR, POSTER PRESENTATIONS**

1. **Devereaux M**, Keane J, Davis R: Failures of automatic respiration,(Ondine's curse) (abstract). Bull Los Angeles Neurol Soc 37:l54-l55, l972.

2. **Devereaux M**. Giving the patient his medical record (letter to the editor).N Engl J Med 290:288, l974.

3. **Devereaux M**, Mancall E: Brown urine, bleach and L-dopa (letter to the editor). N Engl J Med 29l: ll42, l974.

4. **Devereaux M**, Wilbourn A: Cubital tunnel syndrome. (letter to the editor) JAMA 242: ll39-ll40, l979.

5. Kori S, **Devereaux M**, Roessmann U: Unusual Presentations of CNS Lymphoma (abstract). Neurology 33 (supplement 2) l38, l983. (Poster, American Academy of Neurology Meeting, l983).

6. **Devereaux M**. For a unified military medical corps. New York Times, April 29, l985.

7. **Devereaux M**. Time to reassess ethical issues and "Sadie Schwartz" Cleveland Jewish News, September l9, l986.

M. Devereaux, M.D.
Curriculum Vitae
19

8.  Weissman B, **Devereaux M**, Chandar, K: Opsoclonus and hyperosmolar coma.   International   Ophthalmology Conference, Vancouver Canada, Poster, May, l988.

9.  **Devereaux M.** The evaluation of the patient with Alzheimer's disease.  A brochure for the physician. Alzheimer's Association sponsored  publication, l988.

10.  **Devereaux M**.  How should the clinician treat menopausal symptoms in the epileptic patient whose seizures are well controlled with Dilantin/Phenytoin. Q & A Format.  Menopause Management 2:l0, l989.

11.  **Devereaux M**.  Ambulatory EEG Monitoring (book review). Neurology 39:l562, l989.

12.  **Devereaux M.** The role of the Alzheimer's Association.  Issues in Focus, January, 1989.

13.  Riley D, Lang A, **Devereaux M**.  Spasmodic torticollis and Parkinson's disease (abstract), Movement Disorders 5 supplement l 298, l990, poster, International Congress of Movement Disorders, l990.

14.  Riley D, **Devereaux M**, et al: The DATATOP study (letter to the editor) N Engl J Med 322:l527, l990.

15.  **Devereaux M**.  Merritt's textbook of neurology, J Clin Neurophysiol  7:454-455, l990 (book review).

16.  **Devereaux M.** On dying in America, Cleveland Plain Dealer, August 6, 1990.

17.  **Devereaux M.** Alzheimer's Disease, A decade of progress, Issues in focus. November, 1991.

18.  **Devereaux M.** From the Editor. Issues in Focus, March 1993.

19.  **Devereaux M.**  Electrodiagnostics in Clinical Neurology, 3rd edition, edited    by Michael J. Aminoff, J Clin Neurophysiol Vol 10, No 3:393-394, 1993 (book review).

20.  **Devereaux M.**  A guide to understanding and living with epilepsy, by Orrin  Devinski, Neurology, 45:1037, 1995 (book review).

21.  **Devereaux M.**  Do we need a brain knife?  The Plain Dealer, March 2, 1996.

22.  **Devereaux M**.  Letter to the Editor on Corporate Managed Care,  N Engl J Med 1996;334:1061.

23.  **Devereaux M.** Localization in Clinical Neurology, 1996, 3rd edition, edited by  Drs. Paul W. Brazis, Joseph C. Masdeu, José Biller, J Clin Neurophysiol, 14:257, 1997 (book review).

24.  **Devereaux M.**   Letter to the Editor Embryonic stem cell research in America– Cleveland Plain Dealer – 05-29-05.

25.  **Devereaux M.**  Helicobacter pylori, L-dopa and Parkinson Disease – Journal Watch Neurology 08-23-06.

26.  Hardwick A., Walter B., **Devereaux, M**. A case of subacute encephalopathy, ataxia and myoclonus due to amantadine toxicity. AAN Meeting (Poster) 2010

27.  **Devereaux, M.** Presentation date 3/25/11.  The pattern of  neuropathological involvement in progressive supranuclear palsy (PSP) corresponds to recently evolved ocular visual abilities.  Basic and clinical oculomotor and vestibular research Buenos Aires, Argentina 03/25/11-03/27/11 (poster).

28.  Eisele S, Talahma M, Masoud H, **Devereaux M**.  Losing more than just weight - A case of nystagmus and gait ataxia after gastric bypass surgery.  Resident Research Day UHCMC/CWRU. 04/03/2012-04/04/2012 (poster). American Academy of Neurology annual meeting April 2013

29.  Shaikh A, Bates J,  Yeates S, Katirji B,  **Devereaux M**. Fulminant idiopathic intracranial hypertension. Resident Research Day UHCMC/CWRU. 04/03/2012 – 04/04/2012 (poster). American Academy of Neurology annual

M. Devereaux, M.D.
Curriculum Vitae
20

meeting April 2013

30. Lavin A, Devereaux M. Why Cleveland area doctors support the Affordable Care Act. (editorial) Cleveland Plain Dealer. June 3, 2012

31. Sachdeva A, Gulati D, **Devereaux M**. Acute focal dystonia heralding the diagnosis of diabetes mellitus type 2. (Poster) American Academy of Neurology annual meeting April 26-May 4, 2014

32. Andrzejewski K, Stefaniuk C, Cohen M, **Devereaux M**.  Neurologic imaging and electroencephalogram findings after chasing the dragon. (Poster) American Academy of Neurology annual meeting April 26- May 4, 2014

Updated 7/21/14

02475

# Other Training
## Supplemental Form

\* REQUIRED RESPONSE (IF THIS PAGE IS USED). NO RESPONSE MAY CAUSE PROCESSING DELAYS AND REQUIRE FOLLOW-UP.

| **Section 2** | **Education and Training** |
|---|---|

**Training**

List all postgraduate training programs you attended. Use one section per institution.

If you need to report additional Training, photocopy this page as needed and submit as instructed.

Code lists are found on pages 36-43. Enter the associated 3-digit code in the space provided.

**University of Southern California/LAC+USC Medical Center**

**NA**
SCHOOL CODE (E.G., AFFILIATED MEDICAL SCHOOL)

INSTITUTION / HOSPITAL NAME  (USE BOTH LINES IF REQUIRED)

**1200 N State St**                                                    **Rm 1112**
NUMBER                                   STREET                                        SUITE/BUILDING

**Los Angeles**                                    **CA**     **90033-1084**
CITY                                                    STATE     ZIP/POSTAL CODE

COUNTRY CODE                      TELEPHONE                              FAX

DID YOU COMPLETE THIS TRAINING PROGRAM AT THIS        YES        NO
INSTITUTION?

(IF NOT, PLEASE USE THE SPACE BELOW TO EXPLAIN.)

---

List each department separately, if applicable.

List Internship/Residency, Fellowship and Other programs separately.

| INTERNSHIP/RESIDENCY | FELLOWSHIP | OTHER | **07/01/1972** | **06/30/1973** |
|---|---|---|---|---|
| | | | START DATE | END DATE |

*Neuro ophthalmology*
~~Ophthalmology~~
DEPARTMENT/SPECIALTY (DO NOT ABBREVIATE)

**James R Keane, MD**
NAME OF DIRECTOR

| INTERNSHIP/RESIDENCY | FELLOWSHIP | OTHER | | |
|---|---|---|---|---|
| | | | START DATE | END DATE |

DEPARTMENT/SPECIALTY (DO NOT ABBREVIATE)

NAME OF DIRECTOR

| INTERNSHIP/RESIDENCY | FELLOWSHIP | OTHER | | |
|---|---|---|---|---|
| | | | START DATE | END DATE |

DEPARTMENT/SPECIALTY (DO NOT ABBREVIATE)

NAME OF DIRECTOR

3096



**University Hospitals**
Geauga Medical Center

## MEDICARE/CHAMPUS AND OHIO MEDICAID PHYSICIAN ACKNOWLEDGEMENT STATEMENT

Name (please print or type)

Michael Devereaux, M.D.
Dept. of Neurology
University Hospitals
Cleveland, OH 44106
(216) 844-3591

Street Address

City          State          Zip

**Medicare/CHAMPUS and Ohio Medicaid payment to hospitals is based in part on each patient's principal and secondary diagnoses and the major procedures performed on the patient, as attested to by the patient's attending physician by virtue of his or her signature in the medical record. Anyone who misrepresents, falsifies, or conceals essential information required for payment of Federal funds, may be subject to fine, imprisonment, or civil penalty under applicable Federal laws.**

Physician's Signature

Date Signed

For Hospital Use Only:

Clinical Specialty          UHHS doctor #

Document maintained by the UH Medical Staff Services and Credentialing Department
13207 Ravenna Road, Chardon, OH 44024

 **University Hospitals**

**Application for Initial Credentialing**
Credentialing Supplement to the CAQH provider application

## PLEASE Note: Respond Fully in ALL Fields; Indicate NA for "Not Applicable"
## Incomplete Responses Will Cause Processing Delays And Require Follow-Up

### AUTHORIZATION AND RELEASE FROM LIABILITY

I am an applicant for membership, participation, and/or clinical privileges (hereinafter "Participation"), at a University Hospitals Health System, Inc. entity (hereinafter "Entity").

I understand and acknowledge that it is my responsibility to provide sufficient information upon which a proper evaluation can be undertaken of my licensure, relevant training and/or experience, current competence, health status, character, ethics, and any other criteria adopted by University Hospitals Health System (hereinafter "UHHS"), the Entity for Participation or their respective designees, and for resolving any discrepancies or doubts about such information.

I further acknowledge that I am responsible for annual compliance training, reviewing the facility specific provider orientation materials that are available on the UH Intranet, completing the annual provider education program, knowing the contents of the applicable bylaws, rules and regulations, UH code of conduct, and requirements of UHHS, the Entity and its professional staff or network, and agree to be bound by them in the application process and if granted Participation; I certify that I am indemnified by professional liability insurance to the extent required by UHHS or the Entity.

I further understand and acknowledge that  UHHS, the Entity, their affiliates, designated agents, and/or other authorized representatives, including, without limitation, UHHS Provider and Central Verification Organization, UH Credentialing, and/or the Entity's designated professional credentials verification organization, collectively referred to as "Agents," shall investigate the information in this Application.  By submitting this Application, I agree to such investigation and to the disciplinary reporting and information exchange activities of UHHS, the Entity and Agents as follows:

1.  **Authorization of Investigation and Release of Information Concerning Application for Participation.**  I authorize UHHS, Entity and Agents to consult with any third party who may have information bearing on my professional qualifications, credentials, clinical competence, character, background, health status, ethics, behavior, or any other matter reasonably having a bearing on my qualifications for Participation and authorize such third parties to release such information to UHHS, the Entity and Agents.  I authorize UHHS, Entity and Agents to obtain my criminal background check information for use in the credentialing process.  If that criminal background check information was obtained by another UH entity, I authorize release of such information by that entity to UHHS, the Entity and Agents.

2.  **Authorization of Release and Exchange of Disciplinary Information.**  I hereby further authorize any health care organization at which I have applied for, currently have, or had Participation or employment to release Disciplinary Information about any disciplinary action taken against me to UHHS, the Entity and/or Agents, including, without limitation, UHHS Provider and Central Verification Organization, UH Credentialing, and/or the Entity's designated professional credentials verification organization, and as otherwise may be required by law.  I hereby further authorize UHHS, the Entity and/or Agents, including, without limitation, UHHS Provider and Central Verification Organization, UH Credentialing, and/or the Entity's designated professional credentials verification organization, to release any information pertaining to my professional competence and/or professional conduct, including Disciplinary Information, to any University Hospitals Health System participating entity at which I have Participation, both during the application process and throughout the duration of my appointment, and as otherwise may be required by law.  As used herein, Disciplinary Information means information concerning (i) any action taken by such health care organizations, their administrators, or their medical or other committees to revoke, deny, suspend, restrict, or condition my Participation or impose a corrective action plan; (ii) any other disciplinary actions involving me, including but not limited to, discipline in the employment context; or (iii) my resignation, if tendered at a time when formal disciplinary proceedings against me are either pending or being contemplated.

3.  **Release from Liability.**  I hereby further release from liability UHHS, the Entity and Agents, state licensing board(s), health care organizations, including, without limitation, hospitals, clinics, third party payers, professional liability insurance carrier(s), and any staff, and all individuals, institutions, and entities providing information in accordance with this authorization, for their acts performed in good faith and without malice in connection with the gathering, evaluating, and release and exchange of information as consented to above. This release shall be in addition to any other applicable immunities provided by law for peer review activities.

I understand and agree that this Authorization and Release is irrevocable for any period during which I am an applicant for Participation at the Entity, or I am a member of Entity's medical or health care staff, or a participating provider of the Entity.  I agree to execute consent as required by law, regulation, UHHS, or Entity accreditation standards.

I pledge to maintain an ethical practice, to provide for continuous care for my patients, and to refrain from delegating responsibility or care of my patients to any practitioner not qualified to undertake that responsibility; and signify my willingness to appear for interviews in regard to my application, if requested.  I waive the right to review any peer review questionnaires obtained by UHHS, the Entity, or Agents during my application for Participation or while I am a member of Entity's medical or health care staff, or a participating provider of the Entity.

All information submitted by me in this application is complete and true to my best knowledge and belief.  I understand and agree that any material misstatements in, or omissions from this application constitute cause for denial of or revocation of Participation.  I understand and acknowledge that UHHS and the Entity shall be solely responsible for all decisions concerning the granting of Participation.

I further acknowledge that I have read and understand the foregoing Authorization and Release.  A copy of this original document as signed by me shall have all the same force and effect as the signed original.

| 9/24/13 | Michael Devereaux | M. Devereaux |
|---|---|---|
| Date Signed | Applicant's Printed Name | Applicant's Signature (*do not print*) |

02475

# Practice Location Information
## Supplemental Form

* REQUIRED RESPONSE (IF THIS PAGE IS USED). NO RESPONSE MAY CAUSE PROCESSING DELAYS AND REQUIRE FOLLOW-UP

| Section 4 | Practice Location Information - Page 1 of 5 |
|---|---|

**Additional Practice Location**

> LOCATION° #

| CURRENTLY PRACTICING AT THIS ADDRESS?* | YES | NO | IF NO, WHAT IS YOUR EXPECTED START DATE? |
|---|---|---|---|

**IMPORTANT**

In the box provided, indicate to which practice location this page belongs.

For example, if you practice at three locations, the primary location is reported in the main application and remaining locations would be reported on Supplemental Forms as Location 2 and Location 3.

University Suburban Health Center

PHYSICIAN GROUP / PRACTICE NAME TO APPEAR IN DIRECTORY (DO NOT ABBREVIATE)*

GROUP / CORPORATE NAME AS IT APPEARS ON W-9, IF DIFFERENT FROM ABOVE (DO NOT ABBREVIATE)

| ~~1611 S Green Rd~~   4001 Carrick Dr. | uH Neurological |
|---|---|
| NUMBER*   STREET* | SUITE/BUILDING |

| ~~South Euclid~~   Medina | OH | ~~44121~~ 44256 |
|---|---|---|
| CITY* | STATE* | ZIP CODE* |

| SEND GENERAL CORRESPON-DENCE HERE?* | YES | NO | (216)844-3160 |
|---|---|---|---|
| | | TELEPHONE* | FAX |

**TIP** Your Individual Tax ID is assumed to be your Primary Tax ID unless you specify otherwise to the right.

OFFICE E-MAIL ADDRESS

| 20-4881619 | | PRIMARY TAX ID (ONE ONLY)* | USE INDIVIDUAL TAX ID | USE GROUP TAX ID |
|---|---|---|---|---|
| INDIVIDUAL TAX ID | GROUP TAX ID | | | |

## Office Manager or Business Office Contact

List each contact separately. You may use the check boxes below for convenience. Do not write instructions like "see above". These responses will be rejected and will require follow-up.

| LAST NAME* | |
|---|---|
| FIRST NAME* | M.I. |
| TELEPHONE*   FAX | |
| E-MAIL ADDRESS | |

## Billing Contact

**CHECK HERE TO USE OFFICE MANAGER AND OFFICE ADDRESS AS BILLING INFORMATION**

| LAST NAME* | |
|---|---|
| FIRST NAME* | M.I. |
| NUMBER*   STREET* | SUITE/BUILDING |
| CITY* | STATE*   ZIP CODE* |
| TELEPHONE*   FAX | |
| E-MAIL ADDRESS | |

**NOTE:**

Even if you checked the boxes above, please provide the e-mail address of the Billing Contact, if available.

3100

* REQUIRED RESPONSE (IF THIS PAGE IS USED). NO RESPONSE MAY CAUSE PROCESSING DELAYS AND REQUIRE FOLLOW-UP.

Page 25

# Standard Authorization, Attestation and Release

(Not for Use for Employment Purposes)

I understand and agree that, as part of the credentialing application process for participation, membership and/or clinical privileges (hereinafter, referred to as "Participation") at or with each healthcare organization indicated on the "List of Authorized Organizations" that accompanies this Provider Application (hereinafter, each healthcare organization on the "List of Authorized Organizations" is individually referred to as the "Entity"), and any of the Entity's affiliated entities, I am required to provide sufficient and accurate information for a proper evaluation of my current licensure, relevant training and/or experience, clinical competence, health status, character, ethics, and any other criteria used by the Entity for determining initial and ongoing eligibility for Participation. Each Entity and its representatives, employees, and agent(s) acknowledge that the information obtained relating to the application process will be held confidential to the extent permitted by law.

I acknowledge that each Entity has its own criteria for acceptance, and I may be accepted or rejected by each independently. I further acknowledge and understand that my cooperation in obtaining information and my consent to the release of information do not guarantee that any Entity will grant me clinical privileges or contract with me as a provider of services. I understand that my application for Participation with the Entity is not an application for employment with the Entity and that acceptance of my application by the Entity will not result in my employment by the Entity.

**Authorization of Investigation Concerning Application for Participation.** I authorize the following individuals including, without limitation, the Entity, its representatives, employees, and/or designated agent(s); the Entity's affiliated entities and their representatives, employees, and/or designated agents; and the Entity's designated professional credentials verification organization (collectively referred to as "Agents"), to investigate information, which includes both oral and written statements, records, and documents, concerning my application for Participation. I agree to allow the Entity and/or its Agent(s) to inspect and copy all records and documents relating to such an investigation.

**Authorization of Third-Party Sources to Release Information Concerning Application for Participation.** I authorize any third party, including, but not limited to, individuals, agencies, medical groups responsible for credentials verification, corporations, companies, employers, former employers, hospitals, health plans, health maintenance organizations, managed care organizations, law enforcement or licensing agencies, insurance companies, educational and other institutions, military services, medical credentialing and accreditation agencies, professional medical societies, the Federation of State Medical Boards, the National Practitioner Data Bank, and the Health Care Integrity and Protection Data Bank, to release to the Entity and/or its Agent(s), information, including otherwise privileged or confidential information, concerning my professional qualifications, credentials, clinical competence, quality assurance and utilization data, character, mental condition, physical condition, alcohol or chemical dependency diagnosis and treatment, ethics, behavior, or any other matter reasonably having a bearing on my qualifications for Participation in, or with, the Entity. I authorize my current and past professional liability carrier(s) to release my history of claims that have been made and/or are currently pending against me. I specifically waive written notice from any entities and individuals who provide information based upon this Authorization, Attestation and Release.

**Authorization of Release and Exchange of Disciplinary Information.** I hereby further authorize any third party at which I currently have Participation or had Participation and/or each third party's agents to release "Disciplinary Information," as defined below, to the Entity and/or its Agent(s). I hereby further authorize the Agent(s) to release Disciplinary Information about any disciplinary action taken against me to its participating Entities at which I have Participation, and as may be otherwise required by law. As used herein, "Disciplinary Information" means information concerning (i) any action taken by such health care organizations, their administrators, or their medical or other committees to revoke, deny, suspend, restrict, or condition my Participation or impose a corrective action plan; (ii) any other disciplinary action involving me, including, but not limited to, discipline in the employment context; or (iii) my resignation prior to the conclusion of any disciplinary proceedings or prior to the commencement of formal charges, but after I have knowledge that such formal charges were being (or are being) contemplated and/or were (or are) in preparation.

**Release from Liability.** I release from all liability and hold harmless any Entity, its Agent(s), and any other third party for their acts performed in good faith and without malice unless such acts are due to the gross negligence or willful misconduct of the Entity, its Agent(s), or other third party in connection with the gathering, release and exchange of, and reliance upon, information used in accordance with this Authorization, Attestation and Release. I further agree not to sue any Entity, any Agent(s), or any other third party for their acts, defamation or any other claims based on statements made in good faith and without malice or misconduct of such Entity, Agent(s) or third party in connection with the credentialing process. This release shall be in addition to, and in no way shall limit, any other applicable immunities provided by law for peer review and credentialing activities. In this Authorization, Attestation and Release, all references to the Entity, its Agent(s), and/or other third party include their respective employees, directors, officers, advisors, counsel, and agents. The Entity or any of its affiliates or agents retains the right to allow access to the application information for purposes of a credentialing audit to customers and/or their auditors to the extent required in connection with an audit of the credentialing processes and provided that the customer and/or their auditor executes an appropriate confidentiality agreement. I understand and agree that this Authorization, Attestation and Release is irrevocable for any period during which I am an applicant for Participation at an Entity, a member of an Entity's medical or health care staff, or a participating provider of an Entity. I agree to execute another form of consent if law or regulation limits the application of this irrevocable authorization. I understand that my failure to promptly provide another consent may be grounds for termination or discipline by the Entity in accordance with the applicable bylaws, rules, and regulations, and requirements of the Entity, or grounds for my termination of Participation at or with the Entity. I agree that information obtained in accordance with the provisions of this Authorization, Attestation and Release is not and will not be a violation of my privacy.

I certify that all information provided by me in my application is current, true, correct, accurate and complete to the best of my knowledge and belief, and is furnished in good faith. I will notify the Entity and/or its Agent(s) within 10 days of any material changes to the information (including any changes/challenges to licenses, DEA, insurance, malpractice claims, NPDB/HIPDB reports, discipline, criminal convictions, etc.) I have provided in my application or authorized to be released pursuant to the credentialing process. I understand that corrections to the application are permitted at any time prior to a determination of Participation by the Entity, and must be submitted online or in writing, and must be dated and signed by me (may be a written or an electronic signature). I acknowledge that the Entity will not process an application until they deem it to be a complete application and that I am responsible to provide a complete application and to produce adequate and timely information for resolving questions that arise in the application process. I understand and agree that any material misstatement or omission in the application may constitute grounds for withdrawal of the application from consideration; denial or revocation of Participation; and/or immediate suspension or termination of Participation. This action may be disclosed to the Entity and/or its Agent(s). I further acknowledge that I have read and understand the foregoing Authorization, Attestation and Release and that I have access to the bylaws of applicable medical staff organizations and agree to abide by these bylaws, rules and regulations. I understand and agree that a facsimile or photocopy of this Authorization, Attestation and Release shall be as effective as the original.

Signature*

Name (print)*   Michael Devereaux

DATE SIGNED*

3094

**University Hospitals**

Candidate_____

## UH HOSPITALS NEUROLOGY PRIVILEGE FORM

### Epilepsy

Items marked with an asterisk (*) require documented proof of frequency and proficiency, or additional training in accordance with departmental policy (see policy for specialized procedures).

**Requested Privileges**
Requested = ☒  Not Requested = ☐

| | Ahuja | ASC Sites | | | Case | Conneaut | Geauga | Geneva | Rainbow | Regional Hospitals | | Do Not Use |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Lyndhurst | Mentor | Westlake | | | | | | Bedford | Richmond | Approved |
| *Evaluation of patients in the EMU & PMU including presurgical evaluations | | | | | | | | | | | | |
| *Functional epilepsy mapping | | | | | | | | | | | | |
| *Performance of electro-encephalogram | | | | | | | | | | | | |
| *Performance of evoked potential studies | | | | | | | | | | | | |
| *Sphenoid electrode placement | | | | | | | | | | | | |
| *Wada testing | | | | | | | | | | | | |

### General

Items marked with an asterisk (*) require documented proof of frequency and proficiency, or additional training in accordance with departmental policy (see policy for specialized procedures).

**Requested Privileges**
Requested = ☒  Not Requested = ☐

| | Ahuja | ASC Sites | | | Case | Conneaut | Geauga | Geneva | Rainbow | Regional Hospitals | | Do Not Use |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Lyndhurst | Mentor | Westlake | | | | | | Bedford | Richmond | Approved |
| Administer IV infusions (for MS, headaches, chronic pain disorders, neuromuscular disorders) | | | | | | | | | | | | |

### General (Continued)

Items marked with an asterisk (*) require documented proof of frequency and proficiency, or additional training in accordance with departmental policy (see policy for specialized procedures).

**Requested Privileges**
Requested = ☒  Not Requested = ☐

| | Ahuja | ASC Sites | | | Case | Conneaut | Geauga | Geneva | Rainbow | Regional Hospitals | | Do Not Use |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Lyndhurst | Mentor | Westlake | | | | | | Bedford | Richmond | Approved |
| *Evaluation and management of acute strokes | | | | | | | | | | | | |
| *Eye movement recording and analysis (including vestibular testing) | | | | | | | | | | | | |
| Interpretation of electroencephalogram | | | | | | | | | | | | |
| Lumbar puncture | | | | | | | | | | | | |
| *Moderate sedation | | | | | | | | | | | | |
| Superficial nerve blocks | | | | | | | | | | | | |

### Movement Disorders

Items marked with an asterisk (*) require documented proof of frequency and proficiency, or additional training in accordance with departmental policy (see policy for specialized procedures).

**Requested Privileges**
Requested = ☒  Not Requested = ☐

| | Ahuja | ASC Sites | | | Case | Conneaut | Geauga | Geneva | Rainbow | Regional Hospitals | | Do Not Use |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Lyndhurst | Mentor | Westlake | | | | | | Bedford | Richmond | Approved |
| *Botulinum toxin injections (non-cosmetic) | | | | | | | | | | | | |
| *Intraoperative physiology for deep brain stimulation | | | | | | | | | | | | |

©2013 UNIVERSITY HOSPITALS MEDICAL CENTERS, ALL RIGHTS RESERVED

**University Hospitals**

Candidate_____

UH HOSPITALS NEUROLOGY PRIVILEGE FORM

---

## Candidate Signature

All requests are subject to review and approval by the Credentialing Committee, the Clinical Department Chairman, Medical Executive Committee and the Board of Directors.

I have requested only those privileges for which by education, training, current experience, and demonstrated performance I am qualified to perform, and that I wish to exercise at University Hospitals Medical Centers.

_____          9/24/14
Candidate Signature                                              Date

---

## Chairman Signature

I have reviewed the requested clinical privileges and available supporting documentation for the above named applicant and recommend action on the privileges requested at my Medical Center as noted above.

_____          _____
University Hospitals Department Chairman Signature          Date

---

©2013 UNIVERSITY HOSPITALS MEDICAL CENTERS. ALL RIGHTS RESERVED

EXHIBIT 2

**Melissa C. Snelson**
Stonehill Group, LLC
121 South Eighth Street, Suite 850
Minneapolis, MN 55402
612.436.1390

Educational Summary:

Ms. Snelson studied finance, economics and accounting at the University of Virginia from which she received a Bachelor of Science in Commerce, with concentrations in Finance and Management in 1990.

Present Position:

*President and Member, Stonehill Group, LLC, Minneapolis, Minnesota (2002 – Present)*

Ms. Snelson is the President and sole Member of the Stonehill Group, LLC, a consulting firm providing services to businesses and counsel in the areas of claims and disputes.  Ms. Snelson practices in the claims and disputes practice.

Former Employment:

*Senior Manager, Deloitte & Touche LLP, Minneapolis, Minnesota (1995-2001)*

Ms. Snelson served as a Senior Manager in the Financial Advisory Services practice in the Minneapolis office of Deloitte & Touche LLP.  In 2000, she became the leader of the Minneapolis litigation services practice with responsibilities including client service, practice development, marketing, and staff training and supervision.  Ms. Snelson's practice focused on the analysis of economic damages in numerous types of commercial litigation, including patent infringement, breach of contract, securities fraud, business interruption, trademark disputes and product liability.

*Executive Consultant, Peterson Consulting Limited Partnership:*
*Minneapolis, Minnesota (1994-1995)*
*Chicago, Illinois (1990-1991, 1992-1994)*
*London, England (1991)*

Ms. Snelson provided litigation consulting services to clients from the Minneapolis, Chicago and London offices of Peterson Consulting LP.  Her practice focused primarily on insurance litigation, breach of contract matters and general commercial disputes.

Other Experience:

Ms. Snelson has testified in a number of commercial litigation matters.  She has presented expert testimony in federal and state court proceedings and before arbitration panels.

Professional Activities:

Ms. Snelson is a Certified Public Accountant in Minnesota, Certified in Financial Forensics, a Chartered Global Management Accountant and is a member of the Minnesota Society of Certified Public Accountants, the American Institute of Certified Public Accountants, and the Licensing Executives Society.  She was a member of the Leadership Cabinet of the Minnesota Society of Certified Public Accountants (2005 – 2009).

EXHIBIT 2

## Melissa C. Snelson

Trial and Deposition Expert Testimony: 2010 - Present

| | | |
|---|---|---|
| Arbitration (2020) | **Molding Products LLC** v. Swan Surfaces, LLC and American Bath Group | American Arbitration Association |
| Arbitration (2020) | **Epien Medical, LLC** v. Saxet Medical Sales, LLC and William Marciniak | American Arbitration Association |
| Trial (2020) Deposition (2019) | InfoDeli, LLC and Breht C. Burri v. Western Robidoux, Inc., Cindy Burri, Brian Burri, Peter Burri, Connie Burri, Engage Mobile Solutions, LLC, Darrin Clawson, Matthew Barksdale, Nathan Haley, James Robertson, CEVA Animal Health, LLC, Shane Fairchild, **Boehringer Ingelheim Vetmedica, Inc.**, Elizabeth Corbin, Sai Chow and Antonio Love | U.S. District Court, Western District of Missouri, Western Division<br><br>4:15-cv-00364-BCW |
| Arbitration (2019) | **Interplastic Corporation, North American Composites Company, and Mark J. Brost** v. Gerald W. Henning | American Arbitration Association |
| Deposition (2019) | Johnsonville Sausage, LLC. v. **Klement Sausage Co., Inc.** | U.S. District Court, Eastern District of Wisconsin, Milwaukee Division<br><br>2:16-CV-938 |
| Deposition (2018) | **Mitchell Boots, Tracy Fortman, individually and on behalf of the Proposed Rule 23 Class** v. Kona Sushi, Inc. d/b/a Kona Grill | U.S. District Court, District of Minnesota<br><br>17-CV-3401-PAM-SER |
| Arbitration (2018) | Allied Dairy, LLP, Union Dairy, LLP and United Dairies, LLP vs. **Kenneth Kraemer** | American Arbitration Association |
| Deposition (2017) | **Cargill, Incorporated (Delaware) and Cargill International SA (Switzerland)** v. Syngenta AG (Switzerland), Syngenta Crop Protection AG (Switzerland), Syngenta Corporation (Delaware), Syngenta Seeds, LLC (Delaware), and Syngenta Crop Protection, LLC (Delaware) | 40th Judicial District Court for the Parish of St. John the Baptist, State of Louisiana<br><br>Docket No. 67061 |
| Arbitration (2017) | **Fr. Thomas F. A. O'Brien** v. Saint Thomas Academy | Private Arbitration |

*Melissa C. Snelson Testimony, page* 2                                             **EXHIBIT 2**

| | | |
|---|---|---|
| Trial, Deposition (2017) | **Creative Research & Development, Inc., Frank Campbell, OmniQuest Research and Development Corporation and John Micinski** v. Amesbury Group, Inc. | State of Minnesota District Court, County of Washington<br><br>82-cv-15-1067 |
| Arbitration (2017) | **North American Composites Company and Interplastic Corporation** v. Tigé Boats, Inc. | American Arbitration Association |
| Hearing (2016) | **Anne Healy, Tobias Shapiro, Audra Nestler Holm, Karl and Joyce Pokorny, Jennifer and Jeff Mendeloff, Rebecca Ribich, Mark and Karen Reed, Marilyn Miller, Eric and Karen Lundeen** v. George Stickney, owner/officer, BPS Properties, LLC, George Stickney in his individual capacity, BPS Properties, LLC, Minnehaha Creek Watershed District and City of Orono | State of Minnesota District Court, County of Hennepin<br><br>27-cv-15-17013 |
| Deposition (2015) | **A.L.M. Holding Co. et al.** v. Akzo Nobel Surface Chemistry LLC<br><br>*AND*<br><br>**A.L.M. Holding Co. et al** v. Arr-Maz Custom Chemicals, Inc. | U.S. District Court, District of Delaware<br><br>13-1069-GMS<br><br>13-CV1070 |
| Deposition (2015) | Select Comfort Corporation et al. v. John Baxter; **Dires, LLC**, et al. | U.S. District Court, District of Minnesota<br><br>12-cv-2899 |
| Deposition (2015) | **Tire Service Equipment Mfg. Co., Inc.** v. Gaither Tool Co. | U.S. District Court, District of Minnesota<br><br>13-cv-2996 |
| Trial (2015), Deposition (2014) | J&M Distributing, Inc. v. **Hearth & Home Technologies, LLC**, and Magnotti and Sons, Inc., d/b/a The Fireplace and The Patioplace | U.S. District Court, District of Minnesota<br><br>13-cv-00072 |
| Deposition (2014) | **SKF USA Inc.** v. MRC Global Inc. and McJunkin Red Man Corporation | U.S. District Court, District of Delaware<br><br>13-250-LPS |
| Deposition (2014) | **Cedar Valley Exteriors, Inc.** v. Professional Exteriors, Inc. | U.S. District Court, District of Minnesota<br><br>13-cv-02537 |

*Melissa C. Snelson Testimony, page* 3 **EXHIBIT 2**

| | | |
|---|---|---|
| Deposition (2014) | **Catholic United Financial** v. Wells Fargo Bank, N.A. | U.S. District Court, District of Minnesota 12-cv-1729 |
| Arbitration (2014) | **Dickinson State University Foundation, on behalf of, and for the benefit of, Dickinson Investments, Inc., Claimant** v. Granville Brinkman and related entities, Respondents | American Arbitration Association Case No. 65 193 Y 00228 13 |
| Deposition (2014) | Symantec Corporation v. **Acronis, Inc., Acronis International GmbH and OOO Acronis** | U.S. District Court, Northern District of California 3:12-cv-05331 |
| Deposition (2013) | **St. Croix Valley Dental, PLLC d/b/a Northern Orthodontics and Douglas Wolff** v. Bryan Brettin, Brettin Orthodontics Professional Corporation, and Sletten & Brettin Orthodontics, LLC | State of Minnesota District Court, County of Washington 82-cv-11-6752 |
| Deposition (2013) | Symantec Corporation v. **Acronis, Inc., Acronis International GmbH and OOO Acronis** | U.S. District Court, Northern District of California 3:11-cv-05310 |
| Trial (2013) | **Curtis Amplatz and Carina Royalty, LLC** v. AGA Medical Corporation | State of Minnesota District Court, County of Hennepin 27-cv-10-27664 |
| Deposition, Trial (2013) | Educational Testing Service v. **Data Recognition Corporation** v. Computerized Assessments & Learning, LLC | State of Minnesota District Court, County of Hennepin 27-cv-11-24418 |
| Trial (2012) | OneSource.CC, Inc., f/k/a Artful Dragon Productions, Inc. and f/k/a Prestige Agri-Group, Inc.; John Arleth and Joan Arleth v. **I See Me! Inc. and Maia B. Haag** | State of Minnesota District Court, County of Goodhue 25-CV-10-2669 |
| Deposition (2012) | Oak Leaf Outdoors, Inc. v. **DDI International, Inc.** v. Oak Leaf Outdoors, Inc. | U.S. District Court, Central District of Illinois, Peoria Division 1:11-cv-01175 |

*Melissa C. Snelson Testimony, page* 4                    **EXHIBIT 2**

| | | |
|---|---|---|
| Deposition (2012) | **Airborne Athletics, Inc.** v. Shoot-A-Way, Inc. | U.S. District Court, District of Minnesota 0:10-cv-03785 |
| Deposition (2012) | Ergotron, Inc. v. **Rubbermaid Commercial Products, LLC** | U.S. District Court, District of Minnesota 0:10-cv-2010 |
| Deposition (2011) | **Superior Industries, LLC** v. Masaba, Inc. | U.S. District Court, District of Minnesota 0:10-cv-00764 |
| Arbitration (2011) | **Stephen F. Rowland** v. Merrill Lynch, Pierce, Fenner & Smith Incorporated | FINRA Arbitration No. 10-02338 |
| Deposition (2011) | **Birchwood Laboratories, Inc.** v. Battenfeld Technologies, Inc. | U.S. District Court, District of Minnesota 0:09-cv-03555 |
| Deposition (2011) | 3M Innovative Properties Company and 3M Company v. **Envisionware, Inc.** | U.S. District Court, District of Minnesota 0:09-cv-01594 |
| Deposition (2011) | **Graco Inc. and Graco Minnesota Inc.** v. PMC Global, Inc., PMC, Inc., PMC Europe Investments, S.L., Denis S. Commette, Gama Machinery USA, Inc. and Garraf Maquinaria, S.A. | U.S. District Court, District of New Jersey 08-CV-01304 |
| Deposition (2010) | **Lynx, LLC** v. Total Employee Assistance & Management, Inc. | U.S. District Court, District of Minnesota 0:09-cv-7 |
| Deposition (2010) | American Litho, Inc. v. **Imation Corp.** | U.S. District Court, District of Minnesota 0:08-cv-05892 |
| Trial (2010) Deposition (2008) | **Daniel S. McGrath** v. MICO, Inc., Brent P. McGrath, Larry C. McGrath, and Glenn Gabriel | State of Minnesota District Court, County of Nicollet 52-cv-06-682 |
| Deposition (2010) | **Regents of the University of Minnesota** v. AGA Medical Corporation | U.S. District Court, District of Minnesota 0:07-cv-04732 |

*Melissa C. Snelson Testimony, page* 5                    **EXHIBIT 2**

| Deposition (2010) | Motorola, Inc. and GMP Wireless, Inc. v. **Nonin Medical, Inc.** | U.S. District Court, Northern District of Illinois, Eastern Division<br><br>04-CV-05944 |

**CURRICULUM VITAE**
**MATTHEW RIZZO, M.D., F.A.A.N., F.A.N.A.**

## I.      EDUCATION AND PROFESSIONAL HISTORY

### A.  Institutions Attended/Certification and Licensure

1983-85        Fellowship, Behavioral Neurology and Cognitive Neuroscience, University of Iowa College of Medicine

1982-83        Fellow Associate in Neurology, University of Iowa College of Medicine

1980-83        Neurology Residency, University of Iowa College of Medicine

1979-80        Internal Medicine Internship, University of Iowa College of Medicine

1979 M.D.    Johns Hopkins University School of Medicine, Baltimore, Maryland

1975 A.B.     Columbia University, New York, New York

### Certification and Licensure

1986        American Board of Psychiatry and Neurology certification, IA #28203; Permanent, #22918.

1979        National Board of Medical Examiners

### B.  Professional and Academic Appointments

2020        Executive Board, National IDeA Symposium of Biomedical Research Excellence (NISBRE)

2019        Faculty, School of Music, University of Nebraska Omaha

2016        Director, Great Plains IDeA Clinical and Translational Research Network

2015        Faculty, Department of Psychiatry, University of Nebraska Medical Center

2015        Faculty, Biomechanics, University of Nebraska Omaha

2014        Frances and Edgar Reynolds Professor and Chair, Department of Neurological Sciences, University of Nebraska Medical Center (UNMC)

2014        Chief Physician/Clinical Program Leader, Neurosciences (Neurology, Neurosurgery, Psychiatry, Anesthesia Pain, Physical Medicine and Rehabilitation, Nebraska Medicine/UNMC

2014        Co-Director, Nebraska Neuroscience Alliance, University of Nebraska Medical Center

1

| 2011 | Geriatric Care Advisory Council. University of Iowa Health Colleges and the University of Iowa Health Clinics |
| 2010 | Director, Aging Brain and Mind Initiative, Office of the Provost, University of Iowa |
| 2007 | Vice Chair, Translational and Clinical Research, Department of Neurology |
| 2006 | Faculty, National Advanced Driving Simulator, University of Iowa |
| 2002 | Director, Division of Neuroergonomics, Department of Neurology, University of Iowa Roy J. and Lucille A. Carver College of Medicine |
| 1999 | Professor, Public Policy Center, University of Iowa |
| 1996 | Faculty, Public Policy Center, University of Iowa |
| 1996 | Professor of Neurology, University of Iowa College of Medicine |
| 1996 | Professor of Mechanical and Industrial Engineering, University of Iowa College of Engineering |
| 1994 | Faculty, Injury Prevention Research Center, University of Iowa |
| 1993 | Associate Professor Industrial Engineering, University of Iowa College of Engineering |
| 1990 | Associate Professor of Neurology, tenured, University of Iowa College of Medicine |
| 1987 | Faculty, Neurosciences Program, University of Iowa College of Medicine |
| 1985 | Assistant Professor of Neurology, University of Iowa College of Medicine |

## C. Current Professional Positions/Projects

- Member, Executive Committee, Association for Clinical and Translational Science (ACTS), 2020-2023

- Lead Convener, National Institute of General Medical Services (NIGMS) CTR PI Group, 2020-present

- Convener, US Congressional Neuroscience Caucus, 2019-present

- Chair, American Academy of Neurology Work Group, Lead for Strategic Planning, 2019-present

- Chair of the Board of Directors, American Brain Coalition, 2019-present

- Research Program Subcommittee, American Academy of Neurology, 2019-present

- Member, Medical Group Executive Committee, Nebraska Medicine, 2019-present

- Member, Center for Brain and Behavior's External Advisory Council, 2018-present

- Scientific Review Board, Alzheimers Drug Discovery Foundation, 2019-present

2

- Member, The American Neurological Association (ANA) Public Policy and Relations Committee, 2018-present

- External Advisory Committee, Roybal Center for Translational Research on Aging and Mobility, University of Alabama at Birmingham

- Chair, Department of Psychiatry Review Committee, UNMC, 2016-2018

- Adjunct Professor, Department of Biomechanics, University of Nebraska at Omaha, 2015-Present

- Member, 3D/VIR Simulation Design Group, Interprofessional Experiential Center for Enduring Learning's Global Center for Advanced Interprofessional Learning. 2017-Present

- Member, Centers Of Biomedical Research Excellence (COBRE) External Advisory Committee, Center for Brain and Behavior Research, University of South Dakota, 2017-Present

- Member, Centers Of Biomedical Research Excellence (COBRE) External Advisory Committee, University of Nebraska-Omaha, 2017-Present

- Member of the Executive Committee CVCN (Center for Visual and Cognitive Neuroscience), North Dakota State University, Centers Of Biomedical Research Excellence (COBRE), 2017-present

- Member, Clinical Operations Council, UNMC, 2015-Present Leader, Neurosciences Programs

- Strategic Planning, Development and Building, 2014-Present

- Director of Mind and Brain Health Laboratories, Department of Neurological Sciences, UNMC, 2014-Present

- American Academy of Neurology (AAN) Ethics, Law and Humanities Committee, 2005-Present

- American Brain Coalition Board of Directors, 2015-Present

- American Brain Coalition Program Committee Chairman, 2017-Present

- Principal Investigator Great Plains IDeA Clinical and Translational Research (CTR) Network, 2016-Present

- Member of the Executive Committee for (CB3) Center for Brain, Biology and Behavior, University of Nebraska-Lincoln (UNL), 2015-Present

**D.  Professional Positions/Projects – Local/Regional/National/International**

- Founder, Research MRI Center, 2019

- Co-developer, Pan-departmental Research infrastructure, UNMC COM, 2018-present

- Co-Director Center for Integrative and Translational Neuroscience, 2019

3

- American Neurological Association Liaison to the American Brain Coalition, 2013-2015

- Member, Geriatric Advisory Council, University of Iowa

- Member, Executive Group, University of Iowa Center on Aging

- University of Iowa Liaison to the US Federal Drug Administration (FDA), 2009-2014

- Director, SIREN (Simulator for Research in Ergonomics and Neuroscience) Laboratory, ARGOS (Automobile for Research in Ergonomics and Safety), NIRVANA (Nissan-Iowa Instrumented Vehicle for Ergonomics and Neuroscience), Department of Neurology, University of Iowa

- Director, Visual Function Laboratory, Department of Neurology, University of Iowa

- Senior faculty member, Division of Behavioral Neurology and Cognitive Neuroscience, Department of Neurology, University of Iowa

- Faculty member, Interdisciplinary Neuroscience Graduate Program

- Head, Faculty Review Committee, Neuroscience Ph.D. Program, University of Iowa

- Director, Neurology and Public Policy Center Faculty Recruitment Committee, University of Iowa

- Judge, Inaugural Annual Human Factors Prize: Recognizing Excellence in Human Factors/Ergonomics Research, Human Factors and Ergonomics Society, Santa Monica, CA, 2011

- Advisor to U.S. Air Force: Pilot interactions with F-35 Joint Strike Fighter head mounted augmented reality display, 2011

- Member, Committee on the Effects of Commuting on Pilot Fatigue, Board on Human-Systems Integration, Division of Behavioral and Social Sciences and Education, Transportation Research Board, National Research Council of the National Academies, 2010-2012

- Advisor, Healthcare Systems in Rural Tanzania (Pare District), 2009-Present

- National Academy, National Research Council, Coordinator for the report on Role of Human Factors in Home Health Care, 2009-2011

- U.S. DOT/FMCSA Medical Expert Panel: Parkinson's Disease, Multiple Sclerosis, and Commercial Motor Vehicle Driver Safety, 2009-2010.

- U.S. Department of Transportation. Federal Motor Carrier Safety Administration. Special Advisor on Medical Disorders. 2009-Present.

- U.S. Federal Drug Administration. SGE/Standing Consultant to the Peripheral and Central Nervous System Committee, 2009-Present

- U.S. Army High Performance Small Unit Campaign Advisory Panel Co-Chair (2009). Developed tools and methods to help understand the neural basis of vigilance and cognition and to aid in the maintenance of soldier abilities during periods of stress.

- Co-Founder, Driving Wiki, a free on-line encyclopedia on driving research for dissemination of knowledge and expertise on human factors research in transportation and medicine. (2007-present)

- Organizing Committee, Driving Simulation Conference - North America (DSC-NA) 2007. September 11-12, 2007, Iowa City, Iowa

- Cornell College – Neuro-ergonomics Laboratory Research Fellowship Program, 2007-2014

- American Association of Motor Vehicle Administrators (AAMVA) Driver Fitness Working Group (DFWG); Chair, Medical Review Task Group (MRTG) on Neurologic and Cognitive Disorders, 2006-2009.

- Member, Advisory Board, U.S. Federal Drug Administration Advisory Committee for Peripheral Nervous System and Central Nervous System Drugs, 2006-2009.

- Consultant, Province of British Columbia and Canadian government. Driving and Function Forum. Vancouver, British Columbia, June 16, 2006.

- Federal Motor Carrier Safety Administration (FMCSA) Medical Review Board, appointed by the US Secretary of Transportation, 2005-2009.

- CARSS (Coordinated Assessment of Roadway Simulator Scenarios) for development of standard international simulator scenarios - Co-Founder of with Dr. Donald Fisher, University of Massachusetts at Amherst, 2004-Present.

- Co-Founder (2003), International Simulator Users Group (SUG), for technical factors, scenario development, guidelines and standards to facilitate cross-platform collaboration and clinical trials (http://www.engineering.uiowa.edu/simusers/):

- Consultant, Monash University, Accident Research Center/Victorian Institute for Forensic Medicine, Australian Government, 2003-Present.

- American Academy of Neurology Organizer (Member, Patient Safety Workgroup, Practice Committee). 2nd Annual Patient Safety Colloquium. American Academy of Neurology 55th Annual Meeting, Honolulu, Hawaii, March 30, 2003.

- Organizer (Member, Patient Safety Workgroup, Practice Committee). 1st Annual Patient Safety Colloquium: To harm is preventable. American Academy of Neurology 54th Annual Meeting, Denver, CO, April 14, 2002.

- Development Executive and Chief Science Advisor to Engel Entertainment, New York, NY, Producing science and medicine documentaries for major television venues (including PBS, National Geographic Channel, The History Channel, Discovery Channel, Nova and other broadcasters). 2002-Present.

- Organizer and Scientific Committee International Symposium on Human Factors in Driver Assessment, Training and Vehicle Design:
  - Santa Fe, NM, June 24-27, 2019
  - Manchester Village, VT, June 26-29, 2017.
  - Salt Lake City, UT, June 22-25, 2015.
  - Bolton Landing, NY, June 17-20, 2013.

5

- Lake Tahoe, CA, June 27-30, 2011.
- Big Sky, MT, June 22-27, 2009.
- Stevenson, WA, July 9-15, 2007
- Rockport, ME, June 27-30, 2005
- Park City, UT, July 21-24, 2003.
- Aspen, CO, August 14-17, 2001

- Organizer, Collaboratory for Driving Simulator Research, University of Iowa, Iowa City, IA, February 22-23, 2001.

- Founder, International Symposium on Driver Assessment, Training and Vehicle Design (2000). (http://www.driving-assessment.org/)

- American Academy of Neurology Quality Standard Subcommittee Review - Behavioral Neurology. Minor closed head injury, 1997.

- Consultant, Healthcare Technology Systems, Madison, WI, 1997.

- Organizer, Behavior Course. North American Neuro-Ophthalmology Society, 1994

- Advisor to Swedish Government, Vägverket/National Road Administration on Licensing Procedures in Aging and Cognitively Impaired Drivers, 1994.

- Organizer, National Conference on Health Research Using Advanced Driving Simulation for University of Iowa Injury Prevention Center and University of Iowa Center for Computer Aided Design, 1994.

- Faculty, American Academy of Neurology Courses:
  - Cars, Planes and Ailing Brains. San Diego, CA, March 20, 2013.
  - Can I drive? Can I fly? Chicago, IL, April 12, 2008; Seattle, WA, May 2, 2009; Toronto, ON, April 12, 2010; Honolulu, HI, April 15, 2011
  - Hot Topics in Neuro-ophthalmology. Boston, MA, May 5, 2007.
  - Patient Safety (2002-2003)
  - Legislative Affairs and Advocacy Training (1998-2005)
  - Vision and the Brain: A Clinician's Guide (1997
  - Neuro-ophthalmology (1993)
  - Behavioral Neurology (1990)


## E. Honors and Awards

- Scientist Laureate Award, University of Nebraska Medical Center, 2021.

- Featured Researcher (presented by Toyota's Chief Scientist), 50th Midwest U.S.-Japan Association Conference - Growing together in a Global Economy, 2018, Omaha, NE, United States

- Distinguished Scientist Award, University of Nebraska Medical Center, 2017.

- Sponsor, Jennifer Merickel, Travel Award for Top Abstract, American Neurological Association, San Diego, California, 2017.

- Co-sponsor, Elease McClauren, Best Student Paper, Human Factors and Ergonomics Society, Surface Transportation Technical Group "Variations on a theme: Topic modeling of naturalistic

6

driving data." 2014.

- Co-sponsor, Anthony McDonald, Best Student Paper, Transportation Research Board 2013. "The Language of Driving Advantages and Applications of Symbolic Data Reduction for Analysis of Naturalistic Driving Data.

- Bartimaeus Award, Detroit Institute of Ophthalmology, Henry Ford Healthcare System, Detroit Michigan, 2013.

- Sponsor, Kuan-Hua Chen, Honda Outstanding Student Award, Driving Assessment Conference, Bolton Landing, New York, 2013.

- Sponsor, Ben Chapin, Award for Outstanding Presentation in Clinical Neuroscience Research University of Iowa Medical Student Research Day Awards, September 7, 2012.

- Fellow, American Neurological Association (F.A.N.A.) 2011.

- Lees, M. N., Cosman, J. D., Lee, J. D., Vecera, S.P., Jang, M., Dawson, J. D., Rizzo, M. International Ergonomics Association (IEA) KU Smith Paper Award Cross-modal alerts for orienting of attention in attention impaired drivers. IEA 2009 XVIIth Triennial Congress, Beijing, China August 10, 2009.

- U.S. Federal Drug Administration Advisory Committee Service Award, 2009.

- U.S. Department of Transportation, Inaugural Medical Review Board Service Award, 2009.

- National Academy, National Research Council, Committee on Human Systems Integration, selected 2007-2010.

- National Academy, National Research Council, Board on Human Systems Integration, selected 2010.

- Alzheimer Association Mission Award, Cedar Rapids, November 29, 2006.

- Paul, A., Boyle, L., Boer, E. R., Tippin, J., Rizzo, M. Honda Outstanding Student Paper Award (Honorable Mention). Steering entropy changes as a function of microsleeps. Proceedings: The Second International Driving Symposium on Human Factors in Driver Assessment, Training and Vehicle Design, Rockport, ME, June 27-30, 2005.

- Uc E.Y., Rizzo M, Shi, Q., Anderson, S.W., Rodnitzky, R.L., Dawson, J.D. Faculty Award: Research Week – Driver landmark identification and safety errors in mild-moderate Parkinson's disease. Featured in Carver College of Medicine publication, 2004.

- Batchelder, S., Rizzo, M., Vanderleest, R., Vecera, S. Honda Outstanding Student Paper Award. Traffic scene related change blindness in older drivers. In: M. Rizzo, J. D. Lee, & D McGehee, (Eds.). Proceedings: The Second International Driving Symposium on Human Factors in Driver Assessment, Training and Vehicle Design (pp. 177-181), Park City, UT, July 21-24, 2003.

- Barry, C.J., Smith, D., Lennarson, P., Rizzo M., Jermeland, J., Darling, W., Traynelis, V. J. William Fielding Award. The effects of wearing a restrictive neck brace on driver performance. Cervical Spine Research Society, 2002.

- Best Presentation Award for: The eye, the brain, and the automobile. The Iowa DOT Safety

Management System Older Driver Task Force, University of Iowa, July 19, 2001.

- Outstanding Service Award, Alzheimer's Association's Initial Review Board of the Medical and Scientific Advisory Council, Medical and Scientific Affairs, 1999 Research Grant Program.

- Paper of the year and published in the Yearbook of Medical Informatics, 1998. Schattauer, Pp. 217-223. (Rizzo, M., Reinach, S., McGehee, D., Dawson, J., 1997). Simulated car crashes and crash predictors in drivers with Alzheimer's disease. Archives of Neurology, 54:545-553.

- Key Paper on Color Vision. (Rizzo, M., Smith, V., Pokorny, J., Damasio, A.R., 1997. Color perception profiles in central achromatopsia.) Selected for presentation. In: Byrne A, Hilbert DR. (Eds.). Readings on Color: The Science of Color. Vol.2. Cambridge, MIT Press. Pp. 227-290.

- Elected to American Neurological Association, 1996.

- Fellow, American Academy of Neurology, 1994.

- Resident's Day Award (1981) and Finalist (1982, 1983), University of Iowa, Department of Neurology.

## II.  TEACHING

### A. University of Nebraska Medical Center (clinical, research, classroom venues)

**Coach**
Cory Shaw, MBA, COO, Nebraska Medicine

**M.S. Candidates Mentored**
| | |
|---|---|
| M.S. Candidate | Deepta Ghate |
| M.S. Candidate | Sachin Kedar |
| M.S. Candidate | Kaitlin Smits |
| M.S. Candidate | Sharayah Swank |
| M.S. Candidate | Emily Frankel |

**Residents, Medical Students, Post-doctoral, Graduate, Undergraduate Students Supervised**
| | |
|---|---|
| Post-Doctoral | Jennifer Merickel, PhD, 2015-2017 |
| Ph.D. Candidate, Post Doc | David Anderson, MS, 2015-2018 |
| | Ryan Miller, BA, 2016-2019 |
| | Rebecca Hiebert, BA, 2018-Present |
| | Haley Kampschneider, AA, 2018-Present |
| | Bobby Muelleman, 2017-2018 |
| | Scott Irvin, 2018-2019 |

**Faculty Mentored**
Jennifer Merickel – Assistant Professor, Neurological Sciences, UNMC, 2019-Present
Carolin Curtze – Assistant Professor Biomechanics at University of Nebraska Omaha, 2019-Present
Diane Ehlers – Assistant Professor, Exercise Neuropsychology, 2018-present
Vivien Marmelat – Assistant Professor Biomechanics at University of Nebraska Omaha, 2016-Present
Vijaya Bhatt – Assistant Professor, Oncology/Hematology, UNMC, 2016-Present
Deepta Ghate – Assistant Professor, Ophthalmology and Visual Sciences, UNMC, 2016-Present
Sachin Kedar – Assistant Professor, Neurological Sciences, UNMC, 2015-Present
Bethany Lowndes – Assistant Professor, Neurological Sciences, UNMC, 2018-Present

**B. University of Iowa (clinical, research, classroom venues)**

**Residents, Medical Students, Post-doctoral, Graduate, Undergraduate Students Supervised**

| | |
|---|---|
| Neurology Resident | Edwin Cruz, M.D., 1997-1998 |
| Neurology Resident | Zakaria Ammache, M.D., 1998-2001 |
| Neurology Resident | Stephanie Sheffield, M.D., 2001-2002 |
| Neurology Resident | Mark Garwood, M.D., 2002-2005 |
| Neurology Resident | Kevin Faber, M.D., 2005-2007 |
| Neurology Resident | Assi Rami, MD., 2009 |
| Neurology Resident | Jeffrey Boyle, MD., Ph.D., 2009-2011 |
| Neurology Resident | Eduardo Zili, M.D., 2011-2013 |
| Neurosurgery Resident | Christopher Barry, M.D., 2001-2003 |
| Postdoctoral Fellow | Jason Barton, M.D., 1990-1991 |
| Postdoctoral Fellow | Mark Nawrot, Ph.D., 1991-1995 |
| Postdoctoral Fellow | Hiromi Akutsu, Ph.D., 1998-2001 |
| Postdoctoral Fellow | Michelle Rusch, Ph.D., 2008-2012 |
| Postdoctoral Fellow | Benjamin Lester, 2013-2015 |
| Ph.D. Candidate | Elease McLaurin, 2013-2018 (Human Factors) |
| Ph.D. Candidate | Andrew Butler, 1993-1996 (UI Exercise Science and Physiology) |
| Ph.D. Candidate | Chiara Incoccia, 1994 (U Rome, La Sapienza |
| Ph.D. Candidate | Steve Jahns, 1994-1996 |
| Ph.D. Candidate | Michael Mollenhauer, 1995-1998 (UI Engineering) |
| Ph.D. Candidate | Tammie Cumming, 1996-1998 (UI Education) |
| Ph.D. Candidate | Mark Pizzimenti, Ph.D., 1997-1998 (UI Exercise Science) |
| Ph.D. Candidate | Jody Buckwalter, 2000-2001 (UI Neurosciences Program) |
| Ph.D. Candidate | Jessie Peissig, 2000-2002 (UI Psychology) |
| Ph.D. Candidate | Andrea Heberlein, 2002-2003 (UI Neurosciences Program) |
| Ph.D. Candidate | Caroline Lamers, 2002-2004 (U Maastrich, The Netherlands) |
| Ph.D. Candidate | Beth Turner, 2003-2006 (UI Neurosciences Program) |
| Ph.D. Candidate | Travis Jewett, 2004 (UI Neurosciences Program) |
| Ph.D. Candidate | Renerus Stolwyk, 2004-2005 (Monash U) |
| Ph.D. Candidate | Yi Ching Lee, 2005-2006 (UI Engineering) |
| Ph.D. Candidate | Yang Lei, 2005-2007 (UI Biostatistics) |
| Ph.D. Candidate | Joshua Cosman, 2006 (UI Psychology) |
| Ph.D. Candidate | Nicola Fricke, 2008 (Berlin Technological Institute) |
| Ph.D. Candidate | Michela Slomp, 2008 (U Modena) |
| Ph.D. Candidate | Fabián A. Soto (UI Psychology, Dissertation Committee, 2010-2011) |
| Ph.D. Candidate | Anthony McDonald, 2011-2014 (UI Wisconsin-Madison, Industrial & Systems Engineering) |
| Ph.D. Candidate | Priya Pennathur, 2012 (K99/R00 Awardee, MIE) |
| Ph.D. Candidate | Abraham Graber, 2013 (UI Philosophy) |
| Ph.D. Candidate | Lauren Sager, 2013-2015 (Biostatistics) |
| Ph.D. & M.S. Candidate | Sarah Batchelder, 2001-2002 (UI Psychology; UAB) |
| Ph.D. & M.S. Candidate | Rebecca Sheffield, 2002-2004 |
| Ph.D. & M.S. Candidate | Ida Kellison, 2002-2004 (UI Psychology; U Florida) |
| Ph.D. & M.S. Candidate | Qian Shi, 2003-2006 (UI Biostatistics) |
| Ph.D. & M.S. Candidate | JonDavid Sparks, 2004-2008 (UI Biostatistics) |
| Ph.D. & M.S. Candidate | Mi Jing Jang, 2007-2008 (UI Biostatistics) |
| Ph.D. & M.S. Candidate | Elizabeth Dastrup, 2007-2011 (UI Biostatistics) |
| Ph.D. & M.S. Candidate | Amy Johnson, 2008-2014 (UI Biostatistics) |
| Ph.D. & M.S. Candidate | Kuan-Hua Chen, 2009-2014 (UI Neuroscience) |
| Ph.D. & M.S. Candidate | Zachary Roper, 2010-2011 |
| Ph.D. & M.S. Candidate | Yu Lixi, 2010-2015 (UI Biostatistics) |
| Ph.D. Candidate | Mickaël Causse (PhD committee, Inserm, Toulouse, FR, 2010) |

9

| | |
|---|---|
| Ph.D. Candidate | Maud Ranchet, INRETS-Lescot – PhD (2010) |
| M.S. Candidate | Diane Rotella, 1992-1996 (UI Exercise Science) |
| M.S. Candidate | Steven Reinach, 1994-1996 (UI Engineering) |
| M.S. Candidate | Maryanne Stec, 1997-1999 |
| M.S. Candidate | Tara Smyser, 2000-2002 (UI Engineering) |
| M.S. Candidate | Nicole Skaar, 2000-2003 |
| M.S. Candidate | Erik Asp, 2006-2007 (UI Neurosciences) |
| M.S. Candidate | Jen Smothers, 2001-2003 (Cornell College) |
| M.S. Candidate | Joan Severson, 2001-2004 (UI Engineering) |
| M.S. Candidate | Amit Paul, 2004-2005 (UI Engineering) |
| M.S. Candidate | Jamie Emerson, 2008 -2011 |
| M.S. Candidate | Sarah D. Hacker, 2012-2015 |
| M.S. & B.S, Candidate | Mark Schall, 2008-2015 (UI Engineering) |
| M.D. Candidate | Rodney Short, 1992 (UI College of Medicine) |
| M.D. Candidate | Johnson Moon, 2001-2003 |
| M.D. Candidate | Sean McEvoy, 2003-2005 (UI Psychology) |
| M.D. Candidate | Thomas Pietras, 2003-2005 |
| M.D. Candidate | Katherine Johanson, 2007-2008 |
| M.D. Candidate | George Hadjipavlou, 2008 (Oxford University, UK) |
| M.D. Candidate | Ben Chapin, 2012-2013, (CCOM, Doris Duke Summer Fellowship) |
| J.D. Candidate | Allen Best, 2007-2010 (UI Law) |
| B.S. Candidate | Lucas Davisson, 2001 (UI Engineering) |
| B.S. Candidate | Zach Paulsen, 2001-2003 |
| B.S. Candidate | Aaron Plattner, 2001 (Caltech) |
| B.S. Candidate | Patrick Gavin 2009-10 (UI Engineering) |
| B.S. Candidate | Ryan DeFranco 2010 (UI Engineering) |
| B.S. Candidate | Caitlin Stickney 2010 (UI Engineering) |
| B.S. Candidate | Ian Flynn, 2009-2010 (UI Engineering) |
| B.S. Candidate | Samantha Edwards, 2011 (UI Engineering) |
| B.S. Candidate | Brian Fiscus, 2011-2014 (UI Engineering) |
| B.S. Candidate | Rebecca Leib, 2011-2014 (UI Engineering) |
| B.S. Candidate | Tara Ohrt, 2012-2014 |
| B.A. Candidate | David Anderson, 2007-2009 (UI Psychology) |
| B.A. Candidate | Lindsey Carter, 2007-2008 (Cornell College) |
| B.A. Candidate | Jonathan Corpman, 2007-2009 (UI Psychology) |
| B.A. Candidate | Sydney Harman, 2007-2008 |
| B.A. Candidate | Brendan Honick, 2007-2008 (Miami U., Oxford, OH) |
| B.A. Candidate | Katherine Read, 2007-2008 (Cornell College); 2010- |
| B.A. Candidate | Evelyn Ross, 2007-2008 (Scripps College, Clearmont, CA) |
| B.A. Candidate | Tana Truelove, 2007 (UI Psychology) |
| B.A. Candidate | Monica Severson, 2006-2008 (Smith College) |
| B.A. Candidate | Meghan Sievertsen, 2006-2008 (UI Exercise Science) |
| B.A. Candidate | Tyler Switalski, 2006-2008 (UI Psychology) |
| B.A. Candidate | Nicholas Gaspelin, 2006-2008 (UI Psychology) |
| B.A. Candidate | Benjamin Lester, 2005-2007 (UI Psychology) |
| B.A. Candidate | Ashley Stillman, 2009-2010 (Cornell College) |
| B.A. Candidate | Natalie Sauer, 2009-2010 (UI Psychology) |
| B.A. Candidate | Kelsey Thompson, 2010 (St. Olaf's College) |
| B.A. Candidate | Hannah Schlenker, 2011 (UI Tippie College of Business) |
| B.A. Candidate | Lacy Flanagan, 2013-2015 |
| MPH Candidate | Jessica Ferdig, 2013-2015 |

**University of Nebraska Medical Center – Contributions to University Programs**

10

- Leader, Team to Procure Magnetic Resonance Imaging Research Scanner, 2018-Present

- Senior Leadership Committee, Department of Neurological Sciences, University of Nebraska Medical Center, 2014-Present

- Clinical Operations Council, University of Nebraska Medical Center, 2015-Present

- Clinical Chairs Advisory Board, University of Nebraska Medical Center, 2014-Present

- UNMC Physicians Board of Directors, University of Nebraska Medical Center, 2014-2016

- Member, IM Governance Corporate Relations/Technology Transfer Subcommittee, UNeMed, University of Nebraska Medical Center, 2014-present

- Chair, Psychiatry Department Review Committee, University of Nebraska Medical Center, 2016-2017

- Executive Committee – Ambulatory, University of Nebraska Medical Center, 2016-Present

- Neurosciences Advisory Group, University of Nebraska Medical Center

- Member, Neuroscience Clinic Access Steering Committee, University of Nebraska Medical Center

- Co-Director, Neurosciences Program Physician Leadership Group, University of Nebraska Medical Center

**University of Iowa – Contributions to University Programs**

- Award Recipient and Sponsor, Ida Cordelia Beam Distinguished Visiting Professorships Program 2009-2010 (Neurology and Ob/Gyn). "A Walk to Beautiful": enhancing quality of life and women's health in developing nations; Steven Engel and Heidi Reavis.

- Author, Framework for UI Institute for Human-Systems Integration (IHSI) — to advance the human-systems integration in health, safety, and transportation. Engineering/Medicine/ VPR Office, March 28, 2008.

- Co-Developer, Framework for Departmental Program for Research in Neurological Diseases, 2009.

- Research Faculty, Simulator Core, Injury Prevention Research Center, 2000-2014

- Executive Group, Center on Aging, 2011-2014

- Faculty Member/Mentor, Center on Aging, 1994-2014

- Chair, Program Faculty Committee, Neuroscience Graduate Program, 1997-2014

- Faculty Associate and Mentor, Center on Aging, 1994-2014

- Human Subjects Internal Review Board (Committee A), 1994-1999

11

- Continuing Medical Education Committee, 1993-1995

## III.   SCHOLARSHIP/PROFESSIONAL PRODUCTIVITY

### A.      Publications or Creative Works

**Papers**

Wang, S., Sharma, A., Dawson, J., Rizzo, M., Merickel, J. (2021). Visual and cognitive impairments differentially affect speed limit compliance in older drivers. Journal of the American Geriatrics Society. doi: 10.1111/jgs.17008

Brey, R., Ostendorf, T., Rizzo, M., Sacco, R. (2021) Academic Neurology Departments: Structure, Diversity and Financial Pressures in 2019 vs 2002.  Neurology

Johnson, L J., Rohde, J., Cramer, M.E., Zimmerman, L., Geary, C., Tibbits, M.K., Rizzo, M., Estabrooks, P.A. (2020), Engaging Clinical and Translational Research Network Members in Participatory Needs Assessment and Action Planning.

Ozcan, K., Sharma, A., Knickerbocker, S., Merickel, J., Hawkins, N., Rizzo, M., (2020), Road Weather Conditions Estimation Using Fixed and Mobile Based Cameras. In: Arai, K., Kapoor, S., (eds) Advances in Computer Vision. Computer Vision Conference, October 27 - November 2, 2019. Advances in Intelligent Systems and Computing, vol 943. Springer, Cham

Anderson, D.E., Kedar, S., Bhatt, V.R., Schmid, K., Holstein, S.A., & Rizzo, M. (2020). Neurophysiologic and ophthalmic markers of chemotherapy-related cognitive impairment in patients diagnosed with hematologic cancer. *Journal of Neurological Sciences, 410,* 116644.

Zhou, D., Mikuls, T., Schmidt, C., England, B., Bergman, D., Rizzo, M., Merickel, J., Michaud, K. (2020). Driving Ability and Safety in Rheumatoid Arthritis: A Systematic Review. Arthritis Care & Research.

Anderson, D.E., Bhatt, V.R., Schmid, K., Holstein, S.A., Berger, A., & Rizzo, M. (2019). Neurophysiological evidence of impaired attention and working memory in pre-treatment hematologic cancer patients. *Clinical Neurophysiology*, *130*, 1243-1252.

Merickel, J., High, R., Dawson, J., Rizzo, M. (2019).  Real-world risk exposure in older drivers with cognitive and visual dysfunction.  Traffic Injury Prevention, 20(sup2), S110-S115. Doi: 10.1080/15389588.2019.1688794.

Chakraborty, P., Merickel, J., Shah, V., Sharma, A., Hegde, C., Desouza, C., Drincic, A., Gunaratne, P., Rizzo, M. (2019). Quantifying vehicle control from physiology in type 1 diabetes. Traffic Injury Prevention, 20(sup2), S26-S31. doi: 10.1080/15389588.2019.1665176.

Shah, V., Merickel, J., Chakraborty, P., Hegde, C., Sharma, A., Gunaratne, P., Drincic, A., Desouza, C., Rizzo, M. (accepted). Quantifying driver speed behavior from real-time physiology in type 1 diabetes. Proceedings of the 5th International Symposium on Future Active Safety Technology (FAST-zero), Blacksburg, VA.

Lowndes, B., Frankel, E., Kampschnieder, H., Merickel, J., Garvin, K., Rizzo, M. (2019). Task analysis for measuring mobility and recovery following right-sided TKA: Toward determining driver readiness. Proceedings of the 10th International Driving Symposium on Human Factors in Driver Assessment, Training, and Vehicle Design, 175-181.

Merickel, J., High, R., Dawson, J., Rizzo, M. (2019). Real-time effects of age-related cognitive dysfunction on driver vehicle control. Proceedings of the 10th International Driving Symposium on Human Factors in Driver

12

Assessment, Training, and Vehicle Design, 50-56.

Merickel, J., Robin, H., Smith, L., Wichman, C., Frankel, E., Smits, K., Drincic, A., Desouza, C., Gunaratne, P., Ebe, K., Rizzo, M. (2019). Driving safety and real-time glucose monitoring in insulin-dependent diabetes. International Journal of Automotive Engineering, 10(1), 34-40. doi: 10.20485/jsaeijae.10.1_34

Riera, L., Ozcan, K., Merickel, J., Rizzo, M., Sarkar, S., Sharma, A., (2019), Driver Behavior Analysis Using Lane Departure Detection Under Challenging Conditions, (Submitted) 22nd Intelligent Transportation Systems Society Conference, Auckland, NZ, October 27-30, 2019

Anderson, D.E., Ghate, D.A., Kedar, S., Rizzo, M. (2019). Spatially biased eye movements in drivers with glaucoma and visual field defects. *Proceedings of the Tenth International Driving Symposium on Human Factors in Driver Assessment, Training, and Vehicle Design.* Santa Fe, New Mexico: The University of Iowa, Public Policy Center.Merickel J; Rizzo M. Quantification of Real-World Life Space from Instrumented Vehicles in Drivers with Cognitive Aging. American Academy of Neurology 71st Annual Meeting; May 08, 2019. Philadelphia, PA

Jerath NU, Aksan N, Dawson JD, Rizzo M, Uc EY, Feeley S, Shy ME (2019). Simulator-based evaluation of driving in individuals with Charcot Marie Tooth Disease Type 1A. Neurology, SAE International Journal of Transportation Safety, Manuscript Number: JTS-2018-0027R1, March 2019.

Ghate D; Anderson D; High R; Smith L; Ndulue J; Gulati V; Kedar S; Rizzo M. Mapping visual fields in a panoramic driving simulator under different task loads in patients with glaucoma. Annual Meeting of the Association for Research in Vision and Ophthalmology, Vancouver, BC, 2019

Ghate, D.A., Anderson, D.E., High, R., Smith, L.M., Ndulue, J., Gulati, V., Kedar, S., & Rizzo, M., (2019). Mapping visual fields in a panoramic driving simulator under different task loads in patients with glaucoma *Proceedings of the Tenth International Driving Symposium on Human Factors in Driver Assessment, Training, and Vehicle Design.* Santa Fe, New Mexico: The University of Iowa, Public Policy Center.Merickel, J., High, R., Smith, L., Wichman, C., Frankel, E., Smits, K., Drincic, A., Desouza, C., Gunaratne, P.,

Ebe, K., Rizzo, M., Driving safety and real-time glucose monitoring in insulin-dependent diabetes. International Journal of Automotive Engineering. 10 : 34-40. 2018

Anderson, D., Bhatt, V., Schmid, K., Lunning, M., Holstein, S., Rizzo, M. (2018). An Electrophysiological Measure of Impaired Information Processing in Drivers with Hematological Malignancy, Transportation Research Board 97th Annual Meeting, No. 18-06350.  December 2018, 2672 (37): p. 64-73

Bishop, M. O.; Dawson, J. D.; Merickel, J.; Rizzo M. Reducing accelerometer data in instrumented vehicles. Proceedings of the Joint Statistical meetings. 2018; p. 2420-2427

Hein, N.; Wichman, C.; Smith, L.; Merickel, J.; Drincic, A.; Rizzo M; Desouza, C. Methods to improve glucose variability estimates in patients with insulin dependent T1DM. Proceedings of the Statistical Meetings. 2018; p. 2007-2027

Bishop, M. O.; Dawson, J. D.; Merickel, J.; Rizzo M. Reducing accelerometer data in instrumented vehicles. Proceedings of the Joint Statistical meetings. 2018; p. 2420-2427

Wang, S.; Sharma, A.; Merickel, J.; Rizzo M. Assessing the impact of roadway characteristics on older drivers using naturalistic driving data. Gerontological Society of Americas 2018 Annual Scientific Meeting; 2018. Boston, MA

McLaurin, E. J., Lee, J. D., McDonald, A. D., Aksan, N., Dawson, J., Tippin, J., & Rizzo, M. (2018). Using topic modeling to develop multi-level descriptions of naturalistic driving data from drivers with and without sleep

apnea. *Transportation Research Part F: Traffic Psychology and Behaviour, 58*, 25-38. doi:https://doi.org/10.1016/j.trf.2018.05.019

Merickel, J., Robin, H., Smith, L., Wichman, C., Frankel, E., Smits, K., Drincic, A., Desouza, C., Gunaratne, P., Ebe, K., Rizzo, M. (2017). At-risk driving behavior in drivers with diabetes: A neuroergonomics approach. *Proceedings of the Human Factors and Ergonomics Society Annual Meeting, 61*(1), 1881-1885.

Uc, E. Y., Rizzo, M., O'Shea, A. M. J., Anderson, S. W., & Dawson, J. D. (2017). Longitudinal decline of driving safety in Parkinson disease. *Neurology, 89*(19), 1951-1958. doi:10.1212/wnl.0000000000004629

McDonald, A. D., Lee, J. D., Aksan, N. S., Dawson, J. D., Tippin, J., & Rizzo, M. (2017). Using kinematic driving data to detect sleep apnea treatment adherence. *Journal of Intelligent Transportation Systems, 21*(5), 422-434. doi:10.1080/15472450.2017.

Anderson, D.E., Ghate, D., Kedar. S., & Rizzo. (2017). A new method for estimating effects of visual field loss in a panoramic driving environment. *Human Factors in Driver Assessment, Training, and Vehicle Design*: The University of Iowa, Public Policy Center.

Dawson JD, Bair E, Aksan N, Sewell K, Tippin J, Rizzo M (2017). Contextualizing naturalistic driving data in a rural state among drivers with and without obstructive sleep apnea. *Proceedings of Driving Assessment 2017: Human Factors in Driving Assessment, Training and Vehicle Design,* NIHMSID: NIHMS873035

Aksan, N., Marini, R., Tippin, J., Dawson, J., & Rizzo, M. (2017). Driving Performance and Driver State in Obstructive Sleep Apnea: What Changes with Positive Airway Pressure? *Proc Int Driv Symp Hum Factors Driv Assess Train Veh Des, 2017*, 9-15. doi:10.17077/drivingassessment.1608

Graber, A., Carter, S., Bhandary, A., & Rizzo, M. (2017). The Case for Enrolling High-Cost Patients in an ACO. *HEC Forum, 29*(4), 359-365. doi:10.1007/s10730-017-9333-4

Aksan, N., Marini, R., Tippin, J., Dawson, J., & Rizzo, M. (2017). Effects of Actigraphically Acquired Sleep Quality onDriving Outcomes in Obstructive Sleep Apnea Patients and Control drivers: A Naturalistic Study. *Proc Int Driv Symp Hum Factors Driv Assess Train Veh Des, 2017*, 242-250. doi:10.1007/978-3-319-60441-1_24

Aksan, N., Sager, L., Hacker, S., Lester, B., Dawson, J., Rizzo, M., Ebe, K., Foley, J. (2017). Individual differences in cognitive functioning predict effectiveness of a heads-up lane departure warning for younger and older drivers. *Accident Analysis & Prevention*, 99(A):171-183.

Aksan N, Sager L, Hacker S, Marini R, Dawson J, Anderson S, Rizzo M (2016). Forward collision warning: Clues to optimal timing of advisory warnings. *SAE International Journal of Transportation Safety*, 4(1):107-112. http://dx.doi.org/10.4271/2016-01-1439

Muir, C., Charlton, J., Odell, M., Keeffe, J., Wood, J., Bohensky, M., Fildes, B., Oxley, J., Bentley, S., Rizzo, M. (2016) Medical review licensing outcomes in drivers with visual field loss in Victoria, Australia. Clin Exp Optom. 2016 Sep; 99(5):462-8. Doi: 10.1111/cxo.12442. PubMed PMID: 27530283.

Rusch, M., Schall, M., Lee, J., Dawson, J., Edwards, S., Rizzo, M. (2016). Time-to-contact estimation errors among older drivers with useful field of view impairments. *Accident Analysis & Prevention*, 95(Pt A):284-291. PMC: PMC4992624, PMID: 27472816

Tippin, J., Aksan, N., Dawson, J., Anderson, S., Rizzo, M. (2016). Persistent sleep disruption and residual sleepiness after introduction of positive airway pressure therapy: a study of actigraphy-derived

14

sleep metrics. *Sleep Medicine*, 24:24-31.

Tippin, J., Aksan, N., Dawson, J., Anderson, S., Rizzo, M. (2016). Sleep remains disturbed in obstructive sleep apnea patients treated with positive airway pressure: A three-month cohort study using continuous actigraphy. *Sleep Medicine, 24*, 24-31, http://dx.doi.org/doi: 10.1016/j.sleep.2016.07.008.

Graber, A., Bhandary, A., Rizzo, M. (2016) *Ethical Practice Under Accountable Care,* HEC Forum, HealthCare Ethics Committee Forum: An Interprofessional Journal on Healthcare Institutions' Ethical and Legal Issues, ISSN 0956-2737, Volume 28, Number 2. HEC Forum (June 2016) 28:115-128, DOI 10.1007/s10730-015-9280-x

A.A. Capizzano, L. Lai, J. Kim, M. Rizzo, L. Gray, M.K. Smoot, T. Moritani, (2016) Atypical Presentations of Intracranial Hypotension: Comparison with Classic Spontaneous Intracranial Hypotension AJRN *March 3, 2016, 10.3174/ajnr.A4706*

Aksan, N., Sager, L., Hacker, S., Lester, B., Dawson, J., Rizzo, M. (2016). Benefits from heads-up lane departure warnings predict safety in the real world. *SAE Technical Paper 2016-01-1443*. http://dx.doi.org/10.4271/2016-01-1443

Aksan N, Hacker S, Sager L, Dawson J, Anderson S, Rizzo M (2016). Correspondence between simulator and on-road drive performance: Implications for training and rehabilitation. *Geriatrics*, 1(1), 8.

Aksan, N., Sager, L., Hacker, S., Marini, R., Dawson, J., Anderson, S., & Rizzo, M. (2016). Forward collision warning: clues to optimal timing of advisory warnings. *SAE International journal of transportation safety, 4*(2016-01-1439), 107-112 PMCID: PMC5026383, NIHMSID: NIHMS779693.

Chen, K., Rusch, M., Dawson, J., Rizzo, M., & Anderson, S. W. (2015). Susceptibility to social pressure following ventromedial prefrontal cortex damage. *Social Cognitive and Affective Neuroscience 10(11):1469-1476.* Doi: 10.1093/scan/nsv037. Epub 2015 Mar 29. PMID: 25816815

Aksan, N., Anderson, S.W., Dawson, J., Uc, E., Rizzo, M. (2015) Cognitive functioning differentially predicts different dimensions of older drivers' on-road safety. *Accident Analysis & Prevention volume 75, pp. 236 – 244* PMC4386614 PMID: 25525974

Graber, A., Bhandary, A. & Rizzo, M. (2015) Ethical practices under accountable care. *HEC Forum*, DOI 10.1007/s10730-015-9280-x

Lester, B. D., Hacker, S., Vecera, S., Rizzo, M. (2015) Serialization of behavior during car following in Older drivers. Proceedings of Driving Assessment

Lester, B.D., Sager, L., Dawson J., Hacker, S., Rizzo, M. (2015) Pilot Results on Forward Collision Warning System Effectiveness in Older Drivers. Driving Assessment Jun; 2015:345-351. PMID: 27135061

Aksan, N., Sager, L., Lester, B, Hacker, D., Dawson, J., Anderson, S & Rizzo, M (2015). Effectiveness of a heads-up adaptive lane deviation warning system for middle-aged and older adults. Proceedings of Driving Assessment. 2015

Aksan, N., Dawson J, Tippin, J., Lee, J D & Rizzo, M (2015). Effects of fatigue on real-world driving in diseased and control participants. *Proceedings of Driving Assessment 2015: The Eighth International Driving Symposium on Human Factors in Driving Assessment, Training and Vehicle Design, 274-280.*

PMID: 26618204

Lester, B., Sager, L, Hacker, S., Aksan, N, Satoshi, K, Dawson, J & Rizzo, M (2015). A pilot study on the effectiveness of forward collision warning or older drivers and proposed future directions for in-vehicle alerts. *Proceedings of Driving Assessment 2015: The Eighth International Driving Symposium on Human Factors in Driving Assessment, Training and Vehicle Design, 345-351*

Dawson, J., Yu L., Aksan, N., Rizzo, M, Tippin, J & Anderson S. (2015). Feedback from naturalistic driving improves treatment compliance in drivers with obstructive sleep apnea. *Proceedings of Driving Assessment 2015: The Eighth International Driving Symposium on Human Factors in Driving Assessment, Training and Vehicle Design, 30-35.* PMID: 26658275

Dawson, J., Yu L., Sewell, K., Skibbe, A., Aksan, N., Tippin J, & Rizzo M (2015). Linking GPS data to GIS databases to assess driving patterns in drivers with obstructive sleep apnea. *Proceedings of Driving Assessment 2015: The Eighth International Driving Symposium on Human Factors in Driving Assessment, Training and Vehicle Design, 147-153.* PMID: 26665183

Cox, DJ, Moncrief, M, Rizzo, R, Fisher, D, Lambert, A, Thomas, S, Eberhart, S, Moncrief, R. (2015) Low Hanging Fruit: Use of Virtual Reality Driving Simulation in Department of Motor Vehicles to Assess Minimal Competence of Novice Drivers. Proceedings of Driving Assessment.

Chen, K.-H., Rusch, M. L., Dawson, J. D., Rizzo, M., & Anderson, S. W. (2015). Susceptibility to social pressure following ventromedial prefrontal cortex damage. *Social Cognitive and Affective Neuroscience*, *10*(11), 1469–1476. http://doi.org/10.1093/scan/nsv037

Wu, Y.-H., Aksan, N., Rizzo, M., Stangl, E., Zhang, X., & Bentler, R. (2014). Measuring listening effort: Driving simulator vs. simple dual-task paradigm. *Ear and hearing, 35*(6), 623. Doi: 10.1097/AUD.0000000000000079. PMID: 25083599

McLaurin, E., McDonald, A.D., Lee, J.D., Aksan, N., Dawson, J.D., Tippin, J., & Rizzo, M. (2014). Variations on a theme: Topic modeling of naturalistic driving data. Human Factors and Ergonomics 2014 Sep; 58(1):2107-2111. DOI: 10.1177/1541931214581443 PMID: 26190948

McDonald, A.D., Lee, J.D., Aksan, N., Dawson, J.D., Tippin, J., & Rizzo, M. (2014). The Language of Driving: Advantages and Applications of Symbolic Data Reduction for Naturalistic Driving Data Analysis. Transportation Research Record, *Journal of the Transportation Research Board.* 2392, 22-30 PMID: 26203202

Uc, E, Doerschug, K. C., Magnotta, V., Dawson, J., Thomsen, T., Kline, J., Rizzo, M., Newman, S., Mehta, S., Grabowski, T., Bruss, J., Blanchette, D., Anderson, S., Voss, M., Kramer, A., & Darling, W. (2014). Phase I/II, randomized trial of aerobic exercise in Parkinson's disease in a community setting. *Neurology.* 83(5): 431-425 PMID: 24991037

Rusch, M. L., Schall Jr., M. C., Lee, J. D., Dawson, J. D., & Rizzo, M. (2014). Augmented reality cues to assist older drivers with gap estimation for left-turns. *Accident Analysis and Prevention.* Oct; 71, 210-221 PMID: 24950128

McDonald, A.D., Lee, J.D., Aksan, N., Dawson, J.D., Tippin, J., & Rizzo, M. (2013). Highway Healthcare: How Naturalistic Driving Data Index Adherence to CPAP Therapy in Obstructive Sleep Apnea.

Proceedings of the Human Factors and Ergonomics Society 57th Annual Meeting, San Diego, CA, Sep; 57(1):1859-1863. PMID: 26500422

16

Rusch, M. L., Schall, M., Gavin, G., Lee, J. D., Dawson, J. D., Vecera, S., & Rizzo, M. (2013). Directing driver attention with augmented reality cues. *Transportation Research Part F, 127-137.* PMID: 24436635

Schall, M. C., Rusch, M. L, Lee, J.D., Thomas, G., & Rizzo, M. (2013) Augmented reality cues and elderly driver hazard perception *Journal of Human Factors and Ergonomics Society.* 55, 643-658. PMID: 23829037

Aksan, N., Dawson, J. D., Emerson, J. L., Yu, L., Uc, E. Y., Anderson, S. W., & Rizzo, M. (2013). Naturalistic distraction and driving safety in older drivers. *Journal of Human Factors and Ergonomics Society,* 55, 841-853. PMID: 23964422

Krone, J. T., Dawson, J., Anderson, S. W., Aksan, N., Tippin, J., & Rizzo, M. (2013). Using feedback from naturalistic driving to improve treatment adherence in drivers with obstructive sleep apnea. *Human Factors in Driver Assessment, Training and Vehicle Design,* pp.43-49. PMID: 24525915

Aksan, N., Schall, M., Dawson, J., Anderson, S., Tippin, J. & Rizzo, M. (2013). Can intermittent video sampling capture individual differences in naturalistic driving? *Human Factors in Driver Assessment, Training and Vehicle Design,* pp. 135-141. PMID: 24535569

Yu, L., Dawson, J., Aksan, N., Tippin, J., & Rizzo, M. (2013). Effects of environmental factors on naturalistic driving in obstructive sleep apnea. Human Factors in Driver Assessment, Training and Vehicle Design, pp. 142-148. PMID: 25374964

Dawson, J., Yu, L., Chen, K., Rusch, M., Johnson, A., Aksan, N., Sunda, T., Hiramatsu, M., Anderson, S. W., & Rizzo, M. (2013). Neuropsychological predictors of safety in urban left-turn scenarios. *Human Factors in Driver Assessment, Training and Vehicle Design,* pp. 226-232. PMID: 27135059

Chen, K., Anderson, S. W., Rusch, M., Aksan, N., Dawson, J. Rizzo M. (2013). Choking under pressure in older drivers. *Human Factors in Driver Assessment, Training and Vehicle Design,* pp. 432-438. PMID: 27135060

McDonald, A. D., Lee, J. D., Aksan, N. S., Dawson, J. D., Tippin, J., & Rizzo, M. (2013). The Language of Driving: Advantages and Applications of Symbolic Data Reduction for Analysis of Naturalistic Driving Data. *Transportation Research Record*, *2392*, 22–30. http://doi.org/10.3141/2392-03

Aksan, N., Schall Jr., M. C., Dawson, J., Zilli, E. Tippin, J., & Rizzo, M. (2012) Utility of actigraphy in long term tracking of sleep quality in patients treated with CPAP. *Sleep, 35*, A177-A178.

Aksan, N., Anderson, S. W., Dawson, J. D., Johnson, A. M., Uc, E. Y., & Rizzo, M. (2012). Cognitive functioning predicts driver safety on road tests 1 and 2 years later. *Journal of the American Geriatrics Society*, *60*(1), 99-105. PMCID PMC3258369.

Thompson, K. R., Emerson, J. M., Johnson, J. S., Dawson, J. D., Boer E. R., & Rizzo, M. (2012) Distracted driving in elderly and middle-aged drivers. *Accident Analysis and Prevention, 45*(2), 711-717. PMCID PMC3266512. PMID: 22269561

Hegmann, K., Anderson, G., Greenberg, M., Phillips, B., & Rizzo, M. (2012). FMCSA's Medical Review Board: Five years of progress in commercial driver medical examinations. *Journal of Occupational and Environmental Medicine,* 54(4), 424-430. PM 22418277

Cosman, J. D., Lees, M. N., Lee, J. D., Rizzo, M., & Vecera, S. P. (2012). Impaired attentional disengagement in older adults with useful field of view decline. *The Journals of Gerontology. Series B, Psychological Sciences and Social Sciences.* 67, 405-412. PMCID PMC3391071.

17

Lees, M. N., Cosman, J., Lee, J. D., Vecera, S. P., Dawson, J. D., & Rizzo, M. (2012). Cross-modal warnings for orienting attention in older drivers with and without attention impairments. *Applied Ergonomics*, 43, 768-776. PMCID PMC3302974. PMID: 22204895

Cosman, J. D., Lees, M. N., Lee, J. D., Rizzo, M., & Vecera, S. P. (2012). Visual search for features and conjunctions following declines in the useful field of view. *Experimental Aging Research*. 38(4), 411-421. PMCID PMC3823497. PMID: 22830667

Emerson, J. L., Johnson, A. M., Dawson, J. D., Uc, E. Y., Anderson, S. W., & Rizzo, M. (2012) Predictors of driving outcomes in advanced age. *Psychology and Aging*. 27, 550-559. PMCID PMC3360997.

Anderson, S., Aksan, N., Dawson, J. D., Uc, E. Y., Johnson, A. M., & Rizzo, M. (2012). Neuropsychological assessment of driving safety risk in older adults with and without neurologic disease. *Journal of Clinical and Experimental Neuropsychology*. 34, 895-905. PMID: 22943767

Rizzo, M (2012). Rubble Rousers. *Journal of Neuro-Ophthalmology*. 32(4), 299–301 doi: 10.1097/WNO.0b013e3182726b07 PMID: 23196943

Rizzo, M. (2011). Impaired driving from medical conditions: A 70-year-old man trying to decide if he should continue driving. *Journal of the American Medical Association, 305*, 1018-1026. PMCID PMC3289256.

Uc, E. Y., Rizzo, M., Johnson, A. M., Emerson, J. L., Liu, D., Mills, E. D., Anderson, S. W., & Dawson, J. D. (2011). Real-life driving outcomes in Parkinson Disease. *Neurology*, *73*, 2112-2119. PMCID PMC3115811.

Boer, E. R., Cleij, D., Dawson, J., & Rizzo M. (2011). Serialization of vehicle control at intersections in older drivers. *Human Factors in Driver Assessment, Training and Vehicle Design*, pp. 17-23. PMCID PMC3837477. PMID: 24273755

Johnson, A., Dawson, J., & Rizzo, M. (2011). Lateral control in a driving simulator: correlations with neuropsychological tests and on-road safety errors. *Human Factors in Driver Assessment, Training and Vehicle Design*, pp. 46-51. PMCID PMC3837466.

Uc, E. Y., Rizzo, M., Anderson, S. W., Lawrence, J., & Dawson, J. (2011). Driver rehabilitation in Parkinson's disease using a driving simulator. *Human Factors in Driver Assessment, Training and Vehicle Design*, pp. 248-254. PMCID PMC3837491.

Thompson, K., Read, K., Anderson, S., Rizzo, M. (2011). Systematic analysis of real-world driving behavior following focal brain lesions. *Human Factors in Driver Assessment, Training and Vehicle Design*, pp. 576-582.

Read, K., Yu, L., Emerson J., Aksan, N., & Rizzo, M. (2011). Effects of familiarity and age on driver safety errors during wayfinding. *Human Factors in Driver Assessment, Training and Vehicle Design*, pp. 569-575. PMCID PMC3837424.

Barrash, J., Stillman A., Anderson, S., Uc, E., Dawson, J., & Rizzo, M. (2010). Prediction of driving ability with neuropsychological tests: Demographic adjustments diminish accuracy. *Journal of the International Neuropsychological Society, 16*(4), 679-686. doi:10.1017/S1355617710000470

Lees, M. N., Lee, J. D., & Rizzo, M. (2010) Context conditions drivers' disposition towards alarms. *Journal of Human Factors and Ergonomics Society*.

Lees, M. N., Cosman, J. D., Fricke, N., Lee, J. D., & Rizzo, M. (2010). Translating cognitive neuroscience to the driver's operational environment: A neuroergonomics approach. *American Journal of Psychology. 123(4),* 391-411. PMCID PMC3268652.

Iverson, D. J., Gronseth, G., Reger, R., Classen, S., Dubinsky, R. M., & Rizzo, M. (2010). Practice parameter update: Evaluation and management of driving risk in dementia: Report of the Quality Standards Subcommittee of the American Academy of Neurology. *Neurology*, *74*(16), 1316-1324. PMCID PMC2860481.

Dawson, J. D., Uc, E. Y., Anderson, S. W., Johnson, A. M., & Rizzo, M. (2010). Neuropsychological predictors of driving errors in older adults. *Journal of the American Geriatrics Society. 58,* 1090- 1096. PMCID PMC3204878.

Vaux, L. M., Ni, R., Rizzo, M., Uc, E. Y., & Anderson, G. J. (2010). Detection of imminent collisions by drivers with Alzheimer's disease, and Parkinson's disease: A preliminary study. *Accident Analysis and Prevention*, *42*, 852–858. PMCID PMC3102017.

Dastrup, E., Lees, M. N., Bechara, A., Dawson, J. D., & Rizzo, M. (2010). Risky car following in abstinent users of MDMA. *Accident Analysis and Prevention*, *42*, 867-873. PMCID PMC3108507.

Dawson, J. D., Cavanaugh, J. E., Zamba, K. D., & Rizzo, M. (2010). Modeling lateral control in driving studies. *Accident Analysis and Prevention*, *42*, 891-897. PMCID PMC2910617.

Anderson, B. M., Rizzo, M., Block, R., Pearlson, G., & O'Leary, D.S. (2010). Sex differences in the effects of marijuana on simulated driving performance. *Journal of Psychoactive Drugs. 42*, 19-30. PMCID PMC3033009.

Rizzo, M., Uc, E. Y., Dawson, J., Anderson, S., & Rodnitzky, R. (2010). Driving difficulties in Parkinson's disease. *Movement Disorders, 25 Suppl 1*, S136-140. PMCID PMC3108508.

Anderson, B. M., Rizzo, M., Block, R. I., Pearlson, G. D., & O'Leary, D. S. (2010). Sex, drugs, and cognition: Effects of marijuana. *Journal of Psychoactive Drugs*, *42,* 413-424. PMCID PMC3089380.

Uc, E. Y., Rizzo, M., Johnson, A., Dastrup, E., Anderson, S., & Dawson, J. (2009). Road safety in drivers with Parkinson Disease. *Neurology*, *73*, 2112-2119. PMCID PMC2790224.

Dawson, J. D., Anderson, S. W., Uc, E. Y., Dastrup, E., & Rizzo, M. (2009). Predictors of driving safety in early Alzheimer's disease. *Neurology*, *72*, 521-527. PMCID PMC2677513.

Lees, M. N., Cosman, J., Lee, J. D., Vecera, S., Jang, M., Dawson, J. D., & Rizzo, M. (2009). An evaluation of cross-modal alerting parameters in the orienting of attention in attention impaired drivers. KU Smith Paper Award. *17th World Congress on Ergonomics*, Beijing, China.

Uc, E. Y., Rizzo, M., Anderson, S. W., Dastrup, E., Sparks, J., & Dawson, J. D. (2009). Driving under low-contrast visibility conditions with Parkinson's disease. *Neurology, 73*, 1103-1110. PMCID PMC2677513.

Larriviere, D., Williams, M. A., Rizzo, M., & Bonnie, B. J. (2009). Responding to requests from adult patients for neuroenhancements. Guidance of the Ethics, Law and Humanities Committee *Neurology*. 73, 1406-1412. PMCID PMC2769556.

Tippin, J., Sparks, J. D., & Rizzo, M. (2009). Visual vigilance in drivers with obstructive sleep apnea.

Journal of Psychosomatic Research, 67, 143-151. PMCID PMC2746006.

Dastrup, E., Lees, M. N., Dawson, J. D., Lee, J. D., & Rizzo, M. (2009). Differences in simulated car following behavior of younger and older drivers. *Proceedings: Human Factors in Driver Assessment, Training, and Vehicle Design,* pp. 76-82. PMCID PMC3233354.

Dawson, J. D., Uc, E. Y., Anderson, S. W., Dastrup, E., Johnson, A., & Rizzo, M. (2009). Collison avoidance training using a driving simulator in drivers with Parkinson's disease: A pilot study. *Driving Symposium on Human factors in Driver Assessment, Training, and Vehicle Design*, pp. 154-160. PMCID PMC3837534.

Dawson, J. D., Uc, E. Y., Anderson, S. W., Dastrup, E., Johnson, A., & Rizzo, M. (2009). Ascertainment of on-road safety errors based on video review. *Proceedings: Human Factors in Driver Assessment, Training, and Vehicle Design*, pp. 419-426. PMCID PMC3837558.

Tippin, J., Sparks, J. D., & Rizzo, M. (2009). Useful field of view impairments in drivers with obstructive sleep apnea. *Proceedings: Human Factors in Driver Assessment, Training, and Vehicle Design,* pp. 454-459. PMCID PMC3837523.

Uc, E. Y., Rizzo, M., Dastrup, E., Sparks, J., Anderson, S., & Dawson, J. (2009). Impaired curve negotiation in drivers with Parkinson's disease. *Turkish Journal of Neurology. 15*(1), 10-18. PMCID PMC3265167.

Rizzo, M., Sparks, J. D., McEvoy, S., Viamonte, S., Kellison, I., & Vecera, S. (2009). Change blindness, aging and cognition. *Journal of Clinical and Experimental Neuropsychology, 31*(2), 245-256. PMCID PMC3146260.

Dawson, J. D., Anderson, S. W., Uc, E. Y., Dastrup, E., & Rizzo, M. (2009). Predictors of driving safety in early Alzheimer's disease. *Neurology, 72*, 521-527. PMCID PMC2677513.

Rizzo, M., Nawrot, M., Sparks, J. D., & Dawson, J. (2008). First and second order motion perception after focal human brain lesions. *Vision Research, 48*(26), 2682-2688. PMCID PMC3169341.

Uc, E. Y., & Rizzo, M. (2008). Driving and neurodegenerative diseases. *Current Neurology and Neuroscience Reports. 8*(5), 377-383. PMCID PMC3097428.

Blake, R., Rizzo, M., & McEvoy, S. (2008). Aging and perception of form from temporal structure. Psychology and Aging, 23(1), 181-189. PMCID PMC2654573.

Boyle, L., Tippin, J., Paul, A., & Rizzo, M. (2008). Driver performance in the moments surrounding a microsleep. *Transportation Research Part F: Traffic Psychology and Behavior,* 126-136. PMCID PMC2808128.

Lees, M. N., Sparks, J. D., Lee, J. D., & Rizzo, M. D. (2007). Change blindness, attention, and driving performance. *Human Factors in Driving Assessment, Training, and Vehicle Design, pp.* 32-38.

Darling, W. G., Bartelt, R., Pizzimenti, M. A., & Rizzo, M. (2007). Spatial perception errors do not predict pointing errors by individuals with brain lesions. *Journal of Clinical and Experimental Neuropsychology,* 30(1), 102-119.

Hill, J., Boyle, L., Tippin, J., Faber, K., & Rizzo, M. (2007). The effects of sleepiness on heart rate variability in a driving simulator. *Human Factors in Driving Assessment, Training, and Vehicle Design*, pp. 306-313.

Vance, D. E., Ross, L. A., Ball, K. K., Wadley, V. G., & Rizzo, M. (2007). Correlates of individual physical activities in older adults. *Activities, Adaptation and Aging, 31*(4), 1-21.

Uc, E. Y., Rizzo, M., Anderson, S., Sparks, J., Rodnitzky, R., & Dawson, D. (2007). Impaired navigation in drivers with Parkinson's disease. *Brain, 130*(9), 2433-2440.

Schwebel, D., Ball, K. K., Severson, J., Barton, B. K., Rizzo, M., & Viamonte, S. M. (2007). Individual difference factors in risky driving among older adults. *Journal of Safety, 38*(5), 501-509.

Tregear, S. J., Rizzo, M., Tiller, M., Schoelles, K., Hegmann, K., Greenberg, M., Phillips, B., & Anderson, G. (2007). Diabetes and motor vehicle crashes: A systematic evidence-based review and meta-analysis. *Human Factors in Driving Assessment, Training and Vehicle Design,* pp. 343-350.

Bacon, D., Fisher, R. S., Morris, J. C., Rizzo, M., & Spanaki, M. V. (2007). American Academy of Neurology position statement on physician reporting of medical conditions that may affect driving competence. *Neurology, 68, 1174-1177.*

Rizzo, M., & Glick, T. (2007). Medical errors after stroke: Preventable or inevitable? *Neurology, 68*, 542-543.

Anderson, S. W., Rizzo, M., Skaar, N., Stierman, L., Cavaco, S., Damasio, H., & Dawson, J. (2007).Amnesia and driving. *Journal of Clinical and Experimental Neuropsychology, 29*, 1-12.

Bacon, D., Fisher, R. S., Morris, J. D., Rizzo, M., & Spanaki, M. V. (2007). Position statement on physician reporting of medical conditions that may affect driving competence. Special Article Neurology, *68*, 174-1177; American Academy of Neurology. http://www.aan.com/advocacy/federal/pdfs/2006-59_PhysicianReporting_PositionStatement.pdf

Vance, D., Dawson, J., Wadley, V., Edwards, J., Roenker, D., Rizzo, M., & Ball, K. (2007). The accelerate study: The longitudinal effect of speed of processing training on cognitive performance of older adults. *Rehabilitation Psychology*, *52*, 89-96.

Glick, T. H., Rizzo, M., Stern, B. J., & Feinberg, D. M. (2006). Neurologists for patient safety: Where we stand, time to deliver. Subcommittee of the American Academy of Neurology. Improving Patient Safety: *Neurology*, *67*, 2119-2123.

Schwebel, D. C., Severson, J., Ball, K. K., & Rizzo, M. (2006). Individual difference factors in risky driving: The roles of anger/hostility, conscientiousness, and sensation-seeking. *Accident Analysis and Prevention, 34*, 801-810.

Uc, E., Rizzo, M., Anderson, S. W., Shi, Q., & Dawson, J. D. (2006). Unsafe rear-end collision avoidance in Alzheimer's disease. *Journal of the Neurological Sciences, 251*, 35-43.

Lamers, C. T. J., Bechara, A., Rizzo, M., & Ramaekers, J. G. (2006). Cognitive function and mood in MDMA/THC users, THC users and non-drug using controls. *Journal of Psychopharmacology, 20*, 302-311.

Lamers, C. T. J., Rizzo, M., Bechara, A., & Ramaekers, J. G. (2006). Comparison of simulated driving performance and attention of repeated users of MDMA and THC as compared to THC users and non-drug using controls. *Transportation Research Record*, *1969*, 50-57.

Uc, E. Y., Rizzo, M., Anderson, S. W., Sparks, J., Rodnitzky, R. L., & Dawson, J. D. (2006). Impaired visual search in drivers with Parkinson's disease. *Annals of Neurology, 60*, 407-413.

Uc, E. Y., Rizzo, M., Anderson, S. W., Sparks, J., Rodnitzky, R. L., & Dawson, J. D. (2006). Driving with distraction in Parkinson's disease. *Neurology, 67*, 1774-1780.

Williams, M., Gordon, J., Bacon, D., & members of the EHLC. (2006). Position statement on laws and regulations concerning life-sustaining treatment, including artificial nutrition and hydration, for patients lacking decision-making capacity. *American Academy of Neurology*. http://www.aan.com/about/ethics/ANH_position_statement.pdf

Pietras, T. A., Shi, Q., Lee, J. D., & Rizzo, M. (2006). Traffic-entry behavior and crash risk for older drivers with impairment of selective attention. *Perceptual and Motor Skills, 102*, 632-644.

Uc, E., Rizzo, M., Anderson, S., Shi, Q., & Dawson, J. (2005). Driver identification of landmarks and traffic signs after a stroke. *Journal of the Transportation Research Board (National Academy of Sciences), 1922*, 9-14.

Anderson, S. W., Rizzo, M., Shi, Q., Uc, E., & Dawson, J. D. (June 27 – 30, 2005). Cognitive abilities related to driving performances in a simulator and crashing in the road. *Human Factors in Driver Assessment, Training and Vehicle Design*, pp. 286-292.

Vecera, S. P., & Rizzo, M. (2005). Eye gaze does not produce reflexive shifts of attention: Evidence from frontal-lobe damage. *Neuropsychologia, 44*, 150-159.

Uc, E., Rizzo, M., Anderson, S., Shi, Q., & Dawson, J. (2005). Driver landmark and traffic sign identification in early Alzheimer's disease. *Journal of Neurology, Neurosurgery, and Psychiatry, 76*(6), 764-768.

Paul, A., Boyle, L., Boer, E., Tippin, J., & Rizzo, M. (2005). Steering entropy changes as a function of microsleeps. *Human Factors in Driver Assessment, Training and Vehicle Design*, pp. 441-447.

Paul, A., Boyle, L., Rizzo, M., & Tippin, J. (2005). Variability of driving performance during microsleeps. Human Factors in Driver Assessment, Training and Vehicle Design, pp. 18-24.

St. Louis, E., McEvoy, S., Shi, Q., & Rizzo, M. (2005). Useful field of view impairment in partial epilepsy. *Human Factors in Driver Assessment, Training and Vehicle Design*, pp. 225-231.

Ni, R. G., Andersen, J., McEvoy, S., & Rizzo, M. (2005). Age related decrements in steering control: The effects of landmark and optical flow information. *Human Factors in Driving Assessment, Training, and Vehicle Design*, pp. 143-149.

Shannon, K. M., & Rizzo, M. (2005). Position statement regarding the use of embryonic and adult human stem cells in biomedical research. *Neurology, 64*(10)*,* 1674.

Williams, M. A., Mackin, G. A., Beresford, H. R., Gordon, J., Jacobson, P. L., McQuillen, M. P., Reimschisel, T. E., Taylor, R. M., Bernat, J. L., Rizzo, M, Snyder, R. D., Sagsveen, M. G., Amery, M., & Brannon, W. L. (2005). American Academy of Neurology qualifications and guidelines for the physician expert witness. Neurology Special Article. *Neurology, 66*, 13-14.

Henry, K., Lawyer, B. L., Rizzo, M., & Members of the AAN Member Demographics Subcommittee. (2005). *Neurologists 2004: AAN member demographic and practice characteristics*. St. Paul: American Academy of Neurology.

Uc, E. Y., Rizzo, M., Anderson, S. W., Shi, Q., Rodnitzky, R. L., & Dawson, J. D. (2005). Visual dysfunction in Parkinson's disease without dementia. *Neurology, 65*, 1-7.

Vance, D. E., Wadley, V., Ball, K., Edwards, J. D., & Rizzo, M. (2005). The effects of physical activity and sedentary behavior on cognitive health in older adults. *Journal of Aging and Physical Activity, 13*(3), 294-313.

Uc, E., Rizzo, M., Anderson, S. W., Shi, Q., & Dawson, J. D. (2005). Unsafe rear-end collision avoidance in Alzheimer's disease. *Human Factors in Driving Assessment, Training, and Vehicle Design*. 269-270.

Rizzo, M., Lamers, C. T., Sauer, C. G., Ramaekers, J. G., Bechara, A., & Andersen, G. J. (2005). Impaired perception of self-motion (heading) in abstinent ecstasy and marijuana users. Psychopharmacology, 179(3), 559-566.

Rizzo, M., Shi, Q., Dawson, J., Anderson, S. W., Kellison, I., & Pietras, T. A. (2005). Stops for cops: Impaired response implementation in older drivers with cognitive decline. *Transportation Research Record: Journal of the Transportation Research Board. No.1922*, 1-8.
Rizzo, M. (2005). Tools for novice health care clinical administrators. *The Health Care Manager*, *24*, 3-11

McGehee, D. V., Lee, J. D., Rizzo, M., Dawson, J., & Bateman, K. (2004). Quantitative analysis of steering adaptation on a high performance fixed-base driving simulator. *Transportation Research, Part F: Traffic Psychology and Behavior. 7*(3), 181-196.

Razavi, M., Jones, R. D., Manzel, K., Fattal, D., & Rizzo, M. (2004). Steroid-responsive Charles Bonnet Syndrome in temporal arteritis. *Journal of Neuropsychiatry and Clinical Neuroscience, 16*(4), 505-508.

Rizzo, M., Stierman, L., Skaar, N., Dawson, J. D., Anderson, S. W., & Vecera, S. P. (2004). Effects of a controlled auditory-verbal distraction task on older driver vehicle control. *Transportation Research Record: Journal of the Transportation Research Board*, *No. 1865*, 1-6.

Uc, E. Y., Rizzo, M., Anderson, S. W., Shi, Q., & Dawson, J. D. (2004). Driver route-following and safety errors in early Alzheimer's disease. *Neurology, 63*(5), 832-837.

Uc, E. Y., Rizzo, M., Shi, Q., Anderson, S. W., Rodnitzky, R. L., & Dawson, J. D. (2004). Driver landmark identification and safety errors in mild-moderate Parkinson's disease. *Movement Disorders, 19*(Suppl 9), S193-194.

Rizzo, M., & Kellison, I. L. (2004). Eyes, brains, and autos. *Archives of Ophthalmology. 122,* 641-647.
Rizzo, M., & Mobley, W. C. (2004). Neurology in the current academic health care environment: An AUPN/ANA Survey of Department Leadership. *Neurology, 63*(6), 1354-1356.

Darling, W. G., Bartelt, R., & Rizzo, M. (2004). Unilateral posterior parietal lobe lesions disrupt kinesthetic representation of forearm orientation. *Journal of Neurology, Neurosurgery and Psychiatry, 75,* 428-435.

Vecera, S. P., & Rizzo, M. (2004). What are you looking at? Impaired 'social attention' following frontal-lobe damage. *Neuropsychologia*, *42*(12)*,* 1657-1665**.**

Uc, E. Y., Rizzo, M., Anderson, S., Shi, Q., & Dawson, J. (2004). Route-following and safety errors by drivers with stroke. *Transportation Research Record: Journal of the Transportation Research Board 1899,* 90-95.

Barry, C. J., Smith, D., Lennarson, P., Jermeland, J., Darling, W., Stierman, L., Rizzo, M., & Traynelis, V. (2003). The effect of wearing a restrictive neck brace on driver performance. *Neurosurgery, 53,* 98-102.

23

Rizzo, M., Severson, J., Cremer, J., & Price, K. (2003). An abstract virtual environment tool to assess decision-making in impaired drivers. *Human Factors in Driver Assessment, Training and Vehicle Design*, pp. 40-47.

Rizzo, M., Sheffield, R., & Stierman, L. (2003). Demographic and driving performance factors in simulator adaptation syndrome. *Human Factors in Driver Assessment, Training and Vehicle Design*, pp. 201-208

Skaar, N., Anderson, S. W., Dawson, J., & Rizzo, M. (July 21 - 24, 2003). Automobile driving with severe amnesia. In: M. Rizzo, J. D. Lee, & D. McGehee, (Eds.). *Human Factors in Driver Assessment, Training and Vehicle Design* (pp. 148-149.

Skaar, N., Rizzo, M., & Stierman, L. (2003). Traffic entry judgments by aging drivers. *Driving Symposium on Human Factors in Driver Assessment, Training and Vehicle Design*, pp. 92-97.
Uc, E. Y., Smothers, J. L., Shi, Q., & Rizzo, M. (2003). Driver navigation and safety errors in Alzheimer's disease and stroke. *Human Factors in Driver Assessment, Training and Vehicle Design*, pp. 31-32.
Batchelder, S., Rizzo, M., Vanderleest, R., & Vecera, S. (2003). Traffic scene related change blindness in older drivers. *Human Factors in Driver Assessment, Training and Vehicle Design*, pp. 177-181.

Darling, W. G., Pizzimenti, M., & Rizzo, M. (2003). Unilateral posterior parietal lobe lesions affect representation of visual space. *Vision Research, 43,* 1675-1688.

Vecera, S. P., & Rizzo, M. (2003). Spatial attention: Normal processes and their breakdown. *Neurologic Clinics*, *21*, 575-607.

Barton, J. J., & Rizzo, M. (2003). Vision and the brain. Part II. *Neurologic Clinics, 21*, ix-xi. Barton, J. J., & Rizzo, M. (2003). Vision and the brain. Part I. Preface. *Neurologic Clinics*, *21*, xi-xiii.

Rizzo, M. (2003). Clinical supervision: A working model for substance abuse acute care settings. *Health Care Manager, 22,* 136-143.

Rizzo, M., Jermeland, J., & Severson, J. (2002). Instrumented vehicles and driving simulators. In K. Ball, H-W. Wahl (Special Issues editors). *Driving in old age: use of technology to promote independence. Gerontechnology, 1,* 291-296.

Rizzo, M., & Vecera, S. P. (2002). Psychoanatomical substrates of Bálint's syndrome. Review series: Nosological Entities. *Journal of Neurology, Neurosurgery, and Psychiatry, 72,* 162-178.

Crowe, A., Smyser, T., Raby, M., Bateman, K., & Rizzo, M. (2001). Visual attention and roadway landmark identification in at-risk older drivers. *Human Factors in Driver Assessment, Training and Vehicle Design*, pp. 175-176.

Darling, W. G., & Rizzo, M. (2001). Developmental lesions of visual cortex influence control of reaching. *Neuropsychologia*, *39,* 346-351.

Darling, W. G., Rizzo, M., & Butler, A. J. (2001). Disordered sensorimotor transformations for reaching following posterior cortical lesions. *Neuropsychologia, 39,* 237-254.

McGehee, D. V., Lee, J. D., Rizzo, M., & Bateman, K. (2001). Examination of older driver steering adaptation on a high-performance driving simulator. *Human Factors in Driver Assessment, Training and Vehicle Design*, pp. 197-201.

Rizzo, M., Akutsu, H., & Dawson, J. (2001). Increased attentional blink after focal cerebral lesions. Neurology, 57, 795-800.

Rizzo, M., McGehee, D., Dawson, J., & Anderson, S. W. (2001). Simulated car crashes at intersections in drivers with Alzheimer disease. *Alzheimer Disease and Associated Disorders, 15,* 10-20.

Rizzo, M. (2001). Eye, brain, and performance in at-risk older drivers. 2nd Research Colloquium. *The Eye and The Auto 2001.* The Detroit Institute of Ophthalmology. Detroit Michigan. [Transcripts available in printed, PDF file, VHS formats: http://www.brophy.com/DIO_web/eata/eata.htm]

Mundt, J. C., Ferber, K. L., Rizzo, M., & Greist, J. H. (2001). Computer-automated dementia screening using a touch-tone telephone. *Archives of Internal Medicine, 161,* 2481-2487.

Skaar, N., Rizzo, M., Bateman, K., & Anderson, S. W. (August 14-17, 2001). Effects of speed of visual processing training upon non-visual attention in 'at risk' older drivers. *Proceedings: Human Factors in Driver Assessment, Training and Vehicle Design* (pp. 306-307)..

Nawrot, M., Rizzo, M., Rockland, K. S., & Howard, M., III. (2000). A transient deficit of motion perception in human. *Vision Research, 40,* 3435-3446.

Cooper, G., Rizzo, M., & Jones, R. D. (2000). Adult-onset Hallervorden-Spatz syndrome presenting as cortical dementia. *Alzheimer Disease and Associated Disorders, 14,* 120-126.

Rizzo, M. (2000). Clinical assessment of complex visual dysfunction. *Seminars in Neurology, 1,* 75-87.

Rizzo, M., Anderson, S. W., Dawson, J., & Nawrot, M. (2000). Vision and cognition in Alzheimer's disease. *Neuropsychologia, 38,* 1157-1169.

Rizzo, M., Raby, M., McGehee, D. V., Dawson, J., Anderson, S. W., Bierbaum, S., & Mitchell, R. (2000). Quantification of driving performance during an auditory-verbal mental processing load. International Conference on Traffic and Transport Psychology. Berne, Switzerland. (*Proceedings* available on CD-ROM, Swiss Council for Accident Prevention).

Rizzo, M., McGehee, D. V., & Jermeland, J. (2000). Design and installation of a driving simulator in a hospital environment. *Human System Interaction: Education, Research and Application in the 21st Century*, pp. 69-77. Maastricht, The Netherlands: Shaker Publishing.

Rizzo, M., Anderson, S. W., Dawson, J., Myers, R., & Ball, K. (2000). Visual attention impairments in Alzheimer's disease. *Neurology, 54,* 1954-1959.

Rotella, D., Darling, W., & Rizzo, M. (1999). Effect of hand posture on the temporal and kinematic properties of pointing and drawing movements executed by healthy subjects and by a patient with primary writing tremor. *Journal of Motor Behavior, 31,* 190-198.

Nawrot, M., & Rizzo, M. (1998). Chronic motion perception deficits from midline cerebellar lesions in human. *Vision Research, 38,* 2219-2224.

Rizzo, M., & Nawrot, M. (1998). Perception of movement and shape in Alzheimer's disease. *Brain, 121,* 2259-2270.

Reinach, S. J., Rizzo, M., & McGehee, D. V. (1997). Driving with Alzheimer disease: The anatomy of a crash. *Alzheimer Disease and Associated Disorders, 11* (Suppl 1), 21-27.

Rizzo, M., & Darling, W. (1997). Reaching with cerebral tunnel vision. *Neuropsychologia, 35,* 53-63.

Lundberg, C., Johansson, K., Ball, K., .. Rizzo, M... (1997). Dementia and driving: An attempt at consensus. *Alzheimer Disease and Associated Disorders, 11,* 28-37.

Rizzo, M., McGehee, D. V., Dingus, T. A., & Petersen, A. D. (1997). Development of an unobtrusively instrumented field research vehicle for objective assessments of driving performance. In: J. Rothengatter, & E. Carbonell-Vaya, (Eds.). *Traffic and Transport Psychology: Theory and Application* (pp. 203-208). Amsterdam, The Netherlands: Elsevier.

Rizzo, M., Reinach, S., McGehee, D., & Dawson, J. (1997). Simulated car crashes and crash predictors in drivers with Alzheimer's disease. *Archives of Neurology, 54,* 545-553.

Barton, J. J., Rizzo, M., Nawrot, M., & Simpson, T. (1996). Optical blur and the perception of global coherent motion in random dot cinematograms. *Vision Research, 36,* 3051-3059.

Nawrot, M., Shannon, E., & Rizzo, M. (1996). The relative efficacy of cues for two-dimensional shape perception. *Vision Research, 36,* 1141-1152.

Rizzo, M., & Dingus, T. (1996.) Driving in neurological disease. *The Neurologist, 2,* 150-168.

Rizzo, M., & Robin, D. A. (1996). Bilateral effects of unilateral visual cortex lesions in human. *Brain, 119,* 951-963.

Nawrot, M., & Rizzo, M. (1995). Motion perception deficits from midline cerebellar lesions in human. Vision Research, 35, 723-731.

Anderson, S. W., & Rizzo, M. (1995). Recovery and rehabilitation of visual cortical dysfunction. Neurorehabilitation, 5, 129-140.

Rizzo, M., Nawrot, M., & Zihl, J. (1995). Motion and shape perception in cerebral akinetopsia. *Brain, 118,* 1105-1128.

Anderson, S. W., & Rizzo, M. (1994). Hallucinations following occipital lobe damage: The pathological activation of visual representations. *Journal of Clinical and Experimental Neuropsychology, 16,* 651-663.

Barton, J. J., & Rizzo, M. (1994). Motion perception in optic neuropathy. *Neurology, 44,* 273-278.

Nawrot, M., & Rizzo, M. (1993). Assessment of visual shape perception with motion, stereo and texture cues. *Ophthalmic and Visual Optics/Non-Invasive Assessment of the Visual System. Technical Digest, 3,* 252-255.

Nawrot, M., Shannon, E., & Rizzo, M. (1993). Measuring visual function. *Current Opinions in Ophthalmology, 4,* 30-37.

Rizzo, M., Smith, V., Pokorny, J., & Damasio, A. R. (1993). Color perception profiles in central achromatopsia. *Neurology, 43,* 995-1001.

Rizzo, M., & Nawrot, M. (1993). Human visual cortex and its disorders. *Current Opinions in Ophthalmology, 4,* 38-47.

Rizzo, M., & Hurtig, R. (1992). Visual search in hemineglect: What stirs idle eyes? *Clinical Vision Science, 7,* 39-52.

Rizzo, M., Nawrot, M., Blake, R., & Damasio, A. R. (1992). A human visual disorder resembling area V4 dysfunction in monkey. *Neurology, 42,* 1175-1180.

Robin, D. A., & Rizzo, M. (1992). Orienting attention in audition and between audition and vision: Young and elderly subjects. *Journal of Speech and Hearing Research, 35,* 701-707.

Rizzo, M., Rotella, D., & Darling, W. (1992). Troubled reaching after right occipito-temporal damage. Neuropsychologia, 30, 711-722.

Rizzo, M., & Robin, D.A. (1990). Simultanagnosia: A defect of sustained attention yields insights on visual information processing. *Neurology, 40,* 447-455.

Yuh, W. T., Drew, J. M., Rizzo, M., Ryals, T. J., Sato, Y., & Bell, W. E. (1990). Evaluation of pachymeningitis by contrast-enhanced MR imaging in a patient with rheumatoid disease. *American Journal of Neuroradiology, 11,* 1247-1248.

Rizzo, M., & Eslinger, P. J. (1989). Colored hearing synesthesia: An investigation of neural factors. Neurology, 39, 781-784.

Rizzo, M., & Hurtig, R. (1989). The effect of bilateral visual cortex lesions on the development of eye movements and perception. *Neurology, 39,* 406-413.
Graff-Radford, N. R., & Rizzo, M. (1987). Neglect in a patient with multiple sclerosis. *European Neurology, 26,* 100-103.

Rizzo, M., & Hurtig, R. (1987). Looking but not seeing: Attention, perception, and eye movements in simultanagnosia. *Neurology, 37,* 1642-1648.

Rizzo, M., Hurtig, R., & Damasio, A. R. (1987). The role of scan paths in facial recognition and learning. Annals of Neurology, 22, 41-45.

Rizzo, M., Corbett, J. J., Thompson, H. S., & Damasio, A. R. (1986). Spatial contrast sensitivity in facial recognition. *Neurology, 36,* 1254-1256.

Rizzo, M. (1984). Visual disturbances caused by focal brain damage. *Seminars in Neurology, 4,* 203-208.

Damasio, H., Eslinger, P., Damasio, A. R., Rizzo, M., Huang, H. K., & Demeter, S. (1983). Quantitative computed tomographic analysis in the diagnosis of dementia. *Archives of Neurology, 40,* 715- 719.

Damasio, A. R., Damasio, H., Rizzo, M., Varney, N., & Gersh, F. (1982). Aphasia with nonhemorrhagic lesions in the basal ganglia and internal capsule. *Archives of Neurology, 39,* 15-24.

Nasrallah, H. A., Rizzo, M., Damasio, H., McCalley-Whitter, S. M., Kuperman, S., & Jacoby, C. G. (1982). Neurological differences between paranoid and non-paranoid schizophrenia: Part II. Computerized tomographic findings. *Journal of Clinical Psychiatry, 43,* 307-309.

Rizzo, M., Bosch, E. P., & Gross, C. E. (1982). Trigeminal sensory neuropathy due to dural external carotid cavernous sinus fistula. *Neurology*, *32*, 89-91.

**Position Papers and Related Projects**

Oster C.V., Berman, B.A., Caldwell, J.L., Dinges, D.F., Graeber, R.C., Meyer, D., E., Rizzo, M.,

Schroeder, D.J., Yates, J.F. The Effects of Commuting on Pilot Fatigue, Board on Human Systems Integration, Washington, D.C., National Academies Press, 2011

National Highway Safety Administration (NHTSA)/ Association of Automobile Vehicle Administrators (AAMVA) main author of proposed driving regulations (2008-2009) for: Obstructive Sleep Apnea Syndrome, Diabetes, Epilepsy, and Dementia

American Academy of Neurology, Quality Standards Committee: Guidelines on Driving and Alzheimer's Disease. (2008)

Ethics of Augmented Cognition. Literature Review, White Paper and Position Statement. American Academy of Neurology. Ethics, Law and Humanities Committee. October 6, 2007.

Legislative Position on the Use of Human Pluripotent Stem Cells in Biomedical Research. Prepared for American Academy of Neurology and American Neurological Association, 2003- 2004.

American Academy of Neurology Patient Safety Reporting Website. Prepared by AAN Patient Safety Workgroup. 2002. http://qyxis.com/AAN-Safety/index.cfm

Practice Characteristics Subcommittee Poster: *Neurologist 2000.* Guidelines and Continuous Improvement Session, American Academy of Neurology, Denver, CO., May 2002.
American Neurological Association Program Director Survey: *Neurology in the Current Academic Health Care Environment.* 2001-2002.

American Academy of Neurology Safety Reporting Tool. 2001-2002.

Federal Legislative Priorities Paper, Legislative Affairs Committee, American Academy of Neurology, 2001.

Legislative Position on Patient Safety-Key Considerations, American Academy of Neurology, 2001.
Neurologists 2000: AAN Member Demographic and Practice Characteristics. AAN Practice Characteristics Subcommittee: American Academy of Neurology, 2001.

Legislative Position on Patient and Provider Bill of Rights, American Academy of Neurology, 1999; 2000; 2001.

Pilot development of a Healthcare Information Safety Reporting System (HISRS) and reporting tools for the AAN (2001).


**Books, Proceedings and Reports**

Rizzo, M. & Anderson, S. W. (Eds.). (2018). Aging Mind and Brain: Principles and Practice. Wiley-Blackwell Publishing, Oxford, UK.

Rizzo, M., Lee, J. D., & McGehee, D. (Eds.). (2017). *Proceedings: The Ninth Annual International Driving Symposium on Human Factors in Driver Assessment, Training and Vehicle Design.* Iowa City, IA: The University of Iowa.

Rizzo, M, Stern, H. S. (Eds.), National Academies of Sciences, Engineering, and Medicine (2016). Commercial Motor Vehicle Driver Fatigue, Long-Term Health, and Highway Safety: Research Needs. Washington, DC: The National Academies Press. doi: https://doi.org/10.17226/21921.

Rizzo, M., Lee, J. D., & McGehee, D. (Eds.). (2015). *Proceedings: The Eighth Annual International*

*Driving Symposium on Human Factors in Driver Assessment, Training and Vehicle Design.* Iowa City, IA: The University of Iowa.

Common Rule for the protection of human subjects in research in the behavioral and social sciences. (2014) Workshop Summary Board on Human-Systems Integration, National Research Council, The National Academies Press, Washington, DC (M. Rizzo, DBASSE Review Coordinator)

Mine-Safety and Self Escape. (2014). Workshop Summary Board on Human-Systems Integration, National Research Council, The National Academies Press, Washington, DC (M. Rizzo, DBASSE Review Coordinator)

Williams, M., Rizzo, M. McGuire, D. (2012). *Practical Ethics in Clinical Neurology* (Eds). Lippincott, Williams and Wilkins, Baltimore, MD

Fisher, D., Rizzo, M., Caird, J.K., & Lee, J. (Eds.). (2011) *Handbook of Driving Simulation for Engineering, Medicine and Psychology*. CRC Press-A Taylor and Francis Company.

Rizzo, M., Lee, J. D., & McGehee, D. (Eds.). (2011). *Proceedings: The Sixth Annual International Driving Symposium on Human Factors in Driver Assessment, Training and Vehicle Design.* Iowa City, Iowa: The University of Iowa.

The Role of Human Factors in Home Health Care. (2010). Workshop Summary Committee on Human-Systems Integration, National Research Council, The National Academies Press, Washington, DC 2010

Rizzo, M., Lee, J. D., & McGehee, D. (Eds.). (2009). *Proceedings: The Fifth Annual International Driving Symposium on Human Factors in Driver Assessment, Training and Vehicle Design.* Iowa City, IA: The University of Iowa.

Parasuraman, R., & Rizzo, M. (Eds.). (2007). Neuroergonomics: The Brain and at Work. Oxford, UK: Oxford University Press. 430 pages.

Rizzo, M., Lee, J. D., & McGehee, D. (Eds.). (2007). *Proceedings: The Fourth Annual International Driving Symposium on Human Factors in Driver Assessment, Training and Vehicle Design.* Iowa City, IA: The University of Iowa.

Rizzo, M., Lee, J. D., & McGehee, D. (Eds.). (2005). *Proceedings: The Third Annual International Driving Symposium on Human Factors in Driver Assessment, Training and Vehicle Design.* Iowa City, IA: The University of Iowa.

Rizzo, M., & Eslinger, P. J. (Eds.). (2004). *Principles and Practice of Behavioral Neurology and Neuropsychology*. Philadelphia, PA: WB Saunders. 56 chapters; 1168 pages.

Barton, J. J. S., & Rizzo, M. (Eds.). (2003). *Vision and the Brain*. Vol. 21 (part II). *Neurologic Clinics of North America*. August 2003. Philadelphia, PA: WB Saunders.

Barton, J. J. S., & Rizzo, M. (Eds.). (2003). *Vision and the Brain*. Vol. 21 (parts I). *Neurologic Clinics of North America*. May 2003. Philadelphia, PA: WB Saunders.

Rizzo, M., Lee, J. D., & McGehee, D. (Eds.). (2003). *Proceedings: The Second Annual International Driving Symposium on Human Factors in Driver Assessment, Training and Vehicle Design.* Iowa City, IA: The University of Iowa.

Rizzo, M., Lee, J. D., & McGehee, D. (Eds.). (2001). *Proceedings: The First Annual International Driving Symposium on Human Factors in Driver Assessment, Training and Vehicle Design.* Iowa City,

IA: The University of Iowa.

Rizzo, M., & Tranel, D. (Eds.). (1996). *Head Injury and Postconcussive Syndrome*. New York: Churchill Livingstone.


**Book Chapters**

Drincic, A., Desouza, C., Rizzo, M., Merickel, J. (2019) (published). Digital Health Technologies, Diabetes, and Driving (meet your new backseat driver). Eds. Kerr, D., Klonoff, D., Journal of Diabetes Science and Technology.

Rizzo, M. (2018). The Aging Mind and Brain: Introduction and Overview. In Rizzo, M., Fritzsch, B, and Anderson, S. (Ed.), *Wiley Handbook of the Aging Mind and Brain* (pp. 3-15), Wiley.

Diesing, S., Rizzo, M. (2018). Medical Assessment of the Aging Mind and Brain In Rizzo, M., Fritzsch, B, and Anderson, S. (Ed.), *Wiley Handbook of the Aging Mind and Brain (pp. 103-129),* Wiley.

Rizzo, G., Rizzo, M. (2018). The Brain in the Wild: Tracking Human Behavior in Naturalistic Settings In Rizzo, M., Fritzsch, B, and Anderson, S. (Ed.), *Wiley Handbook of the Aging Mind and Brain* (pp. 205-223), Wiley.

Kreder, K. Faris, S.F., Rizzo, M., Rao, S. (2018). Incontinence and Sexual Dysfunction. In Rizzo, M., Fritzsch, B, and Anderson, S. (Ed.), *Wiley Handbook of the Aging Mind and Brain* (pp. 389-416), Wiley.

Rizzo, M., Anderson, S., Fritzsch, B. (2018). Science, Society and a Vision for Mind and Brain Health Across the Lifespan. In Rizzo, M., Fritzsch, B, and Anderson, S. (Ed.), *Wiley Handbook of the Aging Mind and Brain* (pp. 765-770), Wiley.

Rizzo, M., Parasuraman, R. Applied Perception and Neuroergonomics (2015) In R.R. Hoffman, P. A. Hancock, R. Parasuraman, J. L. Szalma, & M. Scerbo (Eds.), *The Cambridge Handbook of Applied Perception Research* 79-104.

Rizzo, M., & Parasuraman, P. Visuoperceptual Issues in Neuroergonomics. (2015) In R.R. Hoffman, P. A. Hancock, R. Parasuraman, J. L. Szalma, & M. Scerbo (Eds.), *The Cambridge Handbook of Applied Perception Research*

Tippin, J, Aksan, N. Dawson J. & Rizzo, M. (2013). Neuroergonomics of sleep and alertness. In A. Johnson & R. Proctor (Eds.), Neuroergonomics: A cognitive neuroscience approach to human factors and ergonomics, Part VI, 110-128

Cosman, J., & Rizzo, M. (2012). Attention. In D. B, Arciniegas, C. A. Anderson, & C. Filley (Eds.), Behavioral neurology and neuropsychiatry, 115-133. New York: Cambridge University Press.

Aksan, N., Dawson, JD, Anderson, SA, Uc, E.3 & Rizzo, M (2012). Differential and unique roles of off-road assessments to on-road safety. In NA Stanton (Ed) Advances in Human Aspects of Road and Rail Transportation, 404-411. CRC Press.

Rizzo, M. (2011). Handbook of driving simulation for engineering, medicine and psychology medical disorders: An overview. In D. Fisher, M. Rizzo, J. D. Lee, & J. K. Caird (Eds.), *Handbook of Driving Simulation for Engineering, Medicine and Psychology,*1-1. New York: CRC Press.

Rizzo, M. (2011). Medical disorders. In D. Fisher, M. Rizzo, J. D. Lee, & J. K. Caird (Eds.), *Handbook of Driving Simulation for Engineering, Medicine and Psychology*, 46-1. New York: CRC Press.

Uc, E. Y., & Rizzo, M. (2011). Driving in Alzheimer's Disease, Parkinson's disease, and Stroke. In D. Fisher, M. Rizzo, J. D. Lee, & J. K. Caird (Eds.), *Handbook of Driving Simulation for Engineering, Medicine and Psychology Handbook of driving simulation, 48-1.* New York: CRC Press.

Rizzo, M., & Shearer, K. (2012). Principled approach to neurologically impaired drivers. In D. McGuire.

M. Rizzo, & M. Williams (Eds.), *Practical ethics in clinical neurology: A case-based learning approach; companion to Bernat, J., Ethical issues in neurology, 178-189.* New York: Butterworth-Heinemann and the St. Paul: American Academy of Neurology: Lippincott Williams & Wilkins.

Rizzo, M., & Severson, J. (2010). Systematic measurements of human behavior in naturalistic settings. In S. S. Kornguth, R. Steinberg & M. D. Matthews (Eds.), *Neurocognitive and physiological factors during high-tempo operations, pp. 41-58.* Burlington, VT: Ashgate Publishing Co.

Rizzo, M., & Kellison, I. L. (2010). The brain on the road. In I. Grant & T. D. Marcotte (Eds.), *Neuropsychology of everyday functioning. The science and practice of neuropsychology* (pp. 168-208). New York: Guilford Press.

Uc, E. Y., & Rizzo, M. (2010). Driving in Alzheimer's disease, Parkinson's disease, and stroke. In D. Fisher, J. D. Lee, J. Caird, & M. Rizzo (Eds.), *Handbook of driving simulation in engineering, Medicine and psychology.* Boca Raton: Taylor & Francis.

Rizzo, M., Robinson, S., & Neale, V. (2007). The brain in the wild. In R. Parasuraman, & M. Rizzo (Eds.), *Neuroergonomics: Brain and behavior at work* (pp. 113-128). Oxford, England: Oxford University Press.

Rizzo, M., & Parasuraman, S., (2007). Future prospects for neuroergonomics in R. Parasuraman, & M. Rizzo (Eds*.), Neuroergonomics: Brain and behavior at work* (pp. 381-388). Oxford, England: Oxford University Press.

Rizzo, M., McEvoy, S., & Lee, J. (2007). Medical safety and neuroergonomics. In R. Parasuraman & M. Rizzo (Eds.), *Neuroergonomics: Brain and behavior at work* (pp. 360-328). Oxford, England: Oxford University Press.

Parasuraman, S., & Rizzo, M. (2007) Introduction to neuroergonomics. In R. Parasuraman & M. Rizzo (Eds.), *Neuroergonomics: Brain and behavior at work* (pp. 3-12). Oxford, England: Oxford University Press.

Kearney, J. Rizzo, M., & Severson, J. (2007). Virtual reality. In R. Parasuraman & M. Rizzo (Eds.), *Neuroergonomics: Brain and behavior at work* (pp. 253-274). Oxford, England: Oxford University Press.

Rizzo, M. (2005). Visual apperception and agnosia. In G. Celesia (Ed.), Disorders of visual processing (pp. 407-428). J. Daube, F. Maguire (Series Eds.). *Clinical Neurophysiology Handbook.* 10- Volume series. Elsevier.

Rizzo, M., & Barton, J. J. S. (2005). Central disorders of visual function. In N. R. Miller & N. J. Newman (Eds.), *Walsh and Hoyt's Clinical Neuro-Ophthalmology* (6th ed., pp. 575-645). Baltimore, Maryland: Lippincott Williams & Wilkins.

Fattal, D., & Rizzo, M. (2004). Vestibular system and balance. In M. Rizzo, & P. J. Eslinger (Eds.), Principles and practice of behavioral neurology and neuropsychology (pp. 361-388). Philadelphia, Pennsylvania: WB Saunders.

Jones, R. D., & Rizzo, M. (2004.) Head trauma and traumatic brain injury. In M. Rizzo & P. J. Eslinger (Eds.), *Principles and practice of behavioral neurology and neuropsychology* (pp. 615-634). Philadelphia, Pennsylvania: WB Saunders.

Kreder, K. J., Rizzo, M., & Rao, S. S.-C. (2004). Incontinence and sexual dysfunction. In M. Rizzo & P.J. Eslinger (Eds.), *Principles and practice of behavioral neurology and neuropsychology* (pp. 713-736). Philadelphia, Pennsylvania: WB Saunders.

Rizzo, M. (2004). Safe and unsafe driving. In M. Rizzo & P. J. Eslinger (Eds.), *Principles and practice of behavioral neurology and neuropsychology* (pp. 197-222). Philadelphia, Pennsylvania: WB Saunders.

Rizzo, M., & Eslinger, P. J. (2004). Overview and introduction. In M. Rizzo & P. J. Eslinger (Eds.), *Principles and practice of behavioral neurology and neuropsychology* (pp. 1-20). Philadelphia, Pennsylvania: WB Saunders.

Vecera, S. P., & Rizzo, M. (2004). Attention: Normal and disordered processes. In M. Rizzo & P. J. Eslinger (Eds.), *Principles and practice of behavioral neurology and neuropsychology* (pp. 223- 246). Philadelphia, Pennsylvania: WB Saunders.

Vecera, S. P., & Rizzo, M. (2004). Visual attention and visual short-term memory in Alzheimer's disease. In A. Cronin-Golomb & P. Hof (Eds.), *Vision and perception in Alzheimer's disease*.

Rizzo, M. (2003). Visual system, central. In M. J. Aminoff & R. B. Daroff (Eds.), *Encyclopedia of the neurological sciences* (vol. 4, pp. 714-719). New York, New York: Elsevier.

Vecera, S. P., & Rizzo, M. (2003). Spatial attention: Normal processes and their breakdown. In J. J. S. Barton & M. Rizzo (Eds.), *Vision and the brain*. 21/2. *Neurologic clinics of North America* (pp. 575-607). Philadelphia, Pennsylvania: WB Saunders.

Rizzo, M. (2002). Head trauma, brain injury, and postconcussional syndrome. In R. T. Johnson, J. W. Griffin, & J. C. McArthur (Eds.), *Current therapy in neurologic disease* (6th ed., vol. 6, pp. 228- 237). St. Louis, Missouri: Mosby.

Damasio, A. R., Tranel, D., & Rizzo, M. (2000). Disorders of complex visual processing. In M. Mesulam (Ed.), *Principles of behavioral neurology* (pp. 332-372). Philadelphia, Pennsylvania: Davis.

Rizzo, M., & Barton, J. (1999). Retrochiasmal visual pathways and higher cortical function. In J. Glaser (Ed.), *Neuro-Ophthalmology* ((Rev. 3rd. ed., pp. 239-291). Philadelphia, Pennsylvania: Lippincott Williams and Wilkins.

Rizzo, M. (1998). Higher cortical visual dysfunction. In E. Rosen, S. Thompson, P. Eustace, & K. Cumming (Eds.), *an atlas of neuro-ophthalmology* (pp. 241-249). London, England: Mosby Year Book Europe, Ltd.

**Abstracts/Presentations**

Merickel, J., Rizzo, M.  (2020) Advancing healthcare with digital monitoring in transportation.  Virtual presentation at IEEE Intelligent Vehicles Symposium.  Las Vegas, NV

Michaud, K., Merickel, J., Gwon, Y., Sayles, H., Kampschnieder, H., Hiebert, R., Petro, A., England, B., Rizzo, M., Mikuls, T. (2020). A Prospective Cohort Study of Vehicle Control as a Measure of Driving Performance in Patients with Rheumatoid Arthritis. Poster presented to the 2020 American College of Rheumatology's (ACR) Annual Meeting, Virtual Meeting.

Ergun UC., Rizzo, M., Anderson, S., Dawson, J. (2020). Evolution of Cognition in Mild-Moderate Parkinson's Disease.  Abstract accepted to the 2020 American Academy of Neurology's (AAN) 2020 Annual Meeting, Toronto, CA

Chakraborty, P., Merickel, J., Shah, V., Sharma, A., Hegde, C., Desouza, C., Drincic, A., Gunaratne, P., Rizzo, M. (2019). Predicting risk from physiology in drivers with type 1 diabetes. Paper accepted to the 2019 Association for the Advancement of Automotive Medicine's (AAAM) 63rd Annual Scientific Conference, Madrid, Spain.

Merickel, J., Frankel, E., Rizzo, M. (2019). Quantification of real-world life space from instrumented vehicles in drivers with cognitive aging. Poster presented to the American Academy of Neurology's (AAN) 2019 Annual Meeting, Philadelphia, PA.

Anderson, D.E., Ndulue, J.K., Rizzo, M., & Ghate, D. (2019). Visual field loss in glaucoma and visual search performance during an on-road drive. *Annual Meeting of the American Academy of Ophthalmology.* San Francisco, CA.

Bader, J.P., Anderson, D.E., Sharp, M., Rizzo, M., & Ghate, D.A. (2019). Binocular visual fields, simulated driving performance, and self-reported driving in glaucoma. *Annual Meeting of the Association for Research in Vision and Ophthalmology.* Vancouver, British Columbia.

Riera, L; Ozcan, K; Merickel, J; Rizzo M; Sarkar, S; Sharma, A. Driver Behavior Analysis Using Lane Departure Detection Under Challenging Conditions. IEEE Intelligent Transportation Systems Conference - ITSC 2019; Auckland, New Zealand. 2019

Merickel JI; Shah, V.; Charkraborty, P.; Sharma, A; Hegde, C.; Gunaratne, P.; Drincic, A.; Desouza, C; Rizzo, M. Impact of physiology and environment on vehicle control behavior in drivers with type 1 diabetes:  5th International Symposium on Future Active Safety Technology (FAST-zero); Blacksburg, VA. 2019

Kampschnieder HR; Frankel EL; Merickel JI; Rizzo M; Bhatti D; Lowndes BR. An application of task analysis to compare task performance and mobility of participants with Parkinsons Disease to healthy controls. International Symposium on Human Factors and Ergonomics in Health Care; Chicago, Illinois. 2019

Barnwal, A.; Merickel, J.; Riera-Garcia, L.; Ozcan, K.; Sarkar, S.; Sharma, A.; Rizzo M. Linking age-related decline to driver behavior at signalized intersections. 2019 Association for the Advancement of Automotive Medicine 63rd Annual Scientific Conference; 2019. Madrid, Spain

Merickel, J.; High, R.; Dawson, J.; Rizzo M. Linking age-related cognitive and visual decline to momentary vehicle control. 2019.  Association for the Advancement of Automotive Medicine 63rd Annual Scientific Conference; 2019. Madrid, Spain

Merickel JI; High, R.; Dawson, J; Rizzo, M. Older driver braking and accelerating behavior during times of day with increased crash risk: 5th International Symposium on Future Active Safety Technology (FAST-zero); Blacksburg, VA. 2019

Shah, V; Merickel, J; Chakraborty, P; Hedge, C; Sharma, A; Gunaratne, P; Drincic, A; Desouza, C; Rizzo M. Quantifying driver speed behavior from real-time physiology in type 1 diabetes: 5th International Symposium on Future Active Safety Technology (FAST-zero); September 9-11, 2019; Blacksburg, VA.

Merickel JI; High, R.; Dawson, J; Rizzo M. Real-time effects of age-related cognitive dysfunction on driver vehicle control: International Driving Symposium 10th Annual Meeting, June 24, 2019, Santa Fe, NM.

Lowndes BR; Frankel EL; Kampschnieder HR; Merickel, J.; Garvin, K.; Rizzo M. Task analysis for measuring mobility and recovery following right-sided TKA: Toward determining driver readiness. International Driving Symposium 10th Annual Meeting; June 24, 2019, Santa Fe, NM.

Bader J; Ghate D; Anderson D; Ndulue J; Rizzo M. Binocular visual fields, simulated driving performance and self-reported driving in glaucoma. 2019 ARVO Annual Meeting; 2019 April 28- May 02. Vancouver, Canada

Smith; Rizzo M. Strategies to Decrease Post Hospital Discharge Negative Outcomes for Patients with Neurological Diseases - Poster Presentation. American Academy of Neurology 71st Annual Meeting; 2019 May 09. Philadelphia, PA

Ozcan, K.; Sharma, A.; Knickerbocker, S; Hawkins, N.; Merickel, J.; Rizzo M. Road weather condition estimation using fixed and mobile based cameras. Computer Vision Conference 2019 Meeting; 2019. Las Vegas, NV

Rizzo, M.; My Car the Doctor: Using Driving Sensing to Monitor Cognitive Change in Aging and Neurodegenerative Impairments. NIA Digital Biomarkers, NIA/NIH Sponsored Workshop; 2019 April 25-26. Bethesda, MD

Frankel EL; Kampschnieder HR; Merickel, J.; Garvin, K.; Rizzo M; Lowndes BR. Measuring mobility recovery following right-sided TKA: The first step in a neuroergonomic approach. HFES 2019 International Symposium on Human Factors and Ergonomics in Health Care; 2019 March 24. Chicago, IL

Zhou, D. J.; Mikls, T. R.; Schmidt, C.; England, B.; Bergman, D. A.; Rizzo M; Merickel, J.; Michaud, K. Driving performance and safety in rheumatoid arthritis: A systematic review. American College of Rheumatology and Association of Rheumatology Health Professional's 2018 Annual Meeting; 2018. Chicago, IL

Bishop, M; Dawson J; Merickel, J; Rizzo M. Reducing accelerometer data in instrumented vehicles. 2018 Joint Statistical Meeting; 2018. Vancouver, Canada

Phatak VS; Merickel JL; Frankel EL; Dawson, J; Rizzo M. Comparisons Between Older Driver Self-report of Driving and Objective Real-world Driving. American Association for the Advancement of Science Annual Meeting; Austin, TX. 2018 Feb

Liu, C., Merickel, J., Sharma, A., Rizzo, M. (2018). Naturalistic Driving Data Indexes Travel Patterns & Exposure in at-Risk Older Drivers, Poster will be presented at the American Neurological Association's Annual Meeting, Philadelphia, October 21-23, 2018.

Phatak VS; Merickel JL; Frankel EL; Dawson J; Rizzo M. Subjective Report of Driving and Objective Real World Driving Habits in Older Adults. The Gerentological Society of America Annual Meeting; Boston, MA., October 2018

Liu, C.; Sharma, A.; Merickel, J.; Rizzo M. Naturalistic driving data indexes travel patterns and exposure in at-risk older drivers. American Neurological Association 143rd Annual Meeting; 2018. Atlanta, GA

High, R., Merickel, J., Rizzo, M. (2018). Computing Rate Models in Driving Studies. *Poster presented to the Institutional Development Award for Clinical Translation Research (IDeA CTR) Big Data Methodology Workshop*, Omaha, NE.

Anderson, D.E., Ghate, D., Kedar, S., Gulati, V., Sharp, M., & Rizzo, M. (2018). Mapping glaucomatous visual fields during panoramic driving simulation. *Annual Meeting of the Vision Sciences Society*. St. Pete Beach, FL.

Uc, E., Magnotta, V., Darling, W., Bruss, J., Doerschug, K., Thomsen, R., Kline, J., Anderson, S., Rizzo, M., Voss, M., Dawson, J. (2018). Effects of Aerobic Exercise on the Cerebral White Matter in Parkinson's Disease

Determined by Diffusion Tensor Imaging, American Academy of Neurology Annual Meeting, Los Angeles, April 21-27, 2018

Hein, N., Wichman, C., Smith, L., Merickel, J., Drincic, A., Rizzo, M., Desouza, C. (2018). Development of Robust Measurement of Glucose Variability in Patients with Diabetes. Talk accepted to the Joint Statistical Meetings, Vancouver, Canada, July 28-Aug. 2, 2018.

Anderson, D; Kedar, S; Bhatt, V.R.; Holstein, S.A.; Rizzo M. Visuo-retinal effects of chemotherapy in hematological malignancy. Annual Research Symposium; Iowa City, IA. 2018

Merickel, J., Robin, H., Smith, L., Frankel, E., Smits, K., Drincic, A., Desouza, C., Ebe, K., Rizzo, M. (2017). Ecological momentary sensor data indexes cognition and behavior in-the-wild in drivers with insulin-dependent diabetes. American Neurological Association's 141st Scientific Session, Baltimore, MD., Oct. 16, 2017.

Merickel, J., Robin, H., Smith, L., Wichman, C., Frankel, E., Smits, K., Drincic, A., Desouza, C., Ebe, K., Rizzo, M. (2017). Driving safety and real-time glucose monitoring in insulin-dependent diabetes. Fast-zero '17 Fourth International Symposium on Future Active Safety Technology, Nara, Japan, Sept. 18-22, 2017.

Merickel, J., Robin, H., Smith, L., Wichman, C., Frankel, E., Smits, K., Drincic, A., Desouza, C., Ebe, K., Rizzo, M. (2017). At-risk driving behavior in drivers with diabetes: A neuroergonomics approach. Human Factors and Ergonomics Society Annual Meeting, Austin, Texas, Oct. 9-13, 2017.

Anderson, D.E., Ghate, D.A., Kedar. S., & Rizzo. (2017). A new method for estimating effects of visual field loss in a panoramic driving environment. *Ninth International Driving Symposium on Human Factors in Driver Assessment, Training, and Vehicle Design.* Manchester Village, Vermont, June 26-29, 2017.

Merickel, J., Robin, H., Smith, L., Wichman, C., Frankel, E., Smits, K., Drincic, A., Desouza, C., Ebe, K., Rizzo, M. (2017). Linking real-time blood glucose to driver risk in diabetes, American Diabetes Association's 77th Scientific Session, San Diego, CA, June 11, 2017.

Anderson, D.E., Ghate, D.A., Gulati, V., Kedar. S., & Rizzo. (2017). Piloting a new method for estimating effects of visual field loss in a panoramic driving environment. *Annual Meeting of the Association for Research in Vision and Ophthalmology.* Baltimore, MD. May 7-11, 2017

Ahmed, F., Balasetti, V., Sajja, K., Jayagopal, L., Stenzel, L., Devarapalli, S., Aryal Pandit, A., Kasi Reddy, S., Smith, E., Ali, F., Mourya Galla, K., Baang, H., Maher, H., Samson, K., Kedar, S., Rizzo, M., Diesing, T., Gonzalez Castellon, M., *Factors in unplanned readmission or ED visit with 30 days of discharge from an inpatient Neurology Service*, American Academy of Neurology 69th Annual Meeting, Boston, April 27, 2017.

Galla, K., Alkhalifah, M., Pedavally, S., Mudugal, D., Balasetti, V., Sajja, K., Jayagopal, L., Ahmed, F., Devarapalli, S., Stenzel, L., Aryal Pandit, A., Kasi Reddy, S., Smith, E., Baang, H., Ali, F., Maher, H., Samson, K., Rizzo, M., Diesing, T., Gonzalez Castellon, M., Kedar, S., *Factors affecting post-discharge outcomes in hospital patients with non-surgical neurological diseases*, American Academy of Neurology 69th Annual Meeting, Boston, April 27, 2017.

Balasetti, V., Samson, S., Maher, H., Sajja, K., Jayagopal, L., Ahmed, F., Devarapalli, S., Kasi Reddy, S., Stenzel, L., Aryal Pandit, A., Galla, K., Smith, E., Ali, F., Baang, H., Pedavally, S., Alkhalifah, M., Mudugal, D., Gonzalez Castellon, M., Diesing, T., Rizzo, M., Kedar, S. *Post-hospitalization follow-up clinic visits in neurological diseases*, American Academy of Neurology 69th Annual Meeting, Boston, April 24, 2017.

Ghate, D.A., Anderson, D.E., Gulati, V., Kedar. S., & Rizzo. (2017). Piloting a new method for estimating effects of visual field loss in a panoramic driving environment. *43rd Annual Meeting of the North American Neuro-Ophthalmology Society.* Washington, DC., April 1-6, 2017.

Consultant for *Examining FMCSA Vision Standard for CMV Drivers and Waiver Program, Work Plan for DTMC75-14-D-00011L Task Order 7006*, Federal Motor Carrier Safety Administration, Dec. 19, 2016.

Rizzo, M., *Clinical-Translational Research*, Under the Microscope video series, aired Nov. 15, 2016.

Rizzo, M., *CTE Symposium with Bennett Omalu*, Initiated Meeting and Facilitated Tour of the Mind and Brain Health Laboratories, Nov. 2, 2016

Rizzo M. (invited speaker) 5th International Conference on Neuroeconomics and Neuromanagement. School of Management, Zhejiang University. Hangzhou, China

Graber, A., Rizzo, M., Bhandary, A. (September 16-17, 2015) Ethics under accountable care. ACO and Population Health Management, Opal Events. Dallas, Texas

Uc, E.Y., Magnotta, V., Johnson, H., Zarei K., Cassell, M., Bruss, J., Doerschug, K., Thomsen, T., Kline, J., Anderson, S., Rizzo, M., Kramer, A., Voss, M., Dawson, J., Darling, W. (April 18-25, 2015) Effects of Aerobic Exercise on Striatum and Substantia Nigra in Parkinson's Disease American Academy of Neurology 67th Annual Meeting, Walter E. Washington Convention Center in Washington, DC

McLaurin, E., McDonald, A.D., Lee, J.D., Aksan, N., Dawson, J.D., Tippin, J., & Rizzo, M. (2014). Variations on a theme: Topic modeling of naturalistic driving data. Human Factors and Ergonomics Society Proceedings

Aksan, N., Tippin, J., Dawson J, Anderson, S., Rizzo, M. (June 2014). Improvement in actigraphy-derived sleep metrics following PAP-therapy in OSA, Annual Meeting of the Associated Professional Sleep Societies (APSS), Minneapolis, MN.

Lester, B. D. L., Vercera, S. P., & Rizzo, M. (May 16-21, 2014). Executive functioning can mediate age-related changes in oculomotor attentional disengagement. Annual meeting of the Vision Sciences Society. St. Petersburg, Florida.

Aksan, N., Tippin J., Dawson, J., Anderson, S., & Rizzo M. (May 31-June 4, 2014). Normalization in actigraphy-derived sleep metrics following PAP-therapy in OSA. American Academy of Sleep Medicine. Minneapolis, Minnesota.

Lester, B. D. L., Hacker, S. D., Vercera, S. P., & Rizzo, M. (November 14-17, 2013). Increasing attentional adhesion: Occupying executive working memory delays visuospatial attentional disengagement. Poster presentation at the 21st Annual Meeting on O*bject, Perception, Attention, and Memory*. Toronto, Ontario, Canada

Aksan, N, Schall, M., McDonald, A., Dawson, J., Anderson S., Lee J., Tippin, J. & Rizzo, M. (October 13-15, 2013). Self-regulation of real-world driving changes after PAP-treatment in OSA. Annual *American Neurological Association Meeting*, New Orleans, LA.

Aksan, N., Tippin J., Dawson, J., Anderson, S. & Rizzo, M. (October 13-15, 2013). Time course of improvement in sleepiness in OSA after introduction of PAP. *Annual American Neurological Association Meeting*, New Orleans, LA.

Rizzo M. (September 30-October 4, 2013) Human-systems integration in electronically-mediated care coordination. Human Factors and Ergonomics Society 2013. *International Annual Meeting.* San Diego,

CA.

McDonald, T., Aksan, N. Dawson, J., Lee, J. D., Tippin, J., & Rizzo, M. (in press). Highway healthcare: How naturalistic driving data index adherence to CPAP therapy in obstructive sleep apnea. *HFES 2013 International Annual Meeting*. San Diego, CA. September 30-October 4, 2013

Uc, E. Y., Darling, W., Doerschug, K., Dawson, J., Anderson, S. W., Magnotta, V., Rizzo, M., Thomsen, T., Kline, J., Kramer, A., Grabowski, T., & Mehta, S. (March 16-23, 2013). Aerobic exercise improves white matter integrity in Parkinson's disease. *American Academy of Neurology*, San Diego, CA.

Chen, K., Rusch, M., Edwards, S., Rizzo, M., & Anderson, S. W. (October 2012). Ventromedial prefrontal cortex modulates social pressure effects on decision-making while driving. Poster presentation. *3rd annual meeting of the Society for Social Neuroscience.* New Orleans, LA, USA.

Rizzo, M. (September 14, 2011). Measurement of real-world driving in aging and medical disorders. The Eye and the Auto. General Motors, Detroit, MI.

Rizzo, M. (August 18, 2011) Implementation and evaluation of cluster hires: Disciplinary vs inter- and cross-disciplinary. *Faculty Council/Administrative Retreat*. University of Iowa, Iowa City

Rizzo, M. (Invited Speaker/Expert Panel. (May 10-11, 2011). The safety of insomnia drugs: assessment of next day function, including psychomotor vigilance and driving testing. *Safety and Efficacy of Hypnotic Drugs: An FDA-PERI co-sponsored workshop*, Bethesda, Maryland.
Rizzo, M. (February 16, 2011). *Healthy Mind and Brain Aging: an opportunity and call to action University of Iowa Educational Presentations and Reception*, Scottsdale, Arizona.

Aksan, N., Lees, M. N., Le, J. D., Vecera, S. V., & Rizzo, M. (September 25-28, 2011). Hazard perception in cognitively impaired older drivers. *American Neurological Association 135th Annual Meeting*, San Diego, California.

Dawson, J. D., Johnson, A. M., Dastrup, E, Uc, E. Y., & Rizzo, M. (July 30-August 4, 2011). Data reduction of electronic measures in driving studies. 2011 *Joint Statistical Meetings*, Miami Beach, Florida.

Rusch, M. L., Schall, M., Gavin, G., Lee, J. D., Dawson, J. D., Vecera, S., & Rizzo, M. (January 2011). Effects of augmented reality cues on driver hazard perception. *90th Annual Transportation Research Board*, Washington, DC.

Rizzo, M., Johnson, S. (September 16, 2010). Your Brain on Computers. College of Law, University of Iowa, Iowa City, IA

Schall, M. Jr., Rusch, M., Lee, J. D., & Rizzo, M. (May 9, 2010). Attraction without distraction: Effects of augmented reality cues on driver hazard perception) *2010 VSS Annual Meeting*. Attention: Numbers and things (Poster Session), Naples, Florida.

Uc, E. Y., Rizzo, M., Dastrup, E., Liu, D., Anderson, S., & Dawson, J. (April 12, 2010). Real-life driving outcomes in mild-moderate Parkinson's disease. *62nd American Academy of Neurology Annual Meeting*, Toronto, Ontario.

Dawson, J. D., Dastrup, E., Johnson, A. J., Uc, E. Y., & Rizzo, M. (March 21-24, 2010). Trends and challenges in research involving elderly and impaired drivers. *The International Biometric Society (ENAR) Annual Spring Meeting*, New Orleans, Louisiana.

Liu, D., Uc, E., Dastrup, E., Porter A, Dawson, J., & Rizzo, M. (March 21-24, 2010). A joint modeling of

correlated recurrent and terminal events with multivariate frailty in the analysis of driving safety data in old drivers with neurological diseases. *The International Biometric Society (ENAR) Annual Spring Meeting*, New Orleans, Louisiana.

Rizzo, M., & Severson, J. (February 25, 2010). Systematic measurements of human behavior in naturalistic settings. *Sustaining Performance Under Pressure Stress, 2nd Annual Symposium*. Adelphi, Maryland.

Barrash, J., Stillman, A. N., Anderson, S. W., Dawson, J., & Rizzo, M. (January 2010). *Prediction of driving ability with neuropsychological tests: Reference to demographically adjusted norms diminishes accuracy*. Paper accepted for presentation at the annual meeting of the Transportation Research Board, Washington, DC.

Emerson, J., Dawson, J., Uc, E. Y., Anderson, S. W., & Rizzo, M. (January 2010). *Predicting simulator adaptation syndrome from driver visual characteristics*. Paper accepted for presentation at the Transportation Research Board 89th Annual Meeting, Washington, DC.

Corpman, J., Johnson, A. M., Anderson, S. W., Lees, M. N., Dawson, J. D., Uc, E.Y., & Rizzo, M. (October 11-14, 2009). Motor vehicle kinematics at stop signs in drivers with Alzheimer's Disease (AD), *American Neurological Association*, Baltimore, Maryland.

Uc, E. Y., Rizzo, M., Johnson, A. M., Anderson, S. W., & Dawson, J. D. (October 11, 2009). Evolution of driving safety in Parkinson's disease. *23rd. Annual Symposium on the Etiology, Pathogenesis and Treatment of PD and OMD*. Baltimore, Maryland.

Anderson, D., Anderson, S., Lawrence, J., Severson, J., & Rizzo, M. (October 17-21, 2009). Size matters: Effects of spatial scale on tower of Hanoi performance. *Society for Neuroscience*. Chicago, Illinois.

Stillman, A., Barrash, J., Anderson, S., Dawson, J. D., & Rizzo, M. (October 17-21, 2009). Prediction of driving ability with neuropsychological tests: the raw truth. *Society for Neuroscience*. Chicago, Illinois.

Cosman, J., Honick, B., Severson, J., Severson, M., Anderson, S., & Rizzo, M. (April 30, 2009). Clinical improvements in cognitive function with 3D Video gameplay. *61st Annual Meeting of the American Academy of Neurology*. Seattle, Washington.

Dawson, J., Dastrup, E., Uc, E., Anderson, S., & Rizzo, M. (April 30, 2009). Motor vehicle crashes, moving violations, and driving cessation in early Alzheimer's disease. *61st Annual Meeting of the American Academy of Neurology*. Seattle, Washington.

Rizzo, M. (April 13, 2009). Sleep related motor vehicle crashes. Scientific Conference on Sleepiness and Health-Related Quality of Life. *National Heart Lung and Blood Institute (NHLBI)*. Natcher Conference Center. Bethesda, Maryland.

Rizzo, M. (March 23, 2009). *Measuring the effects of drugs on real world behavior to enhance drug development and safety*. Federal Drug Investigator. White Oak, Maryland.

Dawson, J. D., Rizzo, M., Dastrup, E., Anderson, S. A., & Uc, E. Y. (2008). Road safety in drivers with Parkinson's disease. *Transportation Research Board 88th Annual Meeting*, Washington, D.C.

Dawson, J. D., Anderson, S. W., Uc, E. Y., Dastrup, E., & Rizzo, M. (September 2008). Relationship between cognition and driving safety in Alzheimer's disease. *Annual Meeting of the American Neurological Association*, Salt Lake City, Utah.

Dawson, J. D., Anderson, S. W., Uc, E. Y., Dastrup, E., & Rizzo, M. (September 2008). *Using simulators and instrumented vehicles to study high-risk drivers.* Presentation to Statistics Department

faculty and students, Brigham Young University.

Rizzo, M. (July 14-17, 2008). Development of collision alerting and warning devices or drivers with attentional impairments. In: Human Error - Cognitive and Neurocognitive Perspective - From Theory and Research to Neuroadaptive Technologies and Neuroadaptive Interfaces. *2nd International Conference on Applied Ergonomics*, Las Vegas, Nevada.

Uc, E. Y., Rizzo, M., Anderson, S. W, Dastrup, E., Sparks, J., Rodnitzky, R. L., & Dawson, J. D. (June 22-26, 2008). Impaired curve negotiation in drivers with Parkinson's disease. *12th International Congress of Parkinson's Disease and Movement Disorders*, Chicago, Illinois.

Rizzo, M., Dawson, J., Anderson, S. W., Uc, E., & Jang, M. (May 13, 2008). Awareness of visual impairment in mild AD. *Vision Sciences Society*, Naples Florida.

Dawson, J., Cavanaugh, J., Zamba, G., & Rizzo, M. (May 27-31, 2008). Modeling the variability of lateral vehicular control. *10th International Conference on Applications of Advanced Technologies in Transportation*. Athens, Greece. Proceedings CD, 523, 2008.

Uc, E. Y., Doerschug, K., Mehta, S., Rizzo, M., Erickson, K., Darling, W., Anderson, S., Rodnitzky, R., Kline, J., Kramer, A., & Grawbowski, T. (April 16, 2008). Cardiovascular fitness and cognition in mild-moderate Parkinson's disease. *60th American Academy of Neurology Annual Meeting*. Chicago, Illinois.

Uc, E. Y., Rizzo, M., Dastrup, E., Anderson, S., Rodnitzky, R., & Dawson, J. (April 17, 2008). Reduced visual vigilance in drivers with Parkinson's disease. *60th American Academy of Neurology Annual Meeting*, Chicago, Illinois.

Ross, L. A., Ball, K. K., Vance, D. E., Rizzo, M., & Wadley, V. (February 2008). *Predicting individual physical activities in community-dwelling older adults*. Paper presented at the Southern Nursing Research Society, Birmingham, Alabama.

Uc, E. Y., Rizzo, M., Anderson, S. W., Dastrup, E., Sparks, J., Rodnitzky, R. L., & Dawson, J. D. (January 13-17, 2008). Impaired curve negotiation in drivers with Parkinson's disease. Transportation Research Board 87th Annual Meeting, Washington, D.C. (poster presentation).

Cosman, J. D., Lees, M. N., Rizzo, M., Lee, J. D., Vecera, S. P., Nguyen, T., & Newman, S. (November 3-7, 2007). Use of an in-vehicle alerting system to augment attention in impaired older-drivers. *Proceedings of the 37th Annual Meeting of the Society for Neuroscience*.

Uc, E. Y., Rizzo, M., Anderson, S., Rodnitzky, R. L., & Dawson, J. D. (October 7-10, 2007). Predicting driver safety in Parkinson's disease. *American Neurological Association 132nd Annual Meeting*, Washington, D.C.

Severson, J., Wagner, J., Kellison, I., & Rizzo, M. (September 12-14, 2007). Driving simulation: How low can you go? *Driving Simulation Conference-North America*, University of Iowa, Iowa City, Iowa.

Seppelt, B., Lees, M., Lee, J., & Rizzo, M. (September 12-14, 2007). Promoting repeatable research and collaboration — The benefits of a driving simulation Wiki. *Driving Simulation Conference- North America*, University of Iowa, Iowa City, Iowa.

Rizzo, M. (September 12-14, 2007). How can we demonstrate the "validity" of simulator results? *Driving Simulation Conference-North America*, University of Iowa, Iowa City, Iowa.

Dawson, J. D., Cavanaugh, J. E., Zamba, K. D., & Rizzo, M. (July 29-Aug 2, 2007). Modeling lateral

position and control in driving studies of elderly populations. *Joint Statistical Meetings*, Salt Lake City, Utah.

Dawson, J., Cosman, J., Lei, Y., Dastrup E., Sparks, J., & Rizzo, M. (July 9-12, 2007). The relationship between driving behavior and entropy. *Fourth International Driving Symposium on Human Factors in Driving Assessment, Training, and Vehicle Design.* Stevenson, Washington.

Hill, J., Boyle, L., Tippin, J., Faber, K., & Rizzo, M. (July 9-12, 2007). The effects of sleepiness on heart rate variability in a driving simulator. *Fourth International Driving Symposium on Human Factors in Driving Assessment, Training, and Vehicle Design.* Stevenson, Washington.

Lees, M. N., Sparks, J. D., Lee, J. D., & Rizzo, M. D. (July 9-12, 2007). Change blindness, attention, and driving performance. *Fourth International Driving Symposium on Human Factors in Driving Assessment, Training, and Vehicle Design.* Stevenson, Washington.

Tregear, S. J., Rizzo, M., Tiller, M., Schoelles, K., Hegmann, K., Greenberg, M., Phillips, B., & Anderson, G. (July 9-12, 2007). Diabetes and motor vehicle crashes: A systematic evidence- based review and meta-analysis. *Fourth International Driving Symposium on Human Factors in Driving Assessment, Training, and Vehicle Design.* Stevenson, Washington.

Uc, E. Y., Rizzo, M., Anderson, S. W., Sparks, J., Shi, Q., Rodnitzky, R., & Dawson, J. D. (July 9-12, 2007). Predicting driver safety in Parkinson's disease: An interim report on an ongoing longitudinal study. *Fourth International Driving Symposium on Human Factors in Driving Assessment, Training, and Vehicle Design.* Stevenson, Washington.

Tippin, J., Rizzo, M., Sparks, J. D., & Boyle, L. (June 9-14, 2007). Reduced useful field of view in drivers with obstructive sleep apnea syndrome. *21st Annual Meeting of the Associated Professional Sleep Societies, LLC*, Minneapolis, Minnesota.

Uc, E. Y., Rizzo, M., Sparks, J. D., Anderson, S., Rodnitzky, R. L., & Dawson, J. D. (June 3-7, 2007). Predictors of driver safety errors in Parkinson's disease. *Movement Disorder Society's 11th International Congress of Parkinson's. Disease and Movement Disorders.* Istanbul, Turkey.

Severson, M., Uc, E. Y., Sparks, J., & Rizzo, M. (May 11-16, 2007). Effects of UFOV impairment on kinematics of curve driving. Abstract. *Vision Sciences Society.* Sarasota, Florida.

Vaux, L. M., Ni, R., Rizzo, M., Uc, E. Y., & Andersen, G. J. (May 11-16, 2007). Detection of imminent collisions by drivers with Alzheimer's disease, Parkinson's disease and stroke. *Vision Sciences Society.* Sarasota, Florida.

Uc, E. Y., Rizzo, M., Sparks, J. D., Anderson, S. W., Rodnitzky, R. L., & Dawson, J. D. (April 28-May 5, 2007). Increased crash risk in drivers with Parkinson's disease under low visual contrast lighting conditions. *59th American Academy of Neurology Annual Meeting*, Boston, Massachusetts.

Tippin, J., Rizzo, M., Sparks, J., & Boyle, L. (April 28-May 5, 2007). Visual vigilance in drivers with obstructive sleep apnea syndrome. *59th American Academy of Neurology Annual Meeting*, Boston, Massachusetts.

Dawson, J. D., Cavanaugh, J. E., Zamba, K. D., & Rizzo, M. (March 26-29, 2007). Measuring lateral control in driving studies. *Biometric Society (Eastern North American Region) Annual Meeting*, Tampa, Florida.

Dawson, J. D., Cosman, J. D., Lei, Y., Dastrup, E., Sparks, J., & Rizzo, M. (March 11-14, 2007). Factors affecting vehicular lateral control measures in driving simulators. *International Biometric Society.*

40

Uc, E., Rizzo M., Anderson S., Sparks J, Rodnitzky R., & Dawson J. (January 20-24, 2007). An analysis of driving habits in Parkinson's disease. *Transportation Research Board 86th Annual Meeting*, Washington, D.C., (platform presentation).

Uc, E., Rizzo, M., Anderson, S. W., Sparks, J., Rodnitzky, R. L., & Dawson, J. D. (October 28-November 2, 2006). Effect of concomitant motor task on driving in Parkinson disease. *10th International Congress of Parkinson's Disease and Movement Disorders*, Kyoto, Japan. *Movement Disorders*, 2006; 21 Suppl 15: S580.

Uc, E., Rizzo, M., Anderson, S., Rodnitzky, R., & Dawson, J. (October 8-11, 2006). *Prediction of driver safety in Parkinson's disease.* (Invited poster for new members at the 131st Annual Meeting of the American Neurological Association, Chicago).

Philippi, C., Sparks, J., Marron, M., & Rizzo, M. (May 5-15, 2006). Effects of dorsal and ventral visual pathway lesions on visual vigilance. *Vision Sciences Society Conference*, Sarasota, Florida.

Vaux, L., Marron, M., & Rizzo, M. (May 5-15, 2006). Do patients with Alzheimer's disease compensate for impaired visual attention when driving? *Vision Sciences Society Conference*, Sarasota, Florida.

Philippi, C., Sparks, J., Marron, M., & Rizzo, M. (April 1-8, 2006). UFOV impairments in extrastriate lesions. *American Academy of Neurology Annual Meeting*, San Diego, California.

Uc, E. Y., Rizzo, M., Paulsen, J., Rodnitzky, R., Paulson, H. L., & Dawson, J. (April 6, 2006). Visual dysfunction in independently living patients with Huntington s disease. *58th American Academy of Neurology Meeting*, San Diego, California.

Schwebel, D. C., Severson, J., Ball, K. K., & Rizzo, M. (April 2006*). Individual difference factors in risky driving: The roles of anger, conscientiousness, and sensation-seeking.* 8th World Conference on Injury Prevention and Safety Promotion, Durban, South Africa.

Uc, E., Rizzo, M., Shi, Q., Anderson, S., Rodnitzky, R., & Dawson, J. (February 22-26, 2006). *Effect of road type on driving safety in Parkinson's disease.* (Poster presentation at the 1st World Parkinson Congress, Washington D.C., *Movement Disorders*, 2006, Volume 21, Supplement 1: S139.

Rizzo, M., McEvoy, S., Sparks, J., & Severson, J. (2005, September 25–28). Mudsplashes and go/no-go decisions in aging and Alzheimer's disease. *American Neurological Association 131st Annual Meeting*, Chicago, Illinois.

Rizzo, M., & Severson, J. (July 22-27, 2005). Virtual environments for localizing cognitive impairments in real word tasks. *1st Annual Augmented Cognition International conference.* Las Vegas, Nevada.

Anderson, S. W., Rizzo, M., Shi, Q., Uc, E., & Dawson, J. D. (June 27-30, 2005). Cognitive abilities related to driving performances in a simulator and crashing in the road. *3rd. International Driving Symposium on Human Factors and Driving Assessment, Training, and Vehicle Design, Rockport*, Maine.

Paul, A., Boyle, L., Boer, E., Tippin, J., & Rizzo, M. (June 27-30, 2005). Steering entropy changes as a function of microsleeps. *3rd. International Driving Symposium on Human Factors in Driving Assessment, Training, and Vehicle Design.* Rockport, Maine.

Paul, A., Boyle, L., Rizzo, M., & Tippin, J. (June 27-30, 2005). Variability of driving performance during microsleeps. *3rd. International Driving Symposium on Human Factors in Driving Assessment, Training, and Vehicle Design.* Rockport, Maine.

41

Ni, R. G., Andersen, J., McEvoy, S., & Rizzo, M. (June 27-30, 2005). Age related decrements in steering control: The effects of landmark and optical flow information. *3rd. International Driving Symposium on Human Factors in Driving Assessment, Training, and Vehicle Design*. Rockport, Maine.

Uc, E. Y., Rizzo, M., Shi, Q., Anderson, S. W., Rodnitzky, R. L., & Dawson, J. (June 2005). *Effects of a controlled auditory-verbal distraction task on driving safety in Parkinson's disease*. Poster presentation at the 16th International Congress on Parkinson's Disease and Related Disorders. Berlin, Germany.

St. Louis, E., McEvoy, S., Shi, Q., & Rizzo, M. (June 27-30, 2005). Useful field of view impairment in partial epilepsy. *3rd. International Driving Symposium on Human Factors in Driving Assessment, Training, and Vehicle Design*. Rockport, Maine.

Uc, E., Rizzo, M., Anderson, S. W., Shi, Q., & Dawson, J. D. (June 27-30, 2005). Unsafe rear-end collision avoidance in Alzheimer's disease. *3rd. International* Driving Symposium on Human Factors in Driving Assessment, Training, and Vehicle Design. Rockport, Maine.

McEvoy, S., Sparks, J. D., Kellison, I., Batchelder, S., Vecera, S. P., & Rizzo, M. (April 9-16, 2005). Increased change blindness in aging and Alzheimer's disease. *57th Annual Meeting of the American Academy of Neurology*, Miami Beach, Florida.

Fisher, D., Mourant, R., & Rizzo, M. (January 9, 2005). *The development of standardized descriptions of driving simulator scenarios: Human factors considerations*. Workshop for presentation at the 84th Annual TRB Meeting, Washington, DC.

Pietras, T., Shi, Q., & Rizzo, M. (January 10, 2005). Traffic entry behavior in older drivers with selective attention impairment. *84th Annual TRB Meeting*, Washington, DC.

Rizzo, M. (January 22, 2005). *Medical disorders, surgical disorders, and drugs*. Workshop Director at the 84th Annual TRB Meeting, Washington, DC.

Rizzo, M. (January 10, 2005). *Medical disorders, surgical disorders, and drugs*. Panel Director at the 84th Annual TRB Meeting, Washington, DC.

Rizzo, M., Shi, Q., Dawson, J., Anderson, S. W., Kellison, I., & Pietras, T. (January 10, 2005). Stops for cops: Impaired response implementation in older drivers with cognitive decline. *84th Annual TRB Meeting*, Washington, DC.

Pietras, T., Shi, Q., & Rizzo, M. (January 9-13, 2005). Traffic entry behavior in older drivers with selective attention impairment. *Transportation Research Board of the National Academies 84th Annual Meeting*. Compendium of Papers CD. Presented at the 84th Annual Meeting of the Transportation Research Board, Washington, D.C.

Shi, Q., Stierman, L., Dawson, J., & Rizzo, M. (2005). Defining and assessing endpoints in driving simulator tasks. *Joint Statistical Meetings*, Minneapolis, Minnesota.

Uc, E., Rizzo, M., Anderson, S., Shi, Q., & Dawson, J. (January 10, 2005). Driver landmark and traffic sign identification in stroke. *84th Annual TRB Meeting*, Washington, DC.

Uc, E., Rizzo, M., Shi, Q., Anderson, S. W., Rodnitzky, R. L., & Dawson, J. (2005). *Relationship of Visual and Cognitive Dysfunction to Motor Impairment in Parkinson's disease without Dementia*. Presentation at the 57th Annual Meeting of the American Academy of Neurology. Miami Beach, Florida. *Neurology*, 2005, *64* (6) Supplement 1: A203.

Kellison, I., Vecera, S. P., & Rizzo, M. (2004). Visual short-term memory deficits in Alzheimer's disease. Vision Sciences Society, 4th Annual Meeting, Sarasota, Florida. Program and Abstract Book: 207.

Rizzo, M., Blake, R., McEvoy, S., Sheffield, B., & Nawrot, M. (October 23-27, 2004). Reduced perception of form from temporal structure (FTS) with advancing age. *34th Annual Society for Neuroscience Meeting*, San Diego, California.

Rizzo, M., Kellison, I., Stierman, L., Vanderleest, R., & Tippin, J. (October 2-6, 2004). Decline in visual vigilance in drivers with obstructive sleep apnea syndrome (OSAS). *129th Annual Meeting and the 7th Annual Neurology Outcomes Symposium, American Neurological Association*, Toronto, Ontario, Canada.

Rizzo, M., Shi, Q., Pietras, T., Kellison, I., & Dawson, J. (October 2-6, 2004). Plaques, stops and virtual cops. *129th Annual Meeting and the 7th Annual Neurology Outcomes Symposium, American Neurological Association*, Toronto, Ontario, Canada.

Rizzo, M. (September 20-24, 2004). *Physiologic methods and measurements in driving simulation.* Presentation in the Surface Transportation Technical Area at the Human Factors and Ergonomics Society's 48th Annual Meeting, New Orleans, Louisiana.

Rizzo, M., & Caird, J. C. (September 20-24, 2004). *Critical issues in driving simulation methods and measures.* Presentation in the Surface Transportation Technical Area at the Human Factors and Ergonomics Society's 48th Annual Meeting, New Orleans, Louisiana.
Rizzo, M., & Severson, J. (August 8-12, 2004). Abstract virtual environments for assessing cognitive abilities. SIGGRAPH 2004: *The 31st International Conference*, Los Angeles, California.

Lamers, C. T. J., Rizzo, M., Bechara, A., & Ramaekers, J. G. (July 2004). Effects of ecstasy and marijuana on attention and driving performance in abstinent users and non-drug using controls. *Annual meeting of the British Association of Psychopharmacology*. Harrowgate, England. *Journal of Psychopharmacology*, *18(3, supplement)*, A39:TA13.

Lamers, C. T. J., Bechara, A., Rizzo, M., & Ramaekers, J. G. (July 2004). Effects of ecstasy and marijuana on cognitive performance, decision-making and reported mood in abstinent users and non-drug using controls. *Annual meeting of the British. Association of Psychopharmacology*. Harrowgate, England. *Journal of Psychopharmacology*, *18(3, supplement)*, A68:OM64.

Uc, E. Y., Rizzo, M., Shi, Q., Anderson, S. W., Rodnitzky, R. L., & Dawson, J. D. (June 13-17, 2004). *Driver landmark identification and safety errors in mild-moderate Parkinson's disease.* Poster presentation at the Movement Disorder Society's 8th Annual International Congress of Parkinson's Disease and Movement Disorders, Rome, Italy. *Movement Disorders*, *19(Supplement 9)*, S193-4.

Sheffield, R. A., Rizzo, M., & Vecera, S. P. (May 4, 2004). Locus of spatial attention decline in cognitive aging and Alzheimer's disease. *Vision Sciences Society 4th Annual Meeting*, Sarasota, Florida. Program and Abstract Book: 207.

Uc, E., Rizzo, M., Shi, Q., Anderson, S. W., Rodnitzky, R. L., & Dawson, J. D. (April 24-May 1, 2004). Route-following and safety errors in drivers with Parkinson's disease. *American Academy of Neurology, 56th Annual Meeting*, San Francisco, California. *Neurology, 62 (7) Supplement 5*, A523.

Uc, E. Y., Rizzo, M., Anderson, S. W., Shi, Q., & Dawson, J. D. (February 4-7, 2004). Executive dysfunction in mild-moderate Parkinson's disease correlates with motor disability. *32nd Annual Meeting, International Neuropsychology Society* (pp. 118-119), Baltimore, Maryland.

Wisnowski, J. L., Anderson, S. W., Rizzo, M., Naqvi, N., & Tranel, D. (February 4-7, 2004). Face and

object recognition following early-onset focal brain damage. *32nd Annual Meeting, International Neuropsychology Society* (pp. 55-56), Baltimore, Maryland.

Uc, E. Y., Rizzo, M., Anderson, S., Shi, Q., & Dawson, J. D. (January 11-15, 2004). Driver route-following and safety errors in stroke. *83rd. Annual TRB Meeting*, Washington, DC. Compendium of Papers CD-ROM: paper number 04-4022.

Rizzo, M., Stierman, L., Skaar, N., Dawson, J. D., Anderson, S. W., & Vecera, S. P. (January 11-15, 2004). Effects of a controlled auditory-verbal distraction task on older driver vehicle control. *83rd. Annual TRB Meeting*, Washington, DC. Compendium of Papers on CD-ROM: paper number 04- 3866.

Uc, E. Y., Rizzo, M., Shi, Q., Anderson, S. W., Rodnitzky, R. L., & Dawson, J. D. (2004). Driver landmark identification and safety errors in mild-moderate Parkinson's disease. *Movement Disorders, 19*(Suppl 9), S193-194.

Uc, E. Y., Rizzo, M., Shi, Q., Anderson S. W., Rodnitzky, R. L., & Dawson, J. D. (2004). *Route-Following in Drivers with Parkinson's vs. Alzheimer's Disease.* Presentation at the 129th American Neurological Association Meeting, Toronto, Ontario, Canada. *Annals of Neurology*, Supplement 8: S39.

Kellison, I., Rizzo, M., Vecera, S. P., & Dawson, J. (November 8-12, 2003). Blindness to context-relevant visual change in advancing age. *Society for Neuroscience*, San Francisco, California, 933.13

Uc, E. Y., Dawson, J. D., Rodnitzky, R. L., Smothers, J. L., & Rizzo, M. (October 19-22, 2003). Reduction in the useful field of view in Parkinson's disease. *American Neurological Association 128th Annual Meeting*, San Francisco, California, *Annals of Neurology*, Supplement 7: S39

Vecera, S. P., Rizzo, M., & Sheffield, R. A. (October 19-22, 2003). Impaired 'social attention' following frontal-lobe damage. *American Neurological Association 128th Annual Meeting* (pp. 19), San Francisco, California.

Vecera, S. P., Rizzo, M., & Sheffield, R. A. (October 19-22, 2003). The resolution of spatial attention following parietal-lobe damage. *American Neurological Association 128th Annual Meeting* (pp. 19), San Francisco, California.

Kadiyala, K., Taylor, A., Nepola, J. V., Smothers, J., & Rizzo, M. (October 4, 2003). *American Neurological Association 128th Annual Orthopedic Trauma A*ssociation. Salt Lake City, Utah. Scientific Poster #5, Basic Science.

Batchelder, S., Rizzo, M., Vanderleest, R., & Vecera, S. (July 21-24, 2003). Traffic scene related change blindness in older drivers. *Second International Driving Symposium on Human Factors in Driver Assessment, Training, and Vehicle Design* (pp. 177-181), Park City, Utah.

Rizzo, M., Severson, J., Cremer, J., & Price, K. (July 21-24, 2003). An abstract virtual environment tool to assess decision-making in impaired drivers. *Second International Driving Symposium on Human Factors in Driver Assessment, Training and Vehicle Design* (pp. 40-47), Park City, Utah.

Rizzo, M., Sheffield, R., & Stierman, L. (July 21-24, 2003). Demographic and driving performance factors in simulator adaptation syndrome. *Second International Driving Symposium on Human Factors in Driver Assessment, Training and Vehicle Design* (pp. 201-208), Park City, Utah.

Skaar, N., Anderson, S. W., Dawson, J., & Rizzo, M. (July 21-24, 2003). Automobile driving with severe amnesia. *Second International Driving Symposium on Human Factors in Driver Assessment, Training and Vehicle Design* (pp. 148-149), Park City, Utah.

Skaar, N., Rizzo, M., & Stierman, L. (July 21-24, 2003). Traffic entry judgments by aging drivers. Second International Driving Symposium on Human Factors in Driver Assessment, Training and Vehicle Design (pp. 92-97), Park City, Utah.

Uc, E. Y., Smothers, J. L., Shi, Q., & Rizzo, M. (July 21-24, 2003). Driver navigation and safety errors in Alzheimer's disease and stroke. *Second International Driving Symposium on Human Factors in Driver Assessment, Training and Vehicle Design* (pp. 31-32), Park City, Utah.

Rizzo, M. (June 18-22, 2003). Invited lecture. Executive dysfunction: What if Phineas Gage could drive? *The Eye and the Auto 2003: An International Forum on the Relationship between Vision and the Safe Operation of a Motorized Vehicle.* Detroit Institute of Ophthalmology, Detroit, Michigan.

Vance, D. E., Ball, K. K., Edwards, J. D., Wadley, V. G., & Rizzo, M. (May 29-June 1, 2003). Speed of processing training improves cognition in older adults. *American Psychological Society 15th Annual Meeting*, Atlanta, Georgia. Poster session V-112.

Sheffield, R., Rizzo, M., & Vecera, S. P. (May 12, 2003). Increased reliance on attentional precues in normal aging. *Vision Sciences Society, 3rd. Annual Meeting*, Sarasota, Florida. *Vol. 3, No. 9*, pp. 723A.

Skaar, N., Rizzo, M., & Stierman, L. (May 12, 2003). Glare disability with attention impairment. *Vision Sciences Society, 3rd. Annual Meeting*, Sarasota, Florida, *Vol. 3, No. 9,* pp. 719A.

Rizzo, M., Lamers, C. T. J., Skaar, N., Sauer, C., Ramaekers, J., & Anderson, G. (May 10, 2003). Perception of heading in abstinent MDMA and THC users. *Vision Sciences Society, 3rd. Annual Meeting*, Sarasota, Florida, *Vol. 3, No. 9*, pp. 410A.

Smothers, J., Rizzo, M., & Shi, Q. (March 29-April 5, 2003). Safety errors during roadway search in drivers with neurological disease. *American Academy of Neurology, 55th Annual Meeting*, Honolulu, Hawaii. P03.035

Rizzo, M., Severson, J., Cremer, J., & Price, K. (March 29-April 5, 2003). Measurement of go/no-go decision-making in cognitively impaired drivers. *American Academy of Neurology 55th Annual Meeting*, Honolulu, Hawaii.

Skaar, N., Anderson, S. W., Dawson, J., & Rizzo, M. (March 29-April 5, 2003). Automobile driving with severe amnesia. *American Academy of Neurology 55th Annual Meeting*, Honolulu, Hawaii.

Vecera, S. P., Rizzo, M., & Sheffield, R. A. (March 29-April 5, 2003). Impaired 'social attention' following frontal-lobe damage. *American Academy of Neurology, 55th Annual Meeting*, Honolulu, Hawaii.

Rizzo, M. (March 17, 2003). *Prediction and prevention of vehicle crashes in driver with visual and cognitive impairments.* (Invited lecture.) Victorian Institute of Forensic Medicine/Monash University Accident Research Center, Melbourne, Australia.

Rizzo, M., Vanderleest, R., Seaba, P., Skaar, N., & Severson, J. (March 9-13, 2003). Synchronous measures of sleepy driver physiology and performance in driving simulator scenarios. Abstract. *Fifth International Conference on Fatigue in Transportation: Coping with the 24-Hour Society*, Fremantle, Western Australia.

Rizzo, M., Nawrot, M., & Skaar, N. (November 2-7, 2002). Perception of depth from motion parallax in humans with lesions in visual association cortex. *Society for Neuroscience 32nd Annual Meeti*ng, Orlando, Florida.

Vance, D. E., Edwards, J. D., Rizzo, M., Ball, K. K., & Wadley, V. G. (August 22-23, 2002). Effects of

physical activity on cognitive health in older adults. Poster. *American Psychological Association Conference*, Chicago, Illinois.

Vance, D. E., Edwards, J. D., Rizzo, M., Ball, K. K., & Wadley, V. G. (August 22-23, 2002). The effects of speed of processing on training older adults. Poster. *American Psychological Association Conference*, Chicago, Illinois.

Rizzo, M. (June 19-20, 2002). *Human aging factors – vision and cognitive capa*city. Safe Mobility Decisions for Older Drivers Forum, sponsored by the Iowa Highway Safety Management System, Iowa State University, Ames, Iowa.

Rizzo, M., Moon, J., Wilkinson, M., Bateman, K., Jermeland, J., & Schnell, T. (May 10-15, 2002). Ocular search of simulated roadway displays in drivers with constricted visual fields. *Vision Sciences Society 2nd Annual Meeting*, Sarasota, Florida.

Jones, R., Manzel, K., Anderson, S. W., & Rizzo, M. (2002). Neuropsychological profiles in visual variant Alzheimer's disease. *Journal of the International Neuropsychological Society, 8,* 193- 194.

Rizzo, M., Nawrot, M., & Bateman, K. (November 10-15, 2001). Perception of shape from static texture cues with lesions in dorsal and ventral visual association cortex in humans. *Society for Neuroscience*, San Diego, California.

Rizzo, M. (October 17, 2001). *Overview of neurology driving simulator research* (Simulator for Interdisciplinary Research in Ergonomics and Neuroscience-SIREN), University of Iowa Driving Simulation Workshop, Iowa City, Iowa.

McGehee, D. V., Lee, J. D., Rizzo, M., & Bateman, K. (August 14-17, 2001). Examination of older driver steering adaptation on a high performance driving simulator. *Driving Assessment 2001: International Driving Symposium on Human Factors in Driver Assessment, Training and Vehicle Design* (pp. 197-201), Aspen, Colorado.

Skaar, N., Rizzo, M., Bateman, K., & Anderson, S. W. (2001, August 14-17). Effects of speed of visual processing training upon non-visual attention in 'at risk' older drivers. *Driving Assessment 2001: International Driving Symposium on Human Factors in Driver Assessment, Training and Vehicle Design* (pp. 306-307), Aspen, Colorado.

Crowe, A., Smyser, T., Raby, M., Bateman, K., & Rizzo, M. (August 14-17, 2001). Visual attention and roadway landmark identification in at-risk older drivers. *Driving Assessment 2001: International Driving Symposium on Human Factors in Driver Assessment, Training and Vehicle Design* (pp. 175-176), Aspen, Colorado.

Rizzo, M. (July 19, 2001). *The eye, the brain, and the automobile*. The Iowa DOT Safety Management System Older Driver Task Force. The University of Iowa Public Policy Center, Iowa City, Iowa.

Rizzo, M. (June 18-22, 2001). Effects of higher visual disorders relating to driving. *XVII World Congress of Neurology*, London, England.

Rizzo, M., Bateman, K., & Nawrot, M. (May 9, 2001). Impairment of shape perception due to static and dynamic cerebral dystereopsis. *53rd. AAN Annual Meeting*, Philadelphia, Pennsylvania

Rizzo, M., Bateman, K., Nawrot, M., Anderson, S., Dawson, J., & Nawrot, M. (May 1, 2001). Perception of shape from motion after dorsal or ventral visual pathway lesions in human. *ARVO Annual Meeting,* Fort Lauderdale, Florida.

46

Anderson, S. W., & Rizzo, M. (February 14-17, 2001). Visual attention related to cognition and driving in early Alzheimer's disease. *International Neuropsychological Society 29th Annual Meeting*, Chicago, Illinois.

Anderson, S. W., & Rizzo, M. (2001). Visual attention related to cognition and driving in early Alzheimer's disease. *Journal of the International Neuropsychological Society*, *7,* 212.

Rizzo, M., Bateman, K., Nawrot, M., Anderson, S., & Dawson, J. (2001). Perception of shape from motion after dorsal or ventral visual pathway lesions in human. *Investigative Ophthalmology and Visual Science, 42*(4)*,* 1737.

Rizzo, M., McGehee, D. V., & Jermeland, J. (2000). Design and installation of a driving simulator in a hospital environment. *Human Factors in Ergonomics Society Annual Meeting*. University of Groningen, the Netherlands: Centre for Environmental & Traffic Psychology.

Rizzo, M., Raby, M., McGehee, D. V., Dawson, J., Anderson, S. W., Bierbaum, S., & Mitchell, R. (September 4-7, 2000). Quantification of driving performance during an auditory-verbal mental processing load. *International Conference on Traffic and Transport Psychology*. Berne. (*Proceedings* available on CD-ROM, Swiss Council for Accident Prevention, 2000).

Denburg, N. L., Jones, R. D., Adolphs, R., Rizzo, M., & Tranel, D. (2000). Recognition without awareness in a patient with simultanagnosia. *Journal of the International Neuro-psychological Society, 6,* 115.
Razavi, M., Rizzo, M., Fattal, D., & Jones, R. D. (2000). Visual hallucinations in temporal arteritis. Journal of the International Neuropsychological Society, 6, 230.

Rizzo, M., Anderson, S. W., Dawson, J., & Nawrot, M. (2000). Visual function and cognitive deficits with cerebral lesions. *Investigative Ophthalmology and Visual Science, 41,* S434.

Rizzo, M., Dawson, J., McGehee, D. V., Mitchell, R., Bierbaum, S., Raby, M., & Anderson, S. (May 28-31, 2000). Driving with distraction after closed head injury. Symposium on sleepy drivers and pilots. *17th World Congress of the International Association for Accident and Traffic Medicine (IAATM)*, Stockholm, Sweden.

Rizzo, M., Anderson, S. W., Dawson, J., & Nawrot, M. (May 2, 2000). Visual function and cognitive deficits with cerebral lesions. *ARVO Annual Meeting*, Fort Lauderdale, Florida.

Razavi, M., Rizzo, M., Fattal, D., & Jones, R. D. (February 9-12, 2000). Visual hallucinations in temporal arteritis. *International Neuropsychological Society 28th Annual Meeting*, Denver, Colorado

Rizzo, M., Nawrot, M., & Dawson, J. (October 23-28, 1999). Separate processing of 1st and 2nd order motion in human brain. *29th Annual Meeting*, Miami, Florida. *Society for Neuroscience Abstracts*, *25, Part 1,* 275.

Darling, W. G., Rizzo, M., Harper, J. G., Husnik, H., & Vedepo, A. (October 23-28, 1999). Posterior parietal cortex lesion and kinesthetic perception of forearm orientation. *Society for Neuroscience*, Miami, Florida.

Rizzo, M., & Akutsu, H. (1999). Prolonged attention blink and slower visual processing in aging. Investigative Ophthalmology and Visual Science, 40, S412.

Rizzo, M. (May 18, 1999). Driving and transportation issues in the elderly. *International Symposium on the older driver*, New York, New York.

Rizzo, M., & Akutsu, H. (May 11, 1999). *Prolonged attention blink and slower visual processing in aging.* Association for Research in Vision and Ophthalmology, Fort Lauderdale, Florida.

Rizzo, M., & Akutsu, H. (May 8, 1999). Attention blink and processing speed with focal right hemisphere lesions. *3rd. Annual Vision Research Conference*, Fort Lauderdale, Florida.

Cole, K. J., Rizzo, M., Rotella, D. L., Darling, W. G., & Harper, J. G. (April 11-16, 1999). Visual pathways for scaling grip forces. *Society for Neural Control of Movement Meeting*, Princeville, Hawaii.

Darling, W. G., Rizzo, M., & Harper, J. G. (April 11-16, 1999). The posterior parietal cortex contributes to visual perceptions of vertical visual perceptions. *Society for Neural Control of Movement Meeting*, Princeville, Hawaii.

Rizzo, M., McGehee, D., Anderson, S., & Cumming, T. (September 1999). Prediction of driving safety errors in aging and cognitive impairment. *Driver Health and Mobility Conference.* Dawson J. Errors in aging and cognition impairment, Trinity College, Dublin, Ireland.

Cumming, T., Rizzo, M., & Grant, P. (June 1998). Reliability of driving performance measures across upgrades to a high-fidelity motion-based simulator. *ISATA 31st Annual Meeting*, Dusseldorf, Germany.

Rizzo, M., Cumming, T., Anderson, S., & Nawrot, M. (May 1998). Visual function profiles in Alzheimer's disease. *ARVO Annual Meeting*, Fort Lauderdale, Florida.

Rizzo, M., Cumming, T., Anderson, S., & Nawrot, M. (1998). Visual function profiles in Alzheimer's disease. *Investigative Ophthalmology and Visual Science, 39,* 5398.

Rizzo, M., Cumming, T., Laird, K., & Nawrot, M. (February 1998). Visual function profiles in mild to moderate Alzheimer's disease. *Ninth Annual Meeting of American Neuropsychiatric Association*, Honolulu, Hawaii.

Rizzo, M., McGehee, D., Dawson, J., & Cumming, T. (February 1998). Simulated intersection collisions in drivers with Alzheimer's disease. *International Neuropsychological Society Annual Meeting*, Honolulu, Hawaii.

McGehee, D., & Rizzo, M. (September 17, 1997). Center for Disease Control and Prevention work-in-progress monitoring workshop, Colorado State University Injury Prevention Research Center, University of Colorado, Fort Collins, Colorado.

Rizzo, M. (July 24, 1997). *Safe driving - driving ability in old age.* Association for the Advancement of Injury Control, Washington, DC.

Rizzo, M., McGehee, D., Cumming, T., Dawson, J., & Laird, K. (1997). Simulated crashes at intersections in drivers with Alzheimer's disease. *The American Neurological Association*, *42,* 394**.**

Rizzo, M., Nawrot, M., Rockland, K. S., & Howard, M., III. (1997). A transient deficit of first- and second-order motion perception in human. *Investigative Ophthalmology and Visual Science, 38,* 237.

Rizzo, M., Nawrot, M., Rockland, K. S., & Howard, M., III. (May 1997). A transient deficit of first- and second-order motion perception in human. *ARVO Annual Meeting*, Fort Lauderdale, Florida.

Rizzo, M. (April 29, 1996). Night visibility and driver behavior. *Biannual Symposium, Transportation Research Board.* Iowa City, Iowa.

Rizzo, M. (May 1996). Use of simulators in assessing demented drivers. *Conference on Driving and*

*dementia: Research, practice, and policy*. Washington University School of Medicine, St. Louis, Missouri.

Rizzo, M., Reinach, S., & McGehee, D. (November 7-8, 1996). Dissecting a car crash in high-fidelity simulation. *Symposium on Simulation and Traffic Psychology*. European Chapter of the Human Factors and Ergonomics Society, Groningen, The Netherlands.

Butler, A. J., Darling, W. G., Rizzo, M., Shoen, T. B. (1996). Evidence for blindsight in patients with homonymous hemianopia. *Society for Neuroscience Abstracts, 22,* 885.

Rizzo, M., McGehee, D. V., Dingus, T. A., & Petersen, A. D. (May 1996). Development of an unobtrusively instrumented field research vehicle for objective assessment of driving performance. *International Conference on Traffic and Transport Psychology Symposium*, Valencia, Spain.
Reinach, S. J., Rizzo, M., McGehee, D. V., & Dingus, T. A. (May 1996). Application of a hazard analysis technique to assess the safety of demented drivers. *International Conference on Traffic and Transport Psychology Symposium*, Valencia, Spain.

Rizzo, M., Reinach, S., McGehee, D., & Dingus, T. A. (April 1996). Simulated car crashes and the useful field of view. *ARVO Annual Meeting*. Fort Lauderdale, Florida.

Rizzo, M. (March 21, 1996). *Quantitative assessment of driving performance*. Colloquium. Department of Psychology, North Dakota State University. Fargo, North Dakota.
Rizzo, M., & Nawrot, M. (March 1996). The perception of structure-from motion in Alzheimer's disease. American Academy of Neurology Meeting, San Francisco, California.

Butler, A. J., Darling, W. G., & Rizzo, M. (1995). Sensorimotor transformation in patients with lateral cerebellar damage. *Society for Neuroscience Abstracts, 21,* 415.

Darling, W. G., Butler, A. J., & Rizzo, M. (1995). Increased sensorimotor transformation errors in a patient with inferior parietal lobe damage. *Society for Neuroscience Abstracts, 21,* 415.

Rizzo, M., Darling, W., & Damasio, H. (1995). Neural substrates for the control of human reaching. Society for Neuroscience Abstracts, 21, 269.

Rizzo, M. (November 1995). *Driving in neurological disease*. Seminar and Grand Rounds. Department of Neurology. University of Mississippi Medical Center. Jackson, Mississippi.

Rizzo, M. (June 1995). *Driving performance in old age and dementia*. Center for Disease Control work-in-progress monitoring workshop. Southern California Injury Prevention Research Center. UCLA School of Public Health. Los Angeles, California.

Rizzo, M. (March 16, 1995). Medical applications of driving simulation. *The 1995 Paul D. Scholz Symposium on Technology and its Role in Society*. Tau Beta Pi National Engineering Honor Society. Iowa City, Iowa.

Rizzo, M. (January 29, 1995). *Realistic simulation of driving and car crashes in aging and cognitively impaired drivers*. Transportation Research Board National Research Council, Washington, D.C.

Rizzo, M. (December 9, 1994). Driving in neurological disease. *Iowa Midwest Neurological Association Meeting*, Iowa City, Iowa

Rizzo, M., Watson, G., McGehee, D., & Dingus, T. (November 18, 1994). Simulated driving and car crashes in Alzheimer's disease. *Society for Neuroscience*. Miami Beach, Florida.

Rizzo, M. (October 4, 1994). *High fidelity driving simulation in neurological populations*. Central Society for Neurological Research. Redwing, Minnesota.

Rizzo, M. (September 26-27, 1994). Proposal for driving licensure procedure in older drivers. Consensus Meeting on Road Safety. Vägverket (Swedish National Road Administration), Borlänge, Sweden.

Rizzo, M. (September 24, 1994). Preliminary studies of aging and cognitively impaired drivers on the Iowa Driving Simulator. *Symposium on Aging and Driving*. Karolinska Institute, Stockholm, Sweden.

Rizzo, M., Watson, G., McGehee, D., & Dingus, T. (June 27, 1994). *Simulated driving and car crashes in aging and cognitively impaired drivers*. European Neurological Society, Barcelona, Spain.
Rizzo, M., & Darling, W. (1993). Normal development of human limb control requires Foveal inputs from area V1. *Society for Neuroscience Abstracts, 19,* II 1686.

Grabowski, T. J., Damasio, H., Frank, R., Boles Ponto, L. L., Watkins, G. L., Hichwa, R. D., Rizzo, M., & Nawrot, M. (1993). A technique for the neuroanatomical analysis of functional brain images. Society for Neuroscience Abstracts, 19, 1604.

Nawrot, R., Rizzo, M., & Damasio, H. (1993). Motion perception in humans with focal cerebral lesions. Investigative Ophthalmology Visual Science, 34, 1231.

Rizzo, M., Nawrot, M., & Zihl, J. (1993). Perception of structure-from-motion and non-motion cues in "central akinetopsia." *Investigative Ophthalmology and Visual Science, 34,* 1231.

Rizzo, M. (January 1993). Neural control of limb movements under visual guidance. *18th Annual Interdisciplinary Conference*, Jackson, Wyoming.

Rizzo, M. (September 22, 1992). *Color perception in central dyschromatopsia*. Optical Society of Ameria, Albuquerque, New Mexico.

Rizzo, M., Darling, W., Rotella, D., & Jacoby, R. (June 29, 1992). Limb control in optic ataxia. *European Neurological Society Meeting*, Lausanne, Switzerland.

Jacoby, R. G., Rotella, D., Darling, W., & Rizzo, M. (1992). A new index of cerebellar dysmetria in humans. *Society for Neuroscience Abstracts, 18,* 408.

Nawrot, M., & Rizzo, M. (May 1992). Abnormal motion perception with human cerebellar lesions. *The Association for Research in Vision and Ophthalmology Annual Meeting*, Sarasota, Florida.

Rizzo, M., & Robin, D. (May 1992). Visual dysfunction in the "good" fields in humans with unilateral occipital lesions. *The Association for Research in Vision and Ophthalmology Annual Meeting*, Sarasota, Florida.

Anderson, S. W., & Rizzo, M. (February 5-8, 1992). Visual hallucinations following occipital lobe damage. International Neuropsychological Society Meeting; San Diego, CA 1992 Feb

Barton, J. J. S., & Rizzo, M. (February 24-28, 1991). The perception of apparent motion by patients with optic neuropathy. *North American Neuro-Ophthalmology Society Meeting*, Park City, Utah.

Rizzo, M., Blake, R., & Nawrot, M. (April 28-May3, 1991). Human brain damage mimicking a V4 lesion. The Association for Research in Vision and Ophthalmology Annual Meeting, Sarasota, Florida.

Rizzo, M., Darling, W., & Rotella, D. (April 21-27, 1991). Abnormal reaching movements following

unilateral damage in a human homolog of area MT. *American Academy of Neurology Meeting*, Boston, Massachusetts.

Rizzo, M. (February 24-28, 1991). Color perception in central achromatopsia. *North American Neuro-Ophthalmology Society Meeting*, Park City, Utah.

Rizzo, M., & Robin, D. (1990). Signal detection in human brain lesions. *Society for Neuroscience, 16,* 568.

Robin, D. A., & Rizzo, M. (1990). Attentional changes as a function of aging. *Society for Neuroscience, 16,* 568.

Rizzo, M., & Hurtig, R. (1990). Visual hemineglect depends on the geometry and salience of displays. Neurology, 40, 303.

Rizzo, M., & Robin, D. (July 5, 1990). Signal detection and response bias in humans with focal cerebral damage. *Second Meeting of the European Neurological Society*, Brighton, England.

Rizzo, M. (June 24, 1990). *Express saccades in hemineglect.* Clinical Eye Movement Society, International Neuro-Ophthalmological Society, Winchester, England.

Robin, D. A., Rizzo, M., & Emrich, K. (June 1989). Changes in attentional abilities as a function of normal aging and dementia. *Clinical Aphasiology Conference*, Lake Tahoe, Nevada.
Damasio, A. R., Damasio, H., Tranel, D., & Rizzo M. (1989). Effects of selective visual cortex lesions in humans. Visual Neuropsychology Symposium, *12th Annual Meeting of the European Neuroscience Association*, September 3-7; *21st Annual Meeting of the European Brain and Behavior Society*, September 6-8.

Hurtig, R. R., Rizzo, M., & Jiang, M. (1989). Smooth pursuit: Attentional factors. *Investigative Ophthalmology and Visual Science, 30,* 182.

Rizzo, M., & Hurtig, R. (1989). Bridging eye movements and cognition: The analysis of sequential fixations. *Neurology, 39,* 431.

Rizzo, M., & Hurtig, R. (1989). Effects of bilateral visual cortex lesions on development of eye movements and perception. *Ophthalmology Digest, 7,* 20.

Rizzo, M., & Hurtig, R. (1989). Orienting to neglected hemispace depends on the geometry and salience of the display. *Society for Neuroscience, 15,* 1256.

Rizzo, M., & Robin, D. (1989). Attentional failure in simultanagnosia: abnormal sensitivity and response bias in competing neural channels. *Neurology, 39,* 318.

Robin, D. A., Rizzo, M., & Brobeck, T. C. (1989). The effect of focal cerebral lesions on intramodal and crossmodal orienting of attention. *Clinical Aphasiology Conference*, Harwich, Massachusetts.

Tychsen, L., Rizzo, M., Hurtig, R. R., Stevens, K. W., & Engelken, E. J. (1988). Visual motion processing in humans after loss of striate cortex. *Society for Neuroscience, 14,* 796.

Rizzo, M., & Robin, D. (1988). Evidence for a cerebral attention network from automated probes of human lesions. *Journal of Neurology, (Suppl.) 235,* S32.

Rizzo, M., & Robin, D. A. (1988). Vanishing targets in simultanagnosia: Failure to sustain attention over an array. *Society for Neuroscience, 14,* 11.

Hurtig, R., & Rizzo, M. (1988). *Computer assisted recording and analysis of eye movements.* International Neuro-Ophthalmological Society, Vancouver, British Columbia.

Rizzo, M., Hurtig, R., & Milder, M. (1988). *Automated clinical color vision testing.* International Neuro-Ophthalmological Society, Vancouver, British Columbia.

Rizzo, M., & Robin, D. (June 19-22, 1988). Evidence for a cerebral attention network from automated probes of human lesions. *First Meeting of the European Neurological Society*, Nice, France.

Hurtig, R., & Rizzo, M. (1987). Development of oculomotor abilities with bilateral lesions of visual cortex. *Investigative Ophthalmology and Visual Science, 28,* 314.

Rizzo, M., & Hurtig, R. (1987). Can Markov analysis provide an index of human information processing during visual scanning? *Society for Neuroscience Abstracts, 13,* 430.

Rizzo, M., & Hurtig, R. (1987). Development of oculomotor abnormalities with bilateral lesions of visual cortex. *Neuroscience, 22*(2), S735.

Rizzo, M., & Eslinger, P. (1987). The neural basis of chromesthesia. *Neurology, 37*(1)*,* 181.
Rizzo, M., Corbett, J. J., & Thompson, H. S. (1987). Is applanation tonometry a risk factor for transmission of Creutzfeldt-Jakob disease? *Archives of Ophthalmology, 105,* 314.

Robin, D., Bean, C., Folkins, J., & Rizzo, M. (October 1987). *Lip movements in apraxia of speech.* American Speech Language Hearing Association.

Rizzo, M., & Hurtig, R. (August 16-21, 1987). Development of oculomotor abnormalities with bilateral lesions of visual cortex. *Second World Congress of Neuroscience (IBRO)*, Budapest, Hungary.

Rizzo, M. (1987). Luminance saturation and hue in central achromatopsia: Seeing contour and colour. *Satellite Symposium of Second World Congress of Neuroscience*, Northern Eye Institute, Manchester, England.

Rizzo, M., Hurtig, R., & Damasio, A. R. (1986). Vanishing of foveal targets: A failure to sustain visual attention due to bilateral association visual cortex lesions in man. *Society for Neuroscience Abstracts, 12,* 1184.

Rizzo, M., Kritchevsky, M., & Damasio, A. (1986). The role of luminance, saturation and hue in achromatopsia. *Annals of Neurology, 20,* 140.

Hurtig, R., Tychsen, L., & Rizzo, M. (1986). Failure to recover visually guided saccades in humans with long-standing hemianopia. *Investigative Ophthalmology and Visual Science, 27,* 157.

Hurtig, R., Rizzo, M., Corbett, J. J., & Damasio, H. (1986). The effect of pure occipital lobe lesions on eye movements. *Neurology, 36*(1)*,* 251.

Rizzo, M., Hurtig, R., Corbett, J. J., & Damasio, A. R. (1986). Looking but not seeing: Failure to maintain conscious visual experience during accurate fixation. *Neurology, 36*(1)*,* 132.

Rizzo, M., Corbett, J. J., Thompson, H. S., & Damasio, A. R. (1985). Spatial contrast sensitivity in impaired learning and recognition of faces. *Society for Neuroscience Abstracts*, *2*(1), 229.

Rizzo, M., & Damasio, H. (1985). Impairment of stereopsis with focal brain lesions. *Annals of Neurology, 18,* 147.

Rizzo, M., Hurtig, R., & Damasio, A. R. (1985.) Strategy for facial scanning in impairments of facial learning and recognition. *Annals of Neurology, 18,* 147.

Hyman, B. T., Damasio, H., Rizzo, M., & Damasio, A. (1984). Prosopagnosia confined to a hemiachromatopsic visual field. *Neurology, 34*(3), 189.

Rizzo, M., Corbett, J. J. Bilateral internuclear ophthalmoplegia reversed by naloxone. Arch Neurol. 1983 Apr;40(4):242-3.

Eslinger, P. J., Damasio, H., Rizzo, M., & Huang, H. K. (1983). Quantitative analysis of CT in the diagnosis of dementia. *Neurology, 33 (Suppl.2),* 201.

Damasio, A., Damasio, H., Rizzo, M., Varney, N., & Gersh, F. (1981). Aphasia with non-hemorrhagic lesions in the basal ganglia and internal capsule. *Neurology, 31,* 82.

**Reviews**

Rizzo, M. (2005). *Complex Worlds from Simpler Nervous Systems.* F.R. Prete, (Ed.), (Cambridge, MA: Bradford MIT Press, 2004). *Annals of Neurology, 57, 935-936.*

Rizzo, M. (2000). *To Err is Human: Building a Safer Health System*, by Institute of Medicine (Washington DC: National Academy Press, 2000). Prepared for *American Academy of Neurology.*

Rizzo, M. (1998). *Language, Communication, and the Brain*, edited by Fred Plum. *Neurology, 38,* 1901.

Rizzo, M. (1996). *The Neuropsychology of High-level Vision.* Collected tutorial essays, edited by Martha J. Farah and Graham Ratcliffe. *Contemporary Psychology, 41,* 374-376.

Rizzo, M. (1995). *The Man Who Tasted Shapes*, by Richard Cytowic. *Neurology, 45,* 1243.

Rizzo, M. (1991). *Visual Agnosia: Disorders of Object Recognition and What They Tell Us of Normal Vision,* by Martha J. Farah. *Optics and Photonics News*, December 1991.

Rizzo, M. (1989). *Synesthesia: A Union of the Senses*, by Richard Cytowic. *Neurology, 39,* 1413.

Rizzo, M. (1987). *Blindsight: A Case Study and Implications*, by Larry Weiskrantz. *Trends in Neurosciences, 10,* 439-440.

**Letters to the Editor**

Hegmann, K. T., Andersson, G. B., Greenberg, M. I., Phillips, B., & Rizzo, M. (2012). Authors' response. *Journal of Occupational and Environmental Medicine*, 54(10), 1184-1185.

Rizzo, M., Reger, M. A., Iverson, D., J. (2010). Reply to O'Neill, D., Practice Parameter update: Evaluation and management of driving risk in dementia: Report of the Quality Standards Subcommittee of the American Academy of Neurology. *Neurology*, 75, 1659.

Rizzo, M. (2005). An AUPN/ANA survey of department leader opinions on the health of US academic neurology. *Neurology*, 64, 1664.

Rizzo, M. (1993). Visual cortical dysfunction. *Neurology, 43,* 453-454.

Rizzo, M. (1989). Chromesthesia. *Neurology, 39,* 1409-1410.

Rizzo, M., & Hurtig, R. (1988). Microsaccades in vision. *Neurology, 38,* 664-665. Rizzo, M. (1986). Measuring contrast sensitivity. *Annals of Neurology, 20,* 374-375.

**University of Iowa Health Care Publications**

Rizzo, M. (2002). Driving simulator in a hospital environment. *Currents* Winter 2002; 3/1.
**Media**

Hochman, G. (Director), Rizzo, M., Merickel, J. (2017). *Drugged Driving* [Television series episode]. Omaha, Nebraska: Nebraska Educational Television, http://netnebraska.org/basic-page/television/drugged-driving

Development Executive and Chief Science Advisor to Engel Entertainment, New York, NY., Producing science and medicine documentaries for major television venues (including PBS, National Geographic Channel, The History Channel, Discovery Channel, Nova and other broadcasters). 2002-Present.

**B.   Areas of Research Interest and Current Projects**

**Areas of Research Interest**

Human Systems Integration
Behavioral disturbances from CNS injury

Neural substrates of human vision, attention, and eye-hand coordination

Cognitive aging and dementia

Neuroergonomics

Driving performance in neurological disease

Virtual Reality environments, applications and simulations

Patient safety/medical error reporting

Healthcare Policy

Gaming and cognition

**Current Projects**

(See I.B.: Professional and academic positions held)

**C.  Grants**

**Grants and Projects**

Monitoring real-world driver behavior for classification and early prediction of Alzheimer's disease. DHHS/NIH/NIA 2R01AGO27277-25, PI – Rizzo, M. 2020-2025

Predicting Driving Safety in Advancing Age. NIH R01 AG017177-14, PI – Rizzo, M. 1999-2005; 2006-

2012; 2013-2020; 2020-2025.

Harnessing Movement Variability to Treat and Prevent Motor Related Disorders.  University of Nebraska-Omaha, Co-PI – Rizzo, M., 2019-2024

Great Plains Institutional Development Award Clinical and Translational Research, 1U54GM115458-01, PI – Rizzo, M., 2016-2021.

Modeling Multidimensional Risk in Real-World Drivers with Diabetes, Toyota Collaborative Safety Research Center, PI – Rizzo, M., 2018-2021.

Feasibility and utility of the car as a platform for monitoring behavior as an index of driver and health disease.  Co-PI –Rizzo, M., 2020-2021

**Federal Highway Administration**, Deep InSight: Deep Extraction of Driver State from Naturalistic Driving Dataset, (Prime: Iowa State University; Ames, IA; Subcontract: University of Nebraska Medical Center; Omaha, NE) Role: Site-PI, PI: Anuj Sharma, PhD, 2019-2022

Escitalopram to address cognitive dysfunction in Glioma patients. Shonka, N., Rizzo, M., Garlinghouse, M., Kedar, S., Anderson, A , Brain Cancer Research Fund, 2019-2021

Chemotherapy-Related Changes in Neurocognitive Function and Symptoms in Colorectal Cancer Patients, Oncology Nursing Society Foundation, Co Investigator (Berger), 2018-2020

Driving Performance and Safety in Rheumatoid Arthritis, Rheumatology Research Foundation, Co-I – Rizzo, M., 2018-2020.


**Grants and Projects Completed**

Evaluating immunological parameters, neurocognitive changes, activity levels, and driving fitness in hematological malignancy patients undergoing chimeric antigen receptor (CAR) T-Cell Therapy. Lunning, M., Rizzo, M., Taraschenko, O., Holstein, S., Cramer J., Ehlers, D., Fred & Pamela Buffett Cancer Center, 2019 Nebraska Transportation Center, Driving Simulation Study, University of Nebraska Lincoln, 26-1121-0031-003, PI – Rizzo, M , 2017-2019.

Traffic Calming Elements for Entry Control Facility Threat Delay and Containment Phase 4. Rilett, L. FA45000-12-D-9000, (PI), Rizzo, M.(Site PI, Co-PI), Department of Defense Military Surface Deployment, 2016-2019

Driving Safety and Real-Time Glucose Monitoring in Insulin-Dependent Diabetes, Toyota Motor, Inc., PI – Rizzo, M., 2016-2017.

Measuring and Mitigating Unintended Acceleration in Younger and Older Drivers. Toyota Motor, Inc., PI – Rizzo, M., 2014-2017.

Measuring Unintended Consequences of In-Vehicle Technologies on Older Driver Safety - Toyota Collaborative Safety Research Center, University of Iowa, PI – Rizzo, M., 2014-2015.

Measuring Use and Impact of In-Vehicle Technologies on Older Drivers. Toyota Motor Engineering of North America, Inc. PI – Rizzo, M. 2012 – 2015.

PAP adherence and real-world driving safety in OSA. NIH R01 HL091917. PI –Rizzo M. 2010-2015.

Moral Practice Under Accountable Care Organizations. PI – Rizzo, M., 2013

Nissan UI Collaborative Research (NRC). Nissan Motor C, Ltd. PI - Rizzo, M. 2010-2013.

Project 90-00-SLDR-OIO Diagnostic Tools for Identifying Sleepy Drivers in the Field. Iowa Department of Transportation. PI – Rizzo, M. 2010-2012

In-Car Technology to Alert Attention Impaired Drivers. NIH R01 AG026027. PI –Rizzo M. 2006-2011 Driving Safety and Real-Time Glucose Monitoring in Type 1 Insulin-Dependent Diabetes. Injury Prevention Research Center, Rizzo M., (Project PI), 2010-2012, CDC CE001167 (Corrine Peek Asa, PI) Anatomical Basis of Vision (Project 3): Program Project: Anatomical Substrates of Complex Behavior. NIH PO NS-19632; Co-investigator, 1983-1986. Co-principal investigator, 1986-1991; Principal Investigator (Proj 3): 1991-1996; 1996-2001; 2001-2006.

Residual Effects of Ecstasy on Decision-Making and Driving. NIDA R01 DA17341. Co-PI: Matthew Rizzo. 2005-2010

Predicting Driver Safety in Parkinson's Disease. R01 NS044930-01A1. Co-PI: Matthew Rizzo. 2003-2010.

Iowa Center for Research by Undergraduates (ICRU) awards, 2009 & 2010

Bus and Drug Simulator Study: Post-Accident Testing Heuristics (PATH), US DOT/FTA, Rizzo M. Co-I 2009-2010

Translational Neuroscience: Bringing Neuroscience to the Soldier's Operational Environment. Army Research Laboratory: Human Research and Engineering Directorate. Contract DAAD19-01-2-0009 (2007-2009). Rizzo M (PI)

Diagnostic tools for identifying sleepy drivers in the field. Iowa Department of Transportations, 2010 Rizzo M (PI)

Augmented reality alerts to improve older driver safety. Rizzo M. Co-PI, Mentor 2009-2010 CDC CE001167 (Corrine Peek Asa, PI)

Gaming and cognition. Nintendo, N.A., PI- Matthew Rizzo, PI. 2007-2008

Nissan. 2005. Q45 to develop the Nissan Iowa Instrumented Vehicle for Advanced Neuroergonomic Assessment (NIRVANA).

Vision Impairment and Fitness to Drive. ARC LP0560272. Commonwealth of Australia, Australian

Research Council Linkage Project, 2005 – 2008 (Brian Fildes, Monash University Accident Research Centre, PI) Co-Investigator: Matthew Rizzo. 2005-2007.

Effects of Phenytoin on Driving Safety. R49/CCR 721682. Co-PI: Matthew Rizzo. 2006-2008

Transient effects and tolerance: A pilot study of two antihistamines on driving performance. University of Iowa Injury Prevention Research Center. National Center for Injury Prevention and Control/Centers for Disease Control 2006. (PI: Gary Milavetz, PharmD) Co-PI: Matthew Rizzo.

Virtual Environments for Assessing Fitness to Drive. Digital Artefacts. NIH/SBIR. PI: Joan Severson. Subproject PI: Matthew Rizzo. 9/30/2003 – 6/30/2005.

Gender Liability to the Effects of Marijuana on Driving (Beth Turner, PhD Candidate), supported by "Acute marijuana effects on regional cerebral blood flow" from NIDA (Dan O'Leary PI), the Innovative Neuroimaging Technologies Training Program, (T32 CA82106 and R01 DA10551,11/1/03 to 10/31/08) and the General Clinical Research Center (M01-RR-59 National Center for Research Resources, General Clinical Research Center Program, NIH. (Co-Mentor and Collaborator, Matthew Rizzo)

The Effects of Chemotherapy on Decision-Making in Older Colon Cancer Patients, Pilot Project, Natalie Denburg, PhD., PI (supported by NCI/NIA grant program P20 CA 103672-03, The University of Iowa Cancer and Aging Program (Robert Wallace, PI). (Collaborator).

Establishing a Registry and Database for Tracking the Safety of Drivers with Sleep Apnea. National Center for Injury Prevention and Control. R49-CCR721682-02. Co- Investigator: Matthew Rizzo. 2004-2007.

Development of an Internet Technological Platform on Driving Simulators for Clinical Populations: A Pilot Study. Social Sciences and Humanities Research Council of Canada. (PI, Marie Vanier, Institut de réadaptation de Montréal, Québec, Canada Co-Investigator: Matthew Rizzo. 2005-2006.
Predicting Driver Safety in Parkinson's Disease: A Pilot Study. New Investigator Research Award from College of Public Health, University of Iowa. Co-Investigator: Matthew Rizzo. Jan-Dec 2003.

Nissan UI Collaborative Research (NTCNA). Nissan Motor C, Ltd. PI - Rizzo, M. 2010-2011.

Driver Impairment, Self-awareness and Crash-Risk in Obstructive Sleep Apnea Syndrome (Subproject of: The University of Iowa Injury Prevention Research Center. CDC. R49 CCR 721682). Subproject PI: Matthew Rizzo. Subproject Award Dates: 2002-2005

Safe and Unsafe Driving in Old Age, Alzheimer's Disease, and Stroke. NIA RO1 AG NS15071. Principal Investigator. 1999-2006.
Predictions of Driver Safety in Advancing Age. NIA. R01 AG17177. Principal Investigator. 1999-2004.

Enhancing Mobility in the Elderly, Project 1. Edward R. Roybal Center for Research in Applied Gerontology. NIA P50 AG11684. Co-Investigator, 1993-1998. Principal Investigator. 1998-2003.

Effects of declining attention on object recognition and localization in older adults. National Research Service Award, National Institutes of Aging, NIH. Sponsor, 1998-2000.

Parietal lesion effects on sensorimotor transformations. R01 NS 34895. Co-Investigator, 1997-2000.

Driving performance of older drivers. National Research Service Award, National Institutes of Aging, NIH. Sponsor, 1997-1998.

Driving after head injury. Project in Injury Prevention Research Center. CDC R49/CCR 703640. Principal Investigator, 1996-1999.

Driving ability and car crashes in old age and dementia. CDC R49/CCR710136. Principal Investigator. 1996-1999.

High fidelity driving simulation. CDC Pilot Project. R49/CCR703640. Principal Investigator, 1994-1995.
Visual perception deficits following human cerebellar lesions. Medical Research Council of Canada. Sponsor, 1991-1993, 1993-1995.

Modeling kinetic depth perception: clues from focal human brain lesions. Natural Sciences and Engineering Research Council of Canada. Sponsor, 1991-1993.

Modeling kinetic depth: clues from focal human brain lesions. Medical Research Council of Canada. Sponsor, 1991-1993, 1993-95.

The interaction of kinetic depth and stereopsis: clues from focal human brain lesions. McDonnell-Pew Program in Cognitive Neuroscience. Sponsor, 1991-94.

Studies of speech articulation. R01 NS07555. Consultant, 1986.

NIH biomedical research support grant. RR 05372. Principal investigator, 1985-1986.

## D.  Invited Lectures, Workshops and Colloquia

Advancing healthcare with digital monitoring in transportation (October, 2020). Co-speaker Matthew Rizzo. Invited talk at The Institute of Electrical and Electronics Engineering (IEEE) International Intelligent Vehicles Symposium (IV2020), Virtual Meeting.

Rizzo, M., My car the doctor: Using driving sensing to monitor cognitive change in aging and neurodegenerative impairments (April, 2019). Co-speaker Matthew Rizzo. Invited talk at the National Institutes of Health National Institute of Aging's Applying Digital Technology for Early Diagnosis and Monitoring of Alzheimer's Disease and Related Dementias Workshop – Session "Monitoring Physiological, Psychological, and Behavior Changes", Washington, DC.

Rizzo M. Biomechanics COBRE External Advisory Committee. COBRE Site Visit; May 17, 2019. Biomechanics Research Building, University of Nebraska, Omaha, Omaha, NE

Rizzo, M., My Car the Doctor: Using Driving Sensing to Monitor Cognitive Change in Aging and Neurodegenerative Impairments, NIA Digital Biomarkers, sponsored workshop, NIH, Bethesda, MD, April 25-26, 2019

Rizzo M. Transllational Research Opportunities and Resources for Engineering and Medicine. March 29, 2019.  Othmer Hall, College of Engineering, University of Nebraska - Lincoln, Lincoln, NE

Rizzo M. Clinical and Translational Research Resources, Opportunities, and COBRE Collaborations. March 29, 2019. Center for Brain, Biology, and Behavior, University of Nebraska-Lincoln, Lincoln, NE

Rizzo M. Clinical and Translational Research Opportunities. January 25, 2019. Lied Learning & Technology Center at Boys Town National Research Hospital, Omaha, NE

Rizzo M. Clinical and Translational Research Overview, Progress and Opportunities. January 18, 2019. Milo Bail Student Center, University of Nebraska at Omaha, Omaha, NE

Rizzo M. Synthesis and Closing Remarks. Second Annual GP IDeA-CTR Annual Symposium; October 10, 2018. University of Nebraska Medical Center, Omaha, NE

Rizzo, M., Clinical and Translational Research Welcome and Opening Remarks, Second Annual GP IDeA-CTR Annual Symposium, University of Nebraska Medical Center, Omaha, NE, October 10, 2018

Rizzo, M., Moderator, CTR Superstar Competition, Second Annual GP IDeA-CTR Annual Symposium, University of Nebraska Medical Center, Omaha, NE, October 10, 2018

Clinical and Translational Research Progress: Key Component Area Aims and Resources, Second Annual GP IDeA-CTR Annual Symposium, University of Nebraska Medical Center, Omaha, NE, October 10, 2018

Rizzo, M., Practice Based Research Networks for Clinical and Translational Research in Neurology, Iowa

Neurological Association, Annual Meeting, Iowa City, IA, September 29, 2018

Rizzo M. Mind and Brain Health. National Modeling & Simulation Coalition (NM&SC) 2018 National Meeting; September 25-26, 2018. University of Nebraska Medical Center, iEXCEL, Omaha, NE

Rizzo M. A Window on Mind and Brain Health. The Visionary Series; August 27, 2018. Kaneko Museum, Omaha, NE

Rizzo M. The Marketplace of IDeAPrograms. COBRE and IDeA-CTR PI Meeting, NISBRE; June 27, 2018. Washington, D.C

Wright, D., Rizzo, M. Panel Discussion: *Finding Ways for Basic and Clinical Researchers to Work Together*, NIH, NIGMS Seventh Biennial National IDeA Symposium of Biomedical Research Excellence, Washington, D.C., June 24, 2018

Representative for NE/Kaidanren meeting with Mr. Kentaro Sonoura, National Security Advisor to Japanese Prime Minister Abe in Tokyo, Omaha, NE May 24, 2018

Rizzo, M. *Welcome and Opening Comments*, Huntington's Disease Patient and Caregiver Symposium, Omaha, May 18, 2018

Rizzo, M. *Cancer and Cognitive Neuroscience*, Department of Neurological Sciences Grand Rounds, University of Nebraska Medical Center, March 22, 2018.

Rizzo, M. *Currus Medicus*, University of Colorado, November 29, 2017.

Rizzo, M. *Smart Cars, Sick Brains.* University of sKansas Medical Center, November 3, 2017

Rizzo, M. Keynote Speaker. *Car Cures for FAST-zero.* FAST-zero '17. Nara, Japan. September 20, 2017

Rizzo, M. *Human Systems Integration, Healthcare and Community Service*, Department of Neurological Sciences Grand Rounds, Omaha, NE May 18, 2017

Rizzo, M. Simulation, *Physiology and Real-World Driver Behavior in the Internet-of-Things*, Keynote Speech, IEEE International Conference on Electro Information Technology (eit2017), Lincoln, NE May 17, 2017

Rizzo, M., *Imaging the Mind and Brain: Roadmap to Opportunities for UNMC*, Neuroimaging Symposium, University of Nebraska Medical Center, April 10, 2017.

Rizzo, M., Transportation, *Simulation, Medication, Automation: Explication,* North Dakota State University, Fargo, N.D., March 31, 2017

Rizzo, M., Huntington Disease Patient and Caregiver Symposium, Omaha, March 24, 2017.

Merickel, J., Rizzo, M. *Driver Behavior in Drivers with Insulin-Dependent Diabetes.* Department of Internal Medicine, Division of Diabetes, Endocrinology and Metabolism, University of Nebraska Medical Center, Omaha, March 2017.

Rizzo, M., *My Car, the Tricorder: Automotive Medicine*, Internal Medicine Grand Rounds, University of Nebraska Medical Center, Jan. 20, 2017.

Rizzo, M. *Review of Disease and Conditions Affecting Cognition and Behavior*, University of Nebraska

59

Medical Center, Jan. 19, 2017

Rizzo M. *Brains, Plains and Holiday Deals*, Science Café, The Slowdown, Omaha, NE Dec. 6, 2016

Rizzo, M., *Concussion Discussion*, Children's Hospital & Medical Center, Omaha, Nov. 2, 2016

Rizzo, M., *Welcome and Opening Comments*, Living Better with Parkinson's Disease in 2016: A Conference for Persons with Parkinson's Disease and their Family/Caregivers, La Vista, NE, Oct. 21, 2016.

Rizzo, M., *Driving and Neurological Disease*, American Neurological Association's 141st Scientific Session, Baltimore, MD**.**, Oct. 16, 2016.

Rizzo, M. *Situation Awareness*. NHTSA/Toyota/Harvard T.H. Chan School of Public Health Workshop. Washington, DC, August 10, 2016

Rizzo M. TBI and CTE: *Principles, Practice, & Pearls*. University of Nebraska Medical Center, Department of Neurological Sciences Grand Rounds, Omaha, NE March 24, 2016
Rizzo M. *My car the neurologist*. Colorado Neuropsychological Society, Denver, CO May 18, 2015

Rizzo M. Traumatic Brain Injury and Chronic Traumatic Encephalopathy: Principles & Practice. Colorado Neuropsychological Society, Denver, CO May 18, 2015

Rizzo M. My Car, the Neurologist. University of Nebraska Medical Center, Department of Neurological Sciences Grand Rounds, Omaha, NE May 14, 2015

Rizzo, M. Human Systems Integration, Healthcare and Public Service National Academy of Science, Board on Human Systems Integration. Beckman Center, Irvine CA, September 17, 2014

Rizzo, M. Beyond the Survey: Measuring Brain and Behavioral Activity in Healthcare Settings National Academy of Science, Board on Human Systems Integration. Beckman Center, Irvine CA September 18, 2014
Rizzo, M. Highway Driving Performance After Administration of Sleep Medication: Human Factors. American College of Clinical Pharmacology. Clinical Pharmacology Innovations: Population-based Drug Development to Patient-centered Care. Atlanta, GA, September 14, 2014

Rizzo, M. Drugs, Brains and Cars: Bench to Roadside. Society on NeuroImmune Pharmacology New Orleans, Louisiana March 26-29, 2014

Rizzo, M. Chronic Traumatic Encephalopathy Clinical Pathological Conference. Department of Internal Medicine University of Iowa, Iowa City, IA. April 30, 2015

Keynote speaker of The 4th International Conference on Neuroeconomics and Neuromanagement School of Management, Zhejiang University, Hangzhou, China, 2014

Rizzo, M. Inviting International Researchers Grant. University of Taipei, Taiwan lectures. June 2014.
Rizzo, M. Driving Simulation in Medical Disorders UMTRI Toyota Speaker Series March 13, 2014

Rizzo, M. Strategies for evaluation of drug effects on driver safety. US FDA Clinical Drug Evaluation and Development Seminar, White Oak, Maryland, February 12, 2014

Rizzo, M. Beyond the survey: Measuring brain and behavioral activity in healthcare settings. University of Iowa, Department of Neurology Grand Rounds, December 2013.

Rizzo, M. The aging mind and brain in the workplace: Legal and ethical issues. AMBI Symposium. University of Iowa. October 2013.

McDonald, A. D., Lee, J. D., Aksan, N. S., Dawson, J. D., Tippin, J., & Rizzo, M. Highway healthcare: How naturalistic driving data index adherence to CPAP therapy in obstructive sleep apnea.

Proceedings of the 57th Annual Meeting of the Human Factors and Ergonomics Society (1859- 1863), San Diego, California. September-October 2013. (link: http://pro.sagepub.com/content/57/1/1859)

Rizzo, M. Naturalistic Driving, The Eye, the Brain and the Auto, Detroit, Michigan. September 2013
Rizzo, M. From Cells to Sensors, Obermann Afternoons, Iowa City, Iowa. April 30, 2013.

Rizzo, M. The Road through the Eye and Brain, Swedish Road Administration, Seminar on the Assessment of Visual Field Defects, Goteborg, Sweden, March 12, 2013.

Rizzo, M. Clinical aspects of Alzheimer's Disease and Related Dementias, 35th Annual Conference on Health Care in the Elderly Dementia, Iowa City, Iowa. January 25, 2013
Invited speaker: Instrumented Vehicles and Driving Simulators. Evaluating at-risk drivers. Etransport - Passenger Transport Congress. Rio de Janeiro- Brasil. October 3, 2012

McDonald, A. D., Lee, J. D., Aksan, N. S., Rizzo, M., Dawson, J. D., & Tippin, J. Making naturalistic driving data SAX-y. Presented at the VTTI Third International Symposium on Naturalistic Driving Research, Blacksburg, Virginia. August 28, 2012.

Rizzo, M. This is Your Brain on the Internet: Effects of Technological Distraction in the Workplace. National Conference of Business School Information Technology Administrators, Iowa City, Iowa Memorial Union, June, 2012

Speaker/Organizer, Aging Mind and Brain Inaugural Symposium, University of Iowa, March 23, 2012
Rizzo M. The Aging Mind and Brain. The University Athletic Club, Iowa City, Iowa, January 17, 2012

McDonald, A. D., Lee, J. D., Aksan, N. S., Dawson, J. D., Tippin, J., & Rizzo, M. The language of driving: Advantages and applications of symbolic data reduction for naturalistic driving data analysis. Proceedings of the 92nd Annual Meeting of the Transportation Research Board, Washington D.C. January 13-17, 2012.

Rizzo M. Food and Drug Administration (FDA)/Pharmaceutical Education Research Institute (PERI)/Hypnotic Drugs Workshop, Bethesda, Maryland, May 10-11, 2011.

Rizzo M. The aging mind and brain: naturalistic assessment. Neurobiological Consequences and Risks of Aging, Symposium to highlight neuroscience as a strategic mission of the Carver College of Medicine. University of Iowa, Iowa City, Iowa, May 6, 2011

Organizer/Co-Sponsor with Department of Health and Human Physiology, Critical issues of quantifying human activity and sedentary behaviors from wearable sensors, with Dr. Patty Freedson, Distinguished Professor at the University of Massachusetts, Amherst.

Rizzo M. Driving issues in the elderly. Iowa Neurological Association Annual Meeting, Des Moines, Iowa, February 26, 2011

Rizzo M. Healthy mind and brain aging—an opportunity and call to action. University of Iowa Presidential Reception. The University of Iowa Alumni Association and The University of Iowa Foundation. Scottsdale, Arizona, February 16, 2011

Rizzo M. The Aging Mind and Brain. Council of Deans, University of Iowa, October 20, 2010

Rizzo M. National Institutes of Aging, Cognitive Aging Summit II and Executive Session, Washington D. C., October 4-5, 2010

Rizzo M. Your Brain on Computers. Boyd Building, College of Law, University of Iowa Sept. 16, 2010.

Rizzo M. Driving safety in multiple sclerosis and Parkinson's disease. US Department of Transportation Medical Review Board, Federal Motor Carriers Safety Administration, Washington DC, January 10-11, 2010

Rizzo, M. The Elderly Driver. Harvard/Beth Israel Deaconess Center, Boston Massachusetts, December 2, 2009; and JAMA. Clinical Crossroads; 2010

Rizzo M. Relationship between vision and the safe operation of a motor vehicle. Invited Speaker at the 5th The Eye and The Auto World Research Congress. Detroit, Michigan, September 16-18, 2009

Rizzo M. Neuroergonomics. Symposium: Biological and Cultural Factors in Applied Experimental Psychology. Division 21 (Applied Experimental and Engineering Psychology) of the American Psychological Association. Annual APA meeting, Toronto, Canada, August 6-9, 2009

Rizzo, M. Sleep Related Motor Vehicle Crashes. Scientific Conference on Sleepiness and Health-Related Quality of Life. National Heart Lung and Blood Institute (NHLBI). Natcher Conference Center. Bethesda, Maryland, April 13, 2009.

Rizzo M. Neural Substrates of Executive Control. National Conference on The Neural and Physiological Effects of Stress on Performance. The University of Maryland at College Park. February 24-28, 2009

Rizzo M. Brain Aging, Cognitive Errors and Car Crashes. University of South Carolina Medical School/Clemson. Geriatric Symposium. Columbia, South Carolina, February 6-7, 2009

Rizzo M. Invited Discussant: The Effects of Cognitive Training Interventions on Driving and Mobility: Results from the ACTIVE Clinical Trial. Symposium of the NAS Transportation Research Board, Washington DC, January 12, 2009

Rizzo M. Neuroergonomics. National Academy of Sciences, Committee on Human Systems Integration, Washington DC. September 9, 2008

Invited Speaker: Driving Simulation and Development of Countermeasures in Older Drivers. University of Kansas Medical Center. Kansas City, Kansas, April 18, 2008.

Invited Speaker: Neuroergonomics: The Aging Brain. Gerontology Center. University of Kansas, Lawrence, Kansas, April 17, 2008.

Invited Speaker: "Can I drive? Can I fly?" American Academy of Neurology Annual Meeting, Chicago, Illinois, April 14, 2008.

Invited Plenary: "Homage to Lorenz: Measuring Human Behavior and Performance in the Real World". 36th Annual INS Meeting, Waikoloa, Hawaii, February 6-9, 2008.

Invited Speaker: "Cognitive Impairments and Instrumented Vehicles." Symposium on using instrumented vehicles to study driving and dementia. Committee on Safe Mobility of Older Persons. Transportation Research Board. 87th Annual Meeting, Washington DC, January 15, 2008.

Invited Speaker: Parkinson's Disease Foundation 50th Anniversary Symposium, College of Physicians and Surgeons of Columbia University, New York, October 11-12, 2007

Invited Speaker: "Neuroergonomics of Visual Cognition: Research and Application." Human Factors and Ergonomics Society, 51st Annual Meeting. Baltimore, October 2, 2007.
Featured Speaker: "Alzheimer's Disease 2007: Challenges and Opportunities Through the Stages". Alzheimer's Disease Research Center, University of California Irvine, Irvine, California, September 20-21, 2007.

Host Committee Member: Driving Simulator Conference-North America (DCS-NA), Iowa City, Iowa, September 12-14, 2007.

Invited Speaker: Special Symposium Honoring Vivianne Smith and Joel Pokorny, University of Chicago Department of Ophthalmology & Visual Science, Chicago, IL, September 6-7, 2007.

Invited Speaker: Visual Attentional Impairments and Driving. In: Hot Topics in Neuro-ophthalmology: Rehabilitation of Visual Field Defects and Hemineglect. American Academy of Neurology Annual Meeting, Boston, Massachusetts, May 5, 2007.

Keynote Speaker: International Traffic Medicine Association – 20th World Congress, Royal Autombile Club of Victoria, Melbourne, Australia, October 16, 2006.

Invited Speaker: In-vehicle alerting and warning countermeasures in visually impaired drivers. Monash University, Melbourne, Australia, October 13, 2006.

Featured Speaker: From Neuropsychology to Neuroergonomics: The Cognitive Continuum. European Societies of Neuropsychology, Toulouse, France, October 20, 2006.

Featured Speaker: workshops on "The use of a driving simulator to promote safe driving". Montreal Rehabilitation Institute, The University of Montreal, Quebec, September 28-30th, 2006;

Featured Speaker: Alzheimer's Disease Research Centers of California, Predictions of driver safety in aging and dementia. UCLA Conference Center at Lake Arrowhead, California, September 14, 2006

Invited Speaker: Forum on Traffic Records, Palm Desert, California, July 30, 2006.

Featured Speaker: British Columbia Driving and Function Forum, Ministry of Public Safety and Solicitor General, Vancouver, Canada, June 15-16, 2006.

Anderson/Dickson Lectureship, Dalhousie University, Halifax, Nova Scotia, Canada, May 30, 2006
Featured Speaker. Dalhousie University Neurosciences Seminar. Visual dysfunction produced by focal brain lesions. Halifax, Nova Scotia, May 31, 2006.

Featured Speaker: Neurology/Geriatric Medicine Lectures. Dalhousie University, Halifax, Nova Scotia, Canada, May 30, 2006.

Keynote speaker- Traffic and road safety international congress "New technologies and new approaches," Ankara, Turkey, May 17-19, 2006

Invited Speaker: Driving and Dementia - American Academy of Neurology Guidelines. Pre-conference workshop, International Conference on Aging Disability and Independence, St. Petersburg, Florida, February 1, 2006

Keynote Speaker: "Driving errors and countermeasures in aging and disabled drivers". International

Conference on Aging Disability and Independence, St. Petersburg, Florida, February 2, 2006

Invited Panel Discussant/ Moderator. Where is driver assessment heading? Can driver assessment be related to functional limitation? February 3, 2006, Saint Petersburg, Florida

Workgroup: Ethics/Professionalism/Research/Education. American Academy of Neurology. 2006 Invited lecture. Instrumented Vehicles and Safe Mobility of Older Persons In: Methodological Advances in Studying On-Road Driving Performance and Habits in Older Drivers. Transportation Research Board, Annual Meeting, Washington, D.C., January 23, 2005

Invited lecture. Use of driving simulation to assess driving competence. Assessing Driving Safety of Senior Drivers: Clinical Issues and Research Findings Conference, University of Virginia, Virginia, October 9, 2004.

Invited lecture: Neuroergonomics: Brains on the Road. Department of Neurology, Mayo Clinic, Rochester, Minnesota, June 28, 2004.

Invited lecture: The Eye and The Auto 2003. 4th Research Colloquium. The Detroit Institute of Ophthalmology. Detroit Michigan, June 16, 2003.

Invited lecture: Wrecks, plaques and videotape. Washington-Idaho-INO Conference, University of UT, Salt Lake City, Utah, October 2002.

Invited lecture: Vision, action and brain damage. WINO Conference, University of UT, Salt Lake City, Utah, October 2002

Invited lecture: Vision, vehicles, and brain lesions. Neurosurgery Research Conference, University of Iowa Hospitals and Clinics, July 12, 2002.

Invited lecture: Fitness to drive in neuropsychiatric disorders and cognitive aging. Geriatric Psychiatry Topic Seminar, University of Iowa Hospitals and Clinics, June 24, 2002.

Discussion Group Facilitator: Systems for safety. 1st Annual Patient Safety Colloquium. American Academy of Neurology 54th Annual Meeting. Denver, Colorado, April 14, 2002.

Invited lecture: Neuroergonomics: sick brains, simulators, and smart cars. Department of Neurology, University of Alabama at Birmingham. April 5, 2002.

Invited lecture: Predictions of driver safety in advancing age and neurological disease. Milton S. Hershey Medical Center. Hershey, Pennsylvania, November 30, 2001.

Invited lecture: Visual dysfunction and brain damage. Milton S. Hershey Medical Center. Hershey, Pennsylvania, November 30, 2001.

Invited lecture: Eye, brain, and performance in at-risk older drivers. The Eye and The Auto 2001. 2nd Research Colloquium, The Detroit Institute of Ophthalmology. Detroit Michigan, June 14-16, 2001.

Workshop participant: Predictions of driver error in simulated driving tasks. Human Factors Workshop #7. Transportation Research Board 78th Annual Meeting, Washington, DC, January 10, 1999.

## IV.  SERVICE

### A.    Membership in Professional Societies and Organizations/ Offices Held

2016           American Brain Coalition

2000           Human Factors and Ergonomics Society

1999           Iowa Medical Society

1999           American Medical Association

1997           American Academy of Neurology

1995           American Neurological Association

1994           Medical Factors Subcommittee, Transportation Research

1993           Optical Society of America

1991           Central Society for Neurological Research

1990           European Neurological Society

1986           Society for Neuroscience

1986           New York Academy of Science

1986           Association for Research in Vision and Ophthalmology

1985           American Academy for the Advancement of Science

1984           Behavioral Neurology Society

1981           American Academy of Neurology

### B.    Committees, Boards, Task Forces — University of Iowa

- Program for the Aging Brain and Mind: Aging in the Heartland, Cluster Hire Plan for the Colleges of Dentistry, Engineering, Law, Medicine, Pharmacy, and Public Health, University of Iowa, 2010.

- Delta (Development and Learning from Theory to Application) Center, College of Liberal Arts and Sciences, University of Iowa, 2010

- Committee to Review the Department of Biostatistics in the University of Iowa College of Public Health, 2008.

- Executive Committee, Public Policy Center, University of Iowa, 2007-2014

- Iowa Institute for Clinical and Translational Research, Neurology Department Representative, 2007-2014

- Committee to Review The Department of Orthopedics and Rehabilitation of the Carver College

65

of Medicine, 2005

- Committee to Review the Office of the General Council, University of Iowa, 2004-2014

- Chair, Senate Elections Committee, Faculty Senate, University of Iowa, 2001

- Committee to Review the Office of the Provost, Faculty Senate, 2000-2004

- Committee to Review Hancher Auditorium, Faculty Senate, 2000

- Senate Elections Committee, Faculty Senate, University of Iowa, 1999-2004

- Center on Aging, National Research Service Award (NRSA) Advisory Committee, University of Iowa, 1999-2014

- Executive Committee, Memory Disorders Clinic, 1999-2014

- Committee to Review the Office of Vice-President for Student Services, Faculty Senate, 1999-2002

- Committee on Selection of Central Academic Officials, Faculty Senate, University of Iowa, 1998-2005.

- Chair, Committee on Program Faculty, Neuroscience Ph.D. Program, University of Iowa, 1998-2014

- Telecommunication Task Force, College of Medicine, 1998

- Committee on Committees, Faculty Senate, University of Iowa, 1997-2004

- Residency Committee, Department of Neurology, 1997-2002

- Integrated Call Center Software Review Task Force, Physician Consultation and Referral Center, UIHC, University of Iowa, 1997.

- Computer Committee, Department of Neurology, University of Iowa, 1995-2014

- Faculty Practice Plan Board, University of Iowa, 1995-1997

**C.**     **Committees, Boards, Task Forces — Regional/National/International**

- Member, External Advisory Board North Dakota

- Dakota Cancer Collaborative on Translational Activity (DaCCoTa) External Advisory Committee

- NIH Panel Reviewer, Institutional Development Award Program Infrastructure for Clinical and Translational Research (IDeA CTR), March 31-April 1, 2019, Lisa Newman, Scientific Review Officer, NIGMS, NIH

- Panel Member, Modeling, Simulation and Visualization (MS&V) for Predictive Leadership and Decision-Making; Mind & Brain Health (Speaker, Panelist). National Modeling & Simulation Coalition (NM&SC) National Meeting, Improving Human Performance and Effectiveness; September 26, 2018. University of Nebraska Medical Center, Omaha, NE

- NENeurology Practice Based Research Network Review Committee, 2016-2017

- Neurology Practice Based Research Network Governance Committee, 2016-2017

- Co-Chair National Academy of Sciences Panel Study on Truck Safety, Hours of Service, and Fatigue, 2014-15

- Review Committee, The German Federal Ministry for Education and Research (BMBF, Bonn): Neuronal basis of active aging, Berlin, 2014

- Reviewer: Health Research Board (HRB) (the lead agency in Ireland supporting health research). 2013-

- Ethics of Accountable Care Organizations, American Academy of Neurology/Ethics, Law and Humanities Committee (AAN/ELHC). 2013-Present

- A Human-Systems Integration Approach to Safe and Effective Performance for Unmanned Aerial Systems, National Academy of Science, Board on Human Systems Integration, September 13, 2012

- The Future of Brain Machine Interface: A Meeting of Experts. National Academy of Science Board on Human Systems Integration and the Sandia National Laboratory. Beckman Institute, Irvine, CA. September 24-25, 2012 (Moderator).

- Electronically Mediated Care Coordination Planning Committee and Meeting, National Academy of Science, Board on Human Systems Integration, 2012-

- Ethics, Law and Humanities Committee, American Academy of Neurology. 2013-2016

- Outreach & Advocacy Committee, American Neurological Association, 2013-2015.

- Safe Patient Handling Task Force, Board on Human-Systems Integration, National Research Council (Committee Member), 2012-Present

- Health Care and Human Systems Integration**,** Task Force, Board on Human-Systems Integration, National Research Council (Committee Member), 2012

- Human-Systems Integration and Engineering Education Task Force, Board on Human-Systems Integration, National Research Council (Chair), 2012

- Medical Review Board, Railway Operator, Health and Safety, Union Pacific Railroad, 2012

- Medical Consultant, Vision Impairment, VTI, Swedish National Road and Transportation Research, 2012.

- U.S. DOT. Medical Expert Panel. Vision Impairments, 2012.

- Office of Naval Research. Reviewer of Multiuniversity Research Initiative on Capitalizing on research on animal and human adult brain plasticity to enhance training and performance. June 1, 2011

- NIH Study Section Chairperson: Science of Behavior Change: Finding Mechanisms of Change

67

in the Laboratory and Field (RO1). Bio behavioral Regulation, Learning, and Ethology Study Section

- Member, Committee to review the Beckman Institute for Advanced Science and Technology, Human Computer Intelligent Interaction [HCII] research, 2010

- National Research Council. *Issues in Commuting and Pilot Fatigue:* Committee on Commuting and Pilot Fatigue, Board on Human-Systems Integration, Division of Behavioral and Social Sciences and Education. Washington, DC: The National Academies Press, 2011.

- Report Coordinator, National Academies, National Research Council (COHSI), project on Role of Human Factors in Home Health Care, 2009-2011

- Executive Committee – Clemson University/University of South Carolina Medical Center, Centers on Gerontology and Driving, 2008-Present

- Lead advisor to the U.S. Army Research Laboratory (ARL) Human Research and Engineering Directorate (HRED), the Advanced Decision Architectures Collaborative Technology Alliance (ADA CTA), and other ARL collaborators and research partners: Translational Neuroscience: Bringing Neuroscience to the Soldier's Operational Environment. 2007-2010

- Committee on Human Factors, National Research Council, National Academies of Sciences. Selected as Member, 2007-Present

- Promotion Committee, Harvard University, Ad Hoc Member, 2006-2007

- U.S. Food and Drug Administration Advisory Committee, Center for Drug Evaluation and Research, Peripheral and Central Nervous System Drugs, 2005-2009

- Ethics, Law and Humanities Committee American Academy of Neurology/ American Neurological Association Liaison 2004 - 2013

- American Academy of Neurology Clinical Research Subcommittee – Practice Committee Workgroup for establishing research priorities within the National Institute for Neurologic Disorders and Stroke.
- Patient Safety Subcommittee – Practice Committee, American Academy of Neurology, founding member 2003-2007

- Committee on Safe Mobility of Older Persons, A3B13 (Section B) - Users and Vehicles, Transportation Research Board, 2003-Present

- Clinical Research Subcommittee (CRS), American Academy of Neurology, 2001-2007

- Member Demographics Subcommittee [formerly Practice Characteristics Subcommittee, 2001-2002], American Academy of Neurology, 2001-2007

- Quality Standards Subcommittee (liaison from CRS), American Academy of Neurology, 2001-2007

- Public Policy Committee, American Neurological Association, 2000-2004: Chair, 2001-2004, 2004 ex-officio member

- Patient Safety Subcommittee [formerly Patient Safety Workgroup, 2000-2003] American

68

Academy of Neurology, 2000-2007

- Legislative Affairs Committee, American Academy of Neurology, 1997-2005

- Chair, Key Contacts Program, Legislative Affairs Committee, American Academy of Neurology, 1997-2005

- Transportation Research Board, National Research Council, Medical Factors Subcommittee, 1994-Present

- U.S. Department of Transportation Task Force: Neurological Standards for Truckers Guidelines for Higher Cortical Function, 1988

## D. Editorships, Editorial Boards, and Review Panels

Scientific Review Board, Alzheimers Drug Discovery Foundation, December 10, 2019, Howard Fillit, MD, Founding Executive Director and Chief Science Officer, ADDF

NIH Panel Reviewer, Institutional Development Award Program Infrastructure for Clinical and Translational Research (IDeA CTR), March 31-April 1, 2019, Lisa Newman, Scientific Review Officer, NIGMS, NIH

Chair and Reviewer, PAR Panel: Decision Making and Emotion Function in Aging and AD, November 13, 2018, Dr. Biao Tian, Scientific Review Officer

Reviewer, NIGGMS, NIH, Institutional Development Award Program Infrastructure for Clinical and Translational Research, April 1, 2019

NIH Center for Scientific Review, Division of AIDS, Behavioral and Population Sciences; Decision Making and Emotion Function in Aging and AD, November 13, 2018

NIH Center for Scientific Review, Psycho/Neuropathology Lifespan Development, STEM Education, November 8-9, 2018

Grant Reviewer for the AAN Clinical Research Training Fellowships

Grant Reviewer for the AAN-Spinal Muscular Atrophy Foundation, Spinal Muscular Atrophy Young Investigator Awards.

Reviewer: National Institute for Aging, National Cancer Institute

Reviewer: U.S. Veteran's Administration

Reviewer, NIH-NCCAM (National Center for Complementary and Alternative Medicine) Consortial Center for Chiropractic Research (CCCR)

Reviewer:

- Archives of Neurology

- Archives of Ophthalmology

- Brain

- Brain and Behavioral Science

- Contemporary Psychology

- Cortex

- Journal of Cognitive and Experimental Neuroscience

- Journal of Neurology, Neurosurgery and Psychiatry

- Journal of Neurophthalmology

- Journal of Optics and Photonics

- Mayo Clinic Proceedings

- Neurology

- Neuropsychiatry, Neuropsychology and Behavioral Neurology

- Neuropsychologia

- Ophthalmology

- Trends in Neurosciences

- Others


**E. Service Positions — Departmental, University of Iowa**

Ambulatory Errors in Neurology, AAN-University of Iowa-American Academy of Family Practice Collaborative Project Lead Investigator 2004-2005

Director, Psychopharmacology Journal Club, 2003-2006

Director, Neuroergonomics Seminar, 2001- 2014

Sponsor, First Annual Iowa Medical Society/Iowa Medical Society Alliance Mini-Internship Program, University of Iowa, Department of Neurology, 2001

Participant, Journal Club, Department of Neurology, University of Iowa, 2000-2014

Reviewer, Alzheimer's Society Research Project Grants, Queen Square, London UK, 2000

Reviewer, Committee to Review the Office of the Provost, Central University Administration and Faculty Council, University of Iowa, 2000-2003.

Reviewer, Hancher Auditorium, University of Iowa, 2000-2001

Mentor, NRSA Training Program, UI Center on Aging.

Reviewer, NRSA Applications, Center on Aging Executive Committee, University of Iowa.

**F. Clinical assignments**

Chief Physician/Clinical Program Leader, Neurosciences (Neurology, Neurosurgery, Psychiatry, Anesthesia Pain, Physical Medicine and Rehabilitation, Nebraska Medicine/UNMC, 2014-Present

Attending physician, Inpatient Acute Care, Diagnostic, and Consult Services, 1985-2014

Attending physician, The University of Iowa Hospitals & Clinics, Neurology Outpatient Clinic, 1982-2014; Memory Disorders Clinic, 1983-2014

**Contact Information:**
Matthew Rizzo, MD, FAAN, FANA
Francis and Edgar Reynolds Professor
Chair, Department of Neurological Sciences
http://www.unmc.edu/neurologicalsciences/

Chief Physician/Clinical Program Leader, Neurosciences

Director, Mind and Brain Health Laboratories
https://www.unmc.edu/mbhl/

Director, Great Plains IDeA-CTR Network
https://gpctr.unmc.edu

Ph: (402) 559-4849
Fax: (402) 559-3341
Email: matthew.rizzo@unmc.edu

71