# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| John Baker,<br><br>　　　　Plaintiff,<br><br>v.<br><br>Union Pacific Railroad Co.,<br><br>　　　　Defendant. | Case File No. 8:20-cv-00315-JFB-SMB<br><br>**PLAINTIFF'S MOTION FOR NEW TRIAL** |

Plaintiff John Baker, pursuant to the Fed. R. Civ. P. 59(a)(1), hereby moves the Court for an order seeking a new trial on Plaintiff's record of and perceived disability intentional discrimination claims. (Pretrial Order at 3-4, ECF No. 396).

Date: October 14, 2022

**NICHOLS KASTER, PLLP**

s/James H. Kaster
James H. Kaster* (MN #53946)
　　kaster@nka.com
Charles A. Delbridge* (MN #386639)
　　cdelbridge@nka.com
Neil D. Pederson* (MN #0397628)
　　npederson@nka.com
80 South Eighth Street
4700 IDS Center
Minneapolis, Minnesota 55402-2242
Telephone: (612) 256-3200
Fax: (612) 338-4878
*admitted in D. Neb

ATTORNEYS FOR PLAINTIFF

1

## CERTIFICATE OF SERVICE

I hereby certify that on October 14, 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to the following:

Scott Parrish Moore
Allison D. Balus
David P. Kennison

<u>s/James H. Kaster</u>
James H. Kaster